# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | C.A. No. |
| ) | |
| PARADOX ENTERTAINMENT, INC.,  ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant.  ) | |

## COMPLAINT

Plaintiff, Red Sonja, LLC ("Plaintiff" or "Red Sonja LLC"), through its attorneys Morris James Hitchens & William, LLP, and Ganfer & Shore, LLP, for its complaint against Paradox Entertainment, Inc. ("Paradox") alleges as follows:

## INTRODUCTION

Having recently acquired all of the literary assets of the estate of Robert E. Howard but one – plaintiff's RED SONJA – defendant has now determined to acquire indirectly, what it could not buy directly (rights were offered to defendant's licensee in 2003). To that end, it has fostered purposeful confusion in the marketplace with its newly acquired Red Sonya, and seeks to interfere with plaintiff's established contracts wherever it can find them.

This case represents one of the more insidious cases of unfair competition and trademark infringement ever knowingly advanced by a competitor. For more than 30 years, RED SONJA, the fierce, red-headed female warrior of the mythical Hyborian Age, has been a leading comic book fantasy character. Plaintiff has devoted significant resources to branding, developing, marketing and maintaining the RED SONJA trademark. From her first comic book appearance in

1973 to the present, RED SONJA has appeared in a substantial number of products including comic books, a major motion picture, novels, toy figurines, trading cards, posters, lithographs and other media products.

Beginning in the 1930s, Robert E. Howard became among the most prolific American pulp writers, and is generally considered a father of the 'Sword and Sorcery' genre. Of the hundreds of characters he created, the most famous, "Conan the Barbarian," became Arnold Schwarzenegger's entry into major motion pictures. Conan the Cimmerian, so-called from the name of his homeland Cimmeria, lived during the Age of Hyboria, a fictional era created by Howard. The Age of Hyboria began after "the oceans drank Atlantis"[1] and ended before the rise of the ancient civilizations. Roy Thomas, while writing the Conan series for Marvel Comics in 1973, decided to introduce a female character from an obscure Howard short story[2] into the Conan Hyborian Age. She was a red-headed, sword-wielding female warrior named Red Sonya, whom, for the purposes of the Conan series, he called RED SONJA. Thomas explained the change in spelling this way: "I felt that, if she were to become a continuing character in Conan, it might be best to make her a bit more of a 'new' character by changing the spelling of her name ever so slightly."[3]

The conversion was an instant success – so much so that Marvel elected to spin off three separate comic book series for RED SONJA, and the Heirs of the Howard Estate spun her out into a separate corporation, Red Sonja Corp. which later merged into Red Sonja LLC, in which

---

[1]    See Robert E. Howard, *The Phoenix on the Sword*.
[2]    Red Sonja originally appeared in the Howard story, "Shadow of a Vulture." Howard is also the creator of numerous other characters, the most famous of which, in addition to Conan the Barbarian, are Kull the Conqueror, Solomon Kane, and Bran Mak Morn.
[3]    Despite the spelling change, from her first comic book appearance and continuously since that time, RED SONJA has been acknowledged by the fans and the Estate of Robert E. Howard to be based upon Howard's original heroine.

they were majority shareholders.  The Red Sonya from "Shadow of a Vulture" (now an empty cocoon) was relegated to obscurity where it has remained for over 70 years.

In 1999, Defendant purchased Conan, excluding all other Howard characters.  In 2005, the Heirs sold their majority interest in RED SONJA.  In 2006, the Heirs sold the remaining Howard library to defendant including hundreds of stories and short stories.

Since immediately before the acquisition of this library, once the terms were agreed, Defendant has intentionally sowed confusion in the marketplace in order to resurrect Red Sonya (with a "y"), join her with Conan (although she never previously appeared with Conan and did not live in the Hyborian Age), and compete directly with RED SONJA.  Defendant seeks thereby to profit from the goodwill, renown and notoriety generated by the RED SONJA franchise over the last 30 years.

Defendant, which is in the business of licensing as is plaintiff, is also attempting to infringe on Red Sonja LLC's licenses for its character RED SONJA.  Nowhere is defendant's infringement and competitive impropriety more salient than in its recent false and arrogant announcement of its intent to license its "successful brand" Red Sonya.  Red Sonya (with a "y") of course is neither successful nor a brand, having never been marketed or sold since 1934 when Howard's story was published.

In addition, defendant has acted purposefully to interfere with plaintiff's rights in its trademark and character.  Even before the acquisition was completed, defendant sought to register the word "HYBORIA" as a trademark and service mark in multiple classes of goods and services, including every area in which RED SONJA has granted licenses, as well as for virtually every type of goods and services in which such a character could ever possibly appear.  Defendant's filings were done with full knowledge that the "Age of Hyboria" and the word

"HYBORIA" is equally identified with RED SONJA, a character it does not own, as with Conan. Defendant cannot arrogate to itself, to the exclusion of plaintiff, the word "HYBORIA," which is an integral aspect of RED SONJA's character. Its attempt to do so is a blatant example of false trademark oath filing to interfere with plaintiff's rights to market, promote and sell its RED SONJA products in the marketplace.

But the campaign of confusion and duplicity runs even deeper. Since announcing its acquisition, defendant and its licensees have:

- Created a Press Release claiming ownership of all of Howard's characters mentioning the three "most famous" by name including the obscure Red Sonya (with a "y") and then sat complicit as this was misinterpreted by various newspaper, magazine and online sources as the purchase of plaintiff's RED SONJA. Defendant issued no corrections and sat mute, enjoying the confusion;

- Fabricated, along with its Conan licensee Dark Horse Comics, a letter to the editor in which they advised the public that they would be bringing Conan's love interest Red Sonya (with a "y") back into the comic book series (although such a character never existed in the Conan series);

- Continuously and purposely confused RED SONJA and Red Sonya, claiming ownership of either or both, depending on the publication;

- Attempted to interfere with RED SONJA's contracts and potential contracts with third parties by using Conan contracts and potential contracts as leverage;

- Most telling is how the defendant played the confusion. When the Hollywood Reporter interpreted the Paradox press release to include a claimed ownership of RED SONJA (with a J), Paradox then inserted the Hollywood Reporter article (without correction) on its own web site where it solicits licenses, thereby citing that publication as proof of ownership of RED SONJA, closing the loop … and completing the theft; and

- Defendant has now reached even further, displaying a false and fraudulent registration symbol on an unregistered mark, so that Red Sonya (with a "y") now appears in its press releases bearing a ® symbol; there is no such federal registration.

This suit is brought to bring the charade to an end and seek the maximum punitive damages permitted under the laws of trademark infringement and unfair competition.

## JURSIDICTION AND VENUE

1.      This is a complaint for Unfair Competition, Trademark Infringement, and Trademark Dilution arising under the Lanham Act, including but not limited to Section 43(a), 15 U.S.C. § 1125(a), as well as unfair competition, trademark infringement, and trademark dilution under federal common law and state statutory and common law.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).   The Court has supplemental jurisdiction over the state law claims, which arise out of a common nucleus of operative facts which form the basis of the federal claims, pursuant to 28 U.S.C. § 1367.

3.      Venue is proper in this Court inasmuch as defendant Paradox is a corporation incorporated under the laws of the State of Delaware.   In addition, Paradox had and has continuous and systematic contacts with the State of Delaware, including but not limited to the commercial activities out of which this action arises.   Defendant has purposefully availed itself of the opportunity to conduct commercial activities in this forum to or with the residents of this district, including the infringing and other acts alleged below.

## THE PARTIES AND RELATED ENTITIES

4.      Red Sonja LLC is a limited liability company organized under the laws of the State of Delaware with its principal place of business in New York, New York.   Red Sonja LLC

is the successor-in-interest to Red Sonja Corp. ("Sonja Corp."), a corporation organized under the laws of the State of Delaware, which merged with and into Red Sonja LLC in 2002.[4]

5.     Upon information and belief, defendant Paradox is a corporation organized under the laws of the State of Delaware with its principal place of business located in Beverly Hills, California.

6.     Upon information and belief, Dark Horse Comics, Inc. ("Dark Horse"), a licensee of Paradox, is a corporation organized under the laws of the State of Oregon with its principal place of business located in Milwaukie, Oregon.

## A.     ORIGIN OF THE RED SONJA CHARACTER

7.     The RED SONJA character originated in a story written by Howard entitled "Shadow of the Vulture," which was originally published in the January 1934 issue of *Magic Carpet* magazine.  Howard was a prolific author who wrote in the 1920s and 1930s until his death in 1936. He is credited as one of the founders of the "sword and sorcery" fiction genre.

8.     Howard named his character "Red Sonya of Rogatine," and spelled her name with a "y" rather than a "j."  She was a tall, red-headed Russian warrior woman with a fiery temper who carried a saber, a dagger and two pistols.  She lived during the historical 16th century, in the time of the Ottoman sultan Suleiman I (also known as Suleiman the Magnificent) and the story took place during the Siege of Vienna of 1529.

9.     The character lay dormant for almost 40 years, until 1973, when Roy Thomas ("Thomas"), then the writer of Marvel Comics' "Conan the Barbarian" comic books, "felt the time was finally right to introduce a roughly equivalent female hero into the [Conan] series."

---

[4]     All references herein to Red Sonja LLC shall be deemed to include Red Sonja LLC's predecessors-in-interest, and the assignors and licensees of Red Sonja LLC and/or its predecessors-in-interest.

(*See* "A Fond Look Back at Big Red," by Roy Thomas, in *The Adventures of Red Sonja, Volume I*, attached hereto as Exhibit A.)  Conan, who was also a Howard creation, lived during the fictional Hyborian Age set in approximately 14,000 to 10,000 B.C., thousands of years before the 16th century of the Howard story in which Red Sonya appeared.

10.     Thomas wanted his new heroine to be a redhead and was intrigued by a fan's description of Howard's Red Sonya as a "red-headed Russian she-cat who would have made a fit companion for Conan." (*Id.*)

11.     Deciding against using any of the female characters in the Conan lexicon, Thomas decided to adapt Howard's character Red Sonya of Rogatine from "Shadow of the Vulture." (*Id.*)  Thomas retained the general characteristics of Howard's Red Sonya but moved her in time to the Hyborian Age, from the 16th century, and rid her of her guns, retaining her sword and dagger.  He also changed the spelling of her name, replacing the "y" with a "j," and she became "Red Sonja, She-Devil with a Sword."

12.     In 1973, Thomas introduced RED SONJA as a heroine now of the Hyborian Age for the first time as a character in *Conan the Barbarian*, # 23 (Marvel Comics) in which he "adapted the entire 'Shadow of the Vulture' story in one tightly-paced issue, keeping Howard's title." (*Id.*)  In the next issue of *Conan the Barbarian*, #24, RED SONJA appeared on the cover of the comic book and Howard featured her in her own story, "The Song of Red Sonja." (*See* Cover, *Conan the Barbarian*, March 24, 1973, attached hereto as Exhibit B.)

13.     "The Song of Red Sonja" was awarded the 1973 Academy of Comic Book Arts Award for Best Individual Story for a Dramatic story.

14.     While recognizing Thomas' contributions to the character, including making her a heroine of the Hyborian Age and ridding her of her guns, RED SONJA is widely acknowledged

to be derived from Howard's character in "Shadow of the Vulture," which provided the basis for the red-haired, strong-willed, skillful woman warrior known since 1973 as RED SONJA. (*See, e.g.*, excerpt from Stan Lee, *The Superhero Women*, 1977, attached hereto as Exhibit C.)

15.    In addition, Howard is consistently credited as the creator of RED SONJA in virtually all the comic books and other media in which she is featured. (*See, e.g.,* excerpts from comic books from 1975 through 2006 bearing legends, "Creator of RED SONJA," "Featuring the characters created by Robert E. Howard," "Based on the heroine created by Robert E. Howard" or "Robert E. Howard's RED SONJA," in Exhibit D (collectively, inside pages of Marvel Features May 4, 1976 and Marvel Features reprinted in *The Adventures of Red Sonja, Volume I*); Exhibit E (Cross Plains Comics, *Robert E. Howard's Red Sonja*); and Exhibit F (Dynamite Entertainment, *Red Sonja, She-Devil with a Sword*).

**B.    DEVELOPMENT OF RED SONJA FROM 1973 TO THE PRESENT**

16.    After her introduction in issues 23 and 24 of *Conan the Barbarian*, RED SONJA became a hit with readers and in 1974 she was featured in another Conan comic book series from Marvel Comics called *Savage Sword of Conan*.  It was in the first issue of this comic book that RED SONJA was depicted in a skimpy chainmail bikini, the costume by which she has become known and that she has worn ever since. (*See, e.g.,* Exhibits D, E, F.)

17.    From her very first appearance, RED SONJA existed in the Age of Hyboria, a contemporary of Conan the Barbarian.  Many of the RED SONJA comics throughout her more than 30 year existence open with a legend from the fictional *Nemedian Chronicles*: "Know also, O prince, that in the selfsame days that the CIMMERIAN [Conan] did stalk the HYBORIAN

KINGDOMS, one of the few swords worthy to cross with his was that of RED SONJA, warrior-woman out of majestic HYRKANIA." (*See, e.g.,* Exhibits D, F.)

18.    In 1975, RED SONJA became the star of the *Marvel Feature* series of comic books issued by Marvel Comics, which were published in 1975 through 1976. (*See* Exhibit D.)

19.    RED SONJA achieved her own comic book series in 1977. (*See* Marvel Comics Group, *Red Sonja*, Jan. 1, 1977, attached hereto as Exhibit G.) The first series was published by Marvel Comics from 1977 through 1979. Additional series of the RED SONJA comic books were published by Marvel Comics in 1983 (2nd Series) and in 1983 through 1986 (3rd Series).

20.    In addition to appearing in her own three series, RED SONJA continued to appear as a featured character in other comic book series. She frequently appeared with Conan the Barbarian in the *Savage Sword of Conan* series, published by Marvel Comics from 1974 through 1995.

21.    RED SONJA also appeared in the *Conan the Barbarian* series published in 1974, as well as in *Kull and the Barbarians* published by Marvel Comics in 1975 and in *Conan the King*, also published by Marvel Comics.

22.    In addition to these "guest" appearances, RED SONJA appeared as the main character in other comic books including *Red Sonja The Movie*, published by Marvel Comics in 1985*, Red Sonja: Scavenger Hunt*, published by Marvel Comics in 1995, Red *Sonja in 3-D*, published by Blackthorne in 1998, and *Red Sonja: A Death in Scarlet*, published by Cross Plains in 1999.

23.    Beginning in 2005 and continuing to the present, Dynamite Entertainment ("Dynamite"), as a licensee of Red Sonja LLC, began publishing a new series of comic books

starring RED SONJA.  To date, Dynamite has issued 11 comic books in the series as well as 3 one-shot (non-series) comic books devoted to the RED SONJA character.  (*See, e.g.*, Exhibit F.)

24.    RED SONJA is also currently featured in a cross-over miniseries with DC Comics entitled, *Red Sonja v. Claw*.  She is also the protagonist in a new mini-series now being published by Dynamite called *Red Sonja v. Thulsa Doom* (*see* Cover, attached hereto as Exhibit H), and Dynamite is developing another miniseries pitting RED SONJA against Doom.

25.    The response to the most recent RED SONJA releases has been overwhelming.  Issue # 0 of the Dynamite RED SONJA series issued in 2005 sold 240,000 copies and was the highest selling non-Marvel and DC comic sold in ten years.  Issue # 1 of the same series was the first non-Marvel and DC Comics title to sell more than 100,000 copies in two years.

26.    The RED SONJA character has virtually eclipsed Conan as a hero of the Hyborian Age, and the RED SONJA comics now outsell Conan in those months in which both RED SONJA and Conan are shipped.

27.    RED SONJA, Issue # 1, was nominated as "Comic Book of the Year 2005" by Diamond Distributors and the April 2006 edition of the Comic Buyers Guide dedicated to the "Sword and Sorcery" genre featured RED SONJA on its cover, with her name above Conan's in the headline.  (*See* Cover of the Comic Buyers Guide, April 2006, attached hereto as Exhibit I.)

28.    In addition to comic books, the RED SONJA character has been featured in other media presentations.  In 1985, a major motion picture entitled *Red Sonja* was made starring Brigitte Nielsen as RED SONJA and featuring Arnold Schwarzenegger as the character Kalidor.

29.    RED SONJA has also been featured in six novels, published between 1981 and 1983, including *The Ring of Ikribu* (Ace 1981), *Demon Night* (Ace 1982), *When Hell Laughs*

(Ace 1982), *Endithor's Daughter* (Ace 1982), *Against the Prince of Hell* (Ace 1983), and *Star of Doom* (Ace 1983). (*See* Covers, attached hereto collectively as Exhibit J.)

30.    A RED SONJA resin figurine is available for purchase and an additional figurine is currently in production. In addition, RED SONJA trading cards are being sold through Dynamite.

31.    Numerous lithographs featuring this iconic warrior are available or are in production, as are posters and special foil editions of the comic book covers.

32.    The early comic books featuring RED SONJA have been collected and recently reprinted in the first of several anticipated volumes under the title *The Adventures of Red Sonja*, published by Dynamite. (*See* Exhibit D.)

## C.    CHAIN OF TITLE TO RED SONJA/RED SONYA

33.    As set forth above, the RED SONJA character originated in a story written by Howard entitled "Shadow of the Vulture," originally published in the January 1934 issue of *Magic Carpet* magazine.

34.    Following Howard's death in 1936, his father Dr. I.M. Howard inherited his entire estate, including the rights to all of his characters. (*See* Order dated November 5, 1936, attached hereto as Exhibit K.)

35.    Following the death of Dr. I.M. Howard in 1944, Howard's estate including the rights to Howard's characters passed to Dr. P.M. Kuykendall in accordance with the will of Dr. I.M. Howard. (*See* Will dated Nov. 6, 1944, attached hereto as Exhibit L.) Following the death of P.M. Kuykendall in 1959, Alla Ray Kuykendall, his widow, and Alla Ray Morris, his daughter, (collectively, the "Heirs") were appointed as co-executrixes and his estate including

Howard's characters passed to his widow in accordance with his will. (*See* Will dated July 19, 1955, attached hereto as Exhibit M.)

36.    In 1982, pursuant to an agreement with the Howard Heirs, the Howard Heirs assigned all right, title and interest in the Howard character RED SONJA to the Red Sonja Corporation ("Sonja Corp."), including "all trademarks, contracts, licensing agreements, copyrights and renewals thereof currently in existence," with certain specified exceptions not relevant here. The purpose of such assignment was to put all of the rights to the RED SONJA character into "a single entity for the purpose of better exploiting the rights in connection with third parties." (*See* Agreement dated Feb. 1, 1982, annexed hereto as Exhibit N.)

37.    Pursuant to the Agreement, the Howard Heirs assigned the registered trademark for RED SONJA, Registration No. 1,161,847 which was registered on July 21, 1981, to Sonja Corp. pursuant to an Assignment dated December 20, 1982. (*See* Assignment, annexed hereto as Exhibit O.)

38.    Thereafter, by agreement dated December 22, 1983, Marvel Comics assigned all copyright registrations of the RED SONJA comics it had published to Sonja Corp. (*See* Assignment of Copyright Registrations, annexed hereto as Exhibit P.)[5]

39.    Sonja Corp. merged with and into Red Sonja LLC in 2002, transferring all right, title and interest in RED SONJA to Red Sonja LLC.

---

[5]    In 1977, Marvel had entered into a licensing agreement with the Heirs, which permitted Marvel to publish comic book format publications of RED SONJA among other Howard characters. Marvel's licensing rights subsequently terminated in accordance with the terms of the licensing agreement.

### D.     TRADEMARK REGISTRATIONS FOR RED SONJA

40.     RED SONJA was registered as a Trademark with the United States Patent and Trademark Office ("USPTO"), Registration No. 1,161,847, on July 21, 1981, with a first use in commerce on August 19, 1976.  (*See* Trademark Registration, attached hereto as Exhibit Q.)  It was registered with the USPTO for additional uses, including publications, comic books, magazines and novels, on June 17, 1986, Registration No. 1,397,608, with its first use in commerce in this additional class in October 1976. (*See* Trademark Registration, attached hereto as Exhibit R.)

### E.     PARADOX'S PURCHASE OF HOWARD'S CHARACTERS

41.     On February 6, 2006, Paradox, which already owned the Conan character, announced that it had purchased the rights to all of the other characters created by Howard highlighting its acquisition of the virtually unknown Red Sonya (with a "y").  The announcement in *Variety* indicated that Paradox "hopes to license its new literary properties for film, TV, vidgames, comics, toys and other areas." (*See* "Paradox pounces on pulp" posted Feb. 6, 2006, attached hereto as Exhibit S.)

### F.     CONFUSION IN THE MARKETPLACE

42.     Paradox's announcement caused immediate confusion in the marketplace for RED SONJA products.

43.     For example, the *Hollywood Reporter* article, reporting on the sale, stated that the library purchased by Paradox "includes female sword-wielder Red Sonja."  This report used the spelling of plaintiff's RED SONJA character and identified her as a "sword-wielder," a

characteristic associated with Red Sonja LLC's RED SONJA, who bears the moniker "She-Devil with a Sword," rather than with Howard's original character from the 16th Century who used guns as well as swords. (*See* "Writings of 'Conan' author at Paradox" dated Feb. 7, 2006, attached hereto as Exhibit T.)

44.    ComicBookMovie.com's article reporting on the sale was headlined: "Solomon Kane, Red Sonja Projects Planned," using the spelling of plaintiff's RED SONJA character. The article reported that Paradox had obtained "Red Sonja" using Red Sonja LLC's RED SONJA spelling, and identified her as one of several Howard characters "which appeared in 1930s pulp magazines … and were made into comics in the 1970s and 1980s." This description refers directly to Sonya LLC's RED SONJA character, and not to any character allegedly acquired by Paradox, since Howard's 16th Century "Red Sonya" has never appeared in comic form. (*See* "Solomon Kane, Red Sonja Projects Planned" dated Feb. 7, 2006, attached hereto as Exhibit U.)

45.    Industry commentators valiantly attempted to parse out the distinctions between Red Sonja LLC's RED SONJA and the 16th Century Red Sonya. ICV2, reporting on the sale, stated that Paradox had obtained Red Sonya (with a "y"). However, it also alerted readers to the problems in distinguishing the two: "One key point for pop culture retailers -- while Dark Horse's *Conan* comic book series … would be licensed from Paradox, Dynamite Entertainment's *Red Sonja* comic book series is not. … Paradox now owns the rights to Robert E. Howard's *Red Sonya* (note the slight spelling difference), a gun-toting female pirate from a much later period in history who never crossed paths with *Conan*." (*See* "Paradox Picks Up Kull & Co. Acquires the Rest of the Robert E. Howard Library," dated Feb. 8, 2006, attached hereto as Exhibit V.)

46.    Demonstrating the convoluted gymnastics required to keep the two characters distinct, if that is even possible, Newsarama.com, reporting on the sale, noted that RED SONJA is not within the "universe" of characters in the Howard sale:

> Paradox does [own] the rights to Red Sonya, while the Red Sonja Corporation retains the rights to Red Sonja.  The difference of course, being in the spelling of the last name.  'Red Sonya,' which Paradox now owns, is the original Howard version, a female pirate who was *not* a contemporary of Conan.  'Red Sonja' is the character derived from Howard's works by Roy Thomas and Barry Windsor-Smith in 1973.  'Sonja' is the character who previously appeared in Marvel's *Conan* comics and her own miniseries, while 'Sonya' is known perhaps best to Howard aficionados.

(*See* "Paradox Acquires Remainder of REH Properties," downloaded Feb. 9, 2006, attached hereto as Exhibit W.)

47.    Individual posts responding to Newarama.com's article, reflected the confusion in the marketplace with comments such as: "That is so confusing."; "so, uh, does this mean that 'Red Sonja' is owned by Roy Thomas and Barry Windsor-Smith?";  "My mind is bleeding.  It's a good job they're called Paradox."


**G.    DEFENDANT'S INFRINGING USE OF PLAINTIFF'S MARK, DELIBERATE ATTEMPTS TO SOW CONFUSION IN THE MARKETPLACE AND MISUSE OF REGISTRATION SYMBOL FOR THE UNREGISTERED RED SONYA (WITH A "Y")**


48.    Defendant has actively encouraged the confusion in the marketplace.  For example, defendant posted on its website the erroneous article from the *Hollywood Reporter* which stated that Paradox had "acquired the rights … to female sword-wielder Red Sonja …" using the spelling of plaintiff's RED SONJA trademark and clearly referring to plaintiff's RED

SONJA, who is known as the "She-Devil with a Sword." (*See* Snapshot from Paradox website at Exhibit T.)

49.     Even more egregiously, upon information and belief, in December 2005, defendant, in concert with its licensee Dark Horse, inserted a fake Letter to the Editor in its Conan comic book, Issue # 23, inquiring as to when the fans might see Red Sonya (with a "y") back with Conan in its comic books. (*See* Letter, attached hereto as Exhibit X.)  Upon information and belief, the letter was planted in defendant's publication by defendant and its licensees and there will be no record of defendant's receipt of such letter or its alleged sender.

50.     In response, Dark Horse advised its readers that they would soon see her (Red Sonya with a "y") with Conan in the comic book.  This response was blatantly misleading and intended to cause confusion inasmuch as Red Sonya (with a "y") was *never* a character in the Conan strip, living as she did in the 16th Century, many thousands of years after the Hyborian Age of Conan and RED SONJA.

51.     Defendant's intentional infringement of plaintiff's trademark is transparently clear on its own home page, where defendant boasts " ... WE BUILD BRANDS" and states that "Paradox Entertainment, Inc. controls a vast library of entertainment properties and *brings these in all aspects to the market.  Our portfolio consists of such *successful brands* as ... Red Sonya [*sic*]... " (See Snapshot of Paradox website, attached hereto as Exhibit Y) (emphasis added).  This marketing material is an obvious attempt to transpose Red Sonya (with a "y") with RED SONJA.  Red Sonya (with a "y") has not seen the light of day since Howard's story was published in 1934, more than 70 years ago, and is not a "successful brand" in any respect.  The "successful brand" that Paradox claims it is bringing to market, and whose trademark it is trying to misappropriate, is plaintiff's RED SONJA.

52.     Defendant's arrogant announcement of its intent to license its "successful brand" Red Sonya (which is neither successful nor a brand) is also an infringement of Red Sonja LLC's licensing of its RED SONJA character.

53.     Not content to impersonate RED SONJA by misrepresenting Red Sonya (with a "y") as a "successful brand," defendant has now reached even further, displaying a false registration symbol on an unregistered mark, so that Red Sonya (with a "y") now appears in its press releases bearing a ® symbol.  (*See* Press Release, Paradox Entertainment to Develop Robert E. Howard Western, Apr. 21, 2006, attached hereto as Exhibit Z.)  Defendant's misuse of the statutory notice, given the above, has been held to be fraud on the public.

**H.    DEFENDANT'S ACTUAL KNOWLEDGE
OF RED SONJA LLC'S TITLE IN RED SONJA**

54.     In or about July 2003, Dark Horse (the comic book company publishing Paradox's Conan) and Red Sonja LLC discussed the licensing of RED SONJA to Dark Horse; Paradox refused to permit such a transaction on the threat of canceling the Conan franchise.

55.     Pursuant to these discussions, discussions with the Heirs, and papers included in the acquisition, Paradox knew that Red Sonja LLC had acquired all right, title and interest to Howard's adapted RED SONJA character, as well as the trademark to RED SONJA.

**I.    DEFENDANT'S EFFORTS TO REGISTER
THE WORD "HYBORIA" AS A TRADEMARK
AND SERVICE MARK WITH FULL KNOWLEDGE
OF PLAINTIFF'S RIGHT TO USE THE WORD,
WHICH IS EQUALLY ASSOCIATED WITH RED SONJA**

56.     On February 3, 2006, even before announcing its acquisition of the Howard library, defendant applied to the USPTO to register the word "HYBORIA" as a trademark and

service mark in multiple classes and for hundreds and hundreds of goods and services including virtually every type of goods and services in which RED SONJA could ever possibly appear. (*See* USPTO TESS printouts, attached hereto as Exhibit AA.)

57.    Amongst the hundreds of products to which defendant seeks to apply its trademark for the word "HYBORIA" are the very products in which RED SONJA currently appears including comic books, motion pictures, novels, posters, lithographs, toy figurines, trading cards and other media, and in which she is routinely identified as a character of the Age of Hyboria.

58.    Defendant's applications were made with the full knowledge that the "Age of Hyboria" and the word "HYBORIA" are equally identified with RED SONJA, a character it does not own, as with Conan.  When defendant made its application it also knew that Red Sonja LLC has the right to use the word "HYBORIA" or its variants in all of its RED SONJA products, has used it in virtually all of its products consistently for over 30 years, since RED SONJA's first public appearance, and continues to use it to this day.

59.    RED SONJA is well-known as a character of the Hyborian Age and it is one of her key identifying characteristics.  In addition to using the word or its variants in each of its products, Red Sonja LLC also uses the word "HYBORIA" in its advertising, marketing and promotional materials publicizing its RED SONJA products in the marketplace.

60.    Nevertheless, on or about February 3, 2006, defendant and its licensees, with full knowledge of plaintiff's right to use the word "HYBORIA," and that plaintiff has done so for over 30 years and continues to do so today in its RED SONJA products, filed multiple applications for trademark and service mark registrations of the word "HYBORIA."

61. In applying to register the mark, defendant was required to submit a sworn statement that it "believes it is the owner of the mark" and that:

> to the best of the declarant's knowledge and belief, *no other person has the right to use the mark in commerce*, either in the identical form or in such near resemblance as to be likely, when applied to the goods or services of the other person, *to cause confusion* or mistake …

37 CFR Part 2, § 2.33(b)(1) (emphasis supplied).

62. Upon information and belief, defendant's verified statements in its trademark and service mark applications to the USPTO are false since it had full knowledge that plaintiff "has the right to use the mark in commerce."

63. Defendant's efforts to arrogate to itself, to the exclusion of plaintiff, the word "HYBORIA," which is an integral aspect of plaintiff's RED SONJA character, is an intentional attempt to interfere with plaintiff's rights to market, promote and sell its RED SONJA products in the marketplace.

## J.    DEFENDANT'S EFFORTS TO INTERFERE WITH RED SONJA LLC'S CONTRACTS AND FUTURE CONTRACTS WITH THIRD PARTIES

64. Defendant is further intentionally attempting to impede plaintiff's ability to sell its products in the marketplace by seeking to interfere with plaintiff's contracts and future contracts.

65. As one example, in late 2005 or early 2006, plaintiff entered into a contract with Emmett Furla Films Productions and Nu Image Films (collectively, "Nu Image") to develop a motion picture featuring RED SONJA of the Age of Hyboria.

66. Defendant is currently under contract with Warner Brothers to make a Conan motion picture. Seeking a back-up plan in case Warner Brothers does not exercise its option to

make the Conan motion picture, defendant's chief executive officer ("CEO") and chief operating officer ("COO") met with Nu Image to see if Nu Image would take a second position in the deal behind Warner Brothers.

67.    On information and belief, defendant went beyond simply protecting its own interest in marketing Conan, and attempted to affect plaintiff's separate deal with Nu Image for RED SONJA.  In its overture to Nu Image, Paradox, through two of its officers, recited, *inter alia*, one condition and one "suggestion."  The condition was that the officers of Paradox be Producers of the film (at a fee of 1% of the budget, approximately $500,000) and "suggested" that they would be "happier" if Nu Image did not make the RED SONJA film for which it had already contracted with plaintiff.  As Producers, defendant would be in a position to introduce Red Sonya (with a "y") as a female lead.

68.    Using its market clout, defendant has also refused to permit anyone dealing with Conan to simultaneously deal with RED SONJA.

## COUNT I
(Unfair Competition Pursuant to 15 U.S.C. § 1125(a))

69.    Red Sonja LLC repeats and realleges the allegations set forth in paragraphs 1 through 68 as if fully set forth herein.

70.    Defendant and its licensees have acted intentionally and purposefully to cause confusion in the marketplace including but not limited to posting incorrect and misleading articles on its website using plaintiff's RED SONJA trademark and planting a fake Letter to the Editor in its publication informing the public that Red Sonya (with a "y") would be *re*-appearing with Conan in its publication, with knowledge that Red Sonya (with a "y") had never previously

appeared with Conan, but rather that Conan's female heroine and cohort in the Hyborian Kingdom was plaintiff's RED SONJA.

71.    In addition, defendant and its licensees intentionally registered applications for trademarks and service marks for the word "HYBORIA" on hundreds of goods and services including the goods and services in which RED SONJA has appeared for over 30 years, with full knowledge that plaintiff has used the word "HYBORIA" consistently in the marketing and sales of its RED SONJA products for over 30 years and has the right to do so.

72.    Furthermore, defendant and its licensees have attempted to interfere with plaintiff's ability to sell its products in the marketplace by trying to unhook plaintiff's contracts with third parties to develop its RED SONJA character as a condition of defendant and its licensees doing business with such third parties.

73.    Defendant is liable to plaintiff pursuant to Section 43(a) of the Lanham Act which provides:

> (a)(1)  Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which –
>
> > 1.  is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or
> > 2.  in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

74. Defendant's and its licensees' actual and intended promotion, advertising, marketing and sale of their products using the Red Sonya (with a "y") mark is a bad faith misappropriation of the labor and expenditures of Red Sonja LLC for its own commercial purposes and advantage, which is also likely to cause confusion or deceive purchasers as to the origin or association of Defendant's and its licensees' products.

75. Defendant and its licensees had actual knowledge of Red Sonja LLC's RED SONJA mark, and its continuous use in commerce since 1973 to the present in various entertainment media products including comic books, novels, motion pictures, posters, lithographs, toy figurines, trading cards and other media products. In addition, defendant and its licensees had actual knowledge of the extensive labor and costs associated with promoting, advertising, and marketing the RED SONJA mark.

76. Defendant's and its licensees' actual and intended willful and wrongful conduct will proximately cause Red Sonja LLC substantial injury, including the loss of customers and profits, dilution of its goodwill developed over a substantial period of time, confusion of existing and potential customers, injury to its reputation and diminution of the value of Red Sonja LLC's RED SONJA mark and products.

77. Defendant's and its licensees' actual and intended promotion, advertising, marketing and sale of the Red Sonya (with a "y") mark without the permission, consent or authorization of Red Sonja LLC will constitute unlawful, unfair and fraudulent business practices in violation of 15 U.S.C. § 1125(a) and state statutes and common law.

78. Red Sonja LLC has been damaged by defendant's past willful and intentional conduct in an amount to be determined at trial but not less than $5,000,000.

79.    Red Sonja LLC has no adequate remedy at law for and will be irreparably harmed by defendant's continuing transgression.


## COUNT II
(Common Law Infringement and Unfair Competition
Pursuant to State Statutes and Common Law)

80.    Red Sonja LLC repeats and realleges the allegations set forth in paragraphs 1 through 79 as if fully set forth herein.

81.    Red Sonja LLC is the owner of the RED SONJA trademark which has been in use continuously from 1973 to the present in various entertainment media products including comic books, novels, motion pictures, lithographs, posters, toy figurines, and trading cards. Accordingly, the trademark is subject to common law trademark protection and protection under state statutes and common law.

82.    Defendant's and its licensees' actual and intended wrongful use of Red Sonja LLC's trademark in connection with the advertising, marketing, licensing and development of the mark for use in film, TV, videogames, comics, toys and other products is likely to cause confusion as to the source of Defendant's and its conspirators' products by the purchasing public, who associate such products with and as originating from a single source, *i.e.*, Red Sonja LLC, all to the detriment of Red Sonja LLC.

83.    Defendant Paradox and its licensees had actual knowledge of the RED SONJA mark and Red Sonja LLC's continuous and ongoing use of the mark in multiple entertainment media products including comic books, novels, motion pictures, lithographs, posters, toy figurines and trading cards prior to their statements and representations that they intended to

market the Red Sonya (with a "y") character in film, TV, videogames, comics, toys and other entertainment forums, and prior to their use of the mark.

84.    Upon information and belief, Defendant's and its licensees' intended and actual infringement is willful.

85.    As a result of Defendant's and its licensees' intended and actual use of the Red Sonya (with a "y") mark, the public will be confused, misled and deceived as to the source, origin and affiliation of Defendant's and its licensees' products.  Red Sonja LLC will suffer irreparable injury and damages as a direct result of such actual and intended use.

86.    Red Sonja LLC has been damaged by defendant's past willful and intentional conduct in an amount to be determined at trial but not less than $5,000,000.

87.    Red Sonja LLC has no adequate remedy at law for and will be irreparably harmed by defendant's continuing transgression.


## COUNT III
### (Trademark Infringement Pursuant to 15 U.S.C. §1115)

88.    Red Sonja LLC repeats and realleges the allegations set forth in paragraphs 1 through 87 as if fully set forth herein.

89.    Red Sonja LLC is the owner of the registered trademark for RED SONJA.  Since 1973, it  has used that mark in connection with its licensing and development of entertainment products for the character RED SONJA including comic books, novels, posters, lithographs, toy figurines, trading cards, motion pictures and other media products.

90.    The trademark registration for RED SONJA is in full force and effect, and the trademark thereof, and goodwill of the business of Red Sonja LLC in connection with that mark, has never been abandoned and is widely used throughout the United States.

91.    Defendant Paradox has publicly represented that it is now the owner of the Red Sonya (with a "y") character purchased from the Howard Estate and that it intends to license the Red Sonya (with a "y") character for film, TV, videogames, comics, toys and other items. (*See* Exhibits S, T, U, V, W, Y.)

92.    Defendant has promoted the RED SONJA mark by intentionally posting an article on its website which erroneously reported that defendant "acquired the rights to ... female sword-wielder RED SONJA ..." (*See* Exhibit T.)

93.    Defendant in complicity with Dark Horse, its licensee, has used plaintiff's mark by responding to a letter it planted in its comic book publication and using Red Sonya (with a "y"), a manifestly infringing trademark of the same pronunciation and almost identical spelling, to indicate a coming series of comics. (*See* Exhibit X.)

94.    Defendant and its licensees' promotion and marketing of its mark, which defendant knew about, induced, instigated and in which it was complicit, constitutes actual infringement of plaintiff's trademark.

95.    The same class of persons will be exposed to the parties' RED SONJA/Red Sonya marks under circumstances likely to result in confusion.

96.    Because the same class of persons will be targeted and exposed to the marks, and the parties market and intend to market the same or similar products through the same or overlapping channels, likelihood of confusion, deception and mistake among the consuming public and industry as to the source, origin, sponsorship or affiliation of the parties' RED SONJA/Red Sonya marks and products is very high.

97.    Defendant and its licensees intend on promoting, marketing and selling their products using the Red Sonya (with a "y") mark without the permission, consent or authorization

of Red Sonja LLC. Such conduct constitutes trademark infringement under federal and state statutory and common law.

98.    Upon information and belief, Defendant's and its licensees' intended and actual infringement is willful.

99.    As a result of Defendant's and its licensees' intended and actual use of the Red Sonya (with a "y") mark, the public will be confused, misled and deceived as to the source, origin and affiliation of such products. Red Sonja LLC will suffer irreparable injury and damages as a direct result of such actual and intended use.

100.    Red Sonja LLC has been damaged by defendant's past willful and intentional conduct in an amount to be determined at trial but not less than $5,000,000.

101.    Red Sonja LLC has no adequate remedy at law for and will be irreparably harmed by defendant's continuing transgression.

## COUNT IV
### (Trademark Dilution Pursuant to the Lanham Act, and State Statutory and Common Law)

102.    Red Sonja LLC repeats and realleges the allegations set forth in paragraphs 1 through 101 as if fully set forth herein.

103.    The RED SONJA mark has been used in commerce continuously since at least 1973 to the present in various entertainment media products including comic books, novels, motion pictures, posters, lithographs, posters, toy figurines, trading cards and other media products. All of the products using the RED SONJA mark have been promoted, marketed and sold throughout the United States by Red Sonja LLC. Throughout this period, the RED SONJA

mark and reputation have continuously and substantially grown throughout the industry and in the minds of the purchasing public.

104.    The RED SONJA mark is widely known to the target market of the purchasing public. By virtue of such recognition, the mark has developed significance in the industry and in the minds of the purchasing public and is identified as being sponsored or authorized solely by Red Sonja LLC.

105.    Defendant's and its licensees' intended and actual promotion, marketing, and sales in commerce using the Red Sonya (with a "y") mark is without the permission, consent or authorization of Red Sonja LLC and will dilute, blur and tarnish the reputation of Red Sonja LLC's distinctive and publicly recognized RED SONJA mark, thereby diminishing its value.

106.    Defendant's and its licensees' intended and actual promotion, advertising, marketing and sales of products using the Red Sonya (with a "y") mark is willful and intended to appropriate and trade upon the fame, goodwill and reputation developed by and associated with the RED SONJA mark, and is being undertaken in bad faith and in total disregard of the resulting damage and injury to Red Sonja LLC and its RED SONJA mark.

107.    Defendant's and its licensees' actual or intended acts will injure the business reputation and dilute, blur and tarnish the distinctive quality of Red Sonja LLC's RED SONJA mark in violation of state and federal statutory and common law.

108.    Defendant's and its licensees' actual and intended use of the Red Sonya (with a "y") mark will cause Red Sonja LLC to suffer irreparable injury, including injury to the reputation and dilution, blurring and tarnishing of the distinctive quality of its RED SONJA mark.

109.    Red Sonja LLC has been damaged by defendant's past willful and intentional conduct in an amount to be determined at trial but not less than $5,000,000.

110.    Red Sonja LLC has no adequate remedy at law for and will be irreparably harmed by defendant's continuing transgression.

WHEREFORE, Plaintiff prays that the Court issue an order granting plaintiff relief as follows:

1.    Issuing a preliminary and permanent injunction enjoining Defendant and its licensees, their agents, servants, employees, successors and assigns from infringing or diluting Red Sonja LLC's RED SONJA trademark, from injuring Red Sonja LLC's business reputation, from unfairly competing with Red Sonja LLC, and from engaging in unfair and deceptive trade practices;

2.    Issuing a preliminary and permanent injunction enjoining Defendant and its licensees from using the RED SONJA trademark or any variation thereof;

3.    Ordering an award of damages in an amount to be determined at trial but not less than $5,000,000;

4.    Ordering an award of profits, damages and treble damages as provided in Section 35(a) of the Lanham Act and state statutes for willfulness;

5.    Ordering an award of attorneys' fees, together with the costs of this action as provided in Section 35(a) of the Lanham Act and state statutes; and

6.    Ordering such other and further relief as the Court may deem just, equitable and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues in this case.


Dated: April 25, 2006

Richard K. Herrmann #405
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

-- and --

Mark Berman
Thomas J. Curran
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
(212) 922-9250

*Attorneys for Plaintiff*

# EXHIBIT  A

# A FOND LOOK BACK AT BIG RED

## by Roy Thomas

Leave it to "Big Red," as I often affectionately called her, to have two origins—with two different spellings of her name.

As many Robert E. Howard and comic book aficionados know well, the first of her pair of debuts came in the pages of the pulp magazine *Magic Carpet* for January 1934. *Magic Carpet* was given over to stories of derring-do from the days of the Arabian Nights and the Crusades, give or take a century or three. Robert E. Howard, who created his best-known character Conan the Cimmerian in 1932 and is the major founder of the school of fiction now often called "sword and sorcery," sold several short stories to that magazine. These stories were heavy on the sword, but there was no sorcery at all. One of these tales was called "The Shadow of the Vulture."

And it's in "Shadow" that you'll find Red Sonya of Rogatine, a tall Russian warrior woman who sports a sabre, a dagger, and two pistols. You'll also find the Turks besieging the city of Vienna in the 16th century, a German knight as principal hero named von Kalmbach (though Sonya has to rescue him a time or two), and even a twin sister of Sonya's named Sofia, who apparently was a real-life historical character, and the mistress to one of the higher-ups of the Saracens who were the story's bad-guys—of which the "Vulture" of the title was chief.

So how did I find out about her, and transmogrify her into Red Sonja, She-Devil with a Sword?

Well, by 1973, Conan the Barbarian was (finally) selling fairly well, after a somewhat shaky start, so I felt the time was finally right to introduce a roughly equivalent female hero into the series, with an eye toward "expanding the franchise," as they'd say nowadays. At that point I didn't have a name, or even a specific concept, for her...yet I knew what color I wanted her hair to be: red.

The reason? Conan's life, at least in its broad outlines, had pretty well been mapped out by REH himself, posthumous collaborator L. Sprague de Camp, and a couple of Howard fans in between, and it included liaisons with two sword-wielding lasses. Yes, that's right—not the hordes of blade-wielding hellions that seemed to pop up all over

the place later, but just two, in a life as recorded by Howard that spanned several decades. One of these was Belît, the pirate "Queen of the Black Coast" he met in the tale of that name, and with whom he sailed the seas for maybe three years (but only the single story)—the other was Valeria, a blonde fellow mercenary with whom he invaded the lost city in the novella Red Nails, but whom Conan wasn't fated to meet till he was well into his 30s, at least...while in the comic, he was still around 20.

So I decided I needed a new heroine—one I could do anything with, because there were no prose stories in the Conan paperbacks that would conflict with what I might have her do—and I wanted her to be a redhead, primarily to make her different in one more visual way from Belît and Valeria.

Enter Allan Howard.

While evidently of no known kinship to Robert E., a fan named Allan Howard wrote an article called "Conan on Crusade" about the adventures of REH's often Conan-like heroes in stories set during that general several-century period. The article had originally appeared in the fan-magazine Amra, devoted to Howard and to sword-and-sorcery fiction, but I first encountered it in a collection called The Conan Swordbook, published by Mirage Press. By then, having become a thorough-going fan of Howard's fiction, I was collecting and reading everything of his I could, including many stories not yet published but sent to me by Glenn Lord, the literary agent for the REH estate, the gent with whom I had concluded the deal that had brought Conan to Marvel Comics in the first place.

Allan Howard didn't really say much about Red Sonya of Rogatine in his "Conan on Crusade" piece. In fact, he didn't even mention her by name! He simply described her as "a red-headed Russian she-cat who would have made a fit companion for Conan. In fact, she might have been a bit too much for him."

These two sentences intrigued me, so I obtained a copy of "Shadow" from Glenn Lord, read it—and from then on, it was only a matter of time (and not too much of it, at that) before she found her way

into comic books. I suggested to artist Barry Smith that we adapt "Shadow of the Vulture" in Conan the Barbarian—and Barry agreed. Admittedly, besides being the writer of the comic, I was also its editor, so Barry might've gone along with what I wanted even if he hadn't much cared for the idea. But I think he liked the story as much as I did, and he did a wonderful job with her, even if I was never totally sold on the idea of her wearing the Hyborian Age equivalent of what were then called "hot pants," and which were a minor rage in New York, if not all over the country.

With Conan the Barbarian #23, we dumped her and the entire "Shadow" story into the middle of the "War of the Tarim" story arc we were then doing, and it worked out perfectly. The story was originally scheduled for #22, but there were some deadline or other problems, and #22 wound up being a reprint—albeit with Barry's powerful cover showcasing Red Sonja, a month before she would grace the comic's interiors.

So—why "Red Sonja" with a "j"? Why not "Red Sonya," even if we dropped the "Rogatine" bit?

I believe I felt that, if she were to be a possibly continuing character in Conan, it might be best to make her a bit more of a "new" character by changing the spelling of her name, ever so slightly. That way, Red Sonya-with-a-"y" would continue to exist, pristine and untouched, in the crumbling pulp pages of old magazines (and in the inevitable and welcome reprints), while Sonja-with-a-"j" was a blank slate, on which I could write and Barry could draw whatever we would.

The initial comic which introduced her adapted the entire "Shadow of the Vulture" story in one tightly-paced issue, keeping Howard's title. With Conan the Barbarian #24, however, we branched out a bit. I won't bother even trying to remember, at this juncture, precisely which of us—Barry or myself—thought of any particular bit in "The Song of Red Sonja," except that I dug up a fragment of REH verse called "Tarantella" which I used as the "song" of the title—and I decided she would have made a vow that she would never have any lover except a man who had defeated her in battle.

Some feminists (and a few guys, too) have taken me to task over the years for that vow, but that's never bothered me. The lineage of the concept was flawless, literary, and respectable—a statement attributed to the warrior-queen Aoife in William Butler's Yeats' beautiful early 20th-century verse-

play On Baile's Strand, one of whose protagonists was the great legendary Irish hero Cuchulain—so I never faltered then or now in support of oath. If I didn't know the motivations of a heroine I had, at the very least, co-created, then who did? Nor did it seem to bother Barry's and my fellow professionals, who voted "The Song of Red Sonja" the best comics story of the year 1973.

At the end of Conan the Barbarian #24, we had Sonja kick Conan in the gut and ride off with a priceless tiara he had helped her liberate from the palace at besieged Makkalet. With that issue, Barry, too, rode off into the sunset so far as the color Conan comic was concerned, though he and I would still do our adaptation of Red Nails for the new black-&-white mag Savage Tales. And thus Valeria of the Red Brotherhood entered the world of comics only slightly later than Red Sonja.

The readers clamored for more of Sonja, just as I'd figured they would, and not too many issues later they got it—a three-part story that began in the first issue of the new Conan-starring black-&-white mag The Savage Sword of Conan, and continued into two issues of the color Conan comic. (I hasten to assure one and all that this clever segue between mags was not some clever marketing ploy on the part of Stan Lee and myself, but was done because, when Savage Sword was abruptly added to Marvel's schedule, there wasn't time for the new major Conan artist, John Buscema, to draw a new story for it, so we just yanked the next one from Conan the Barbarian. It's only by sheer good luck that it happened to bring back Red Sonja, which gave us a chance to have rising painter Boris Vallejo depict both Conan and Sonja on the cover of Savage Sword #1.

For that issue, I wanted to do the story that came in between her exit in CTB #24 and her return, complete with a price of her head, in Savage Sword #1. I was fortunate in enlisting as artist there the esteemed Spanish illustrator Esteban Maroto—with inking by a combination of Maroto himself, Neal Adams, and Ernie Chan (then Ernie Chua). The result was an exquisite gem of a story in terms of visual beauty—with a plot conceived, for reasons I know not, while my first wife Jean and I were attending a Ricky Nelson concert at Carnegie Hall! (Hey, I figured, if I'd sung on the Carnegie Hall stage three years earlier, Ozzie and Harriet's son deserved a shot, as well, right?) And yes, I definitely did mean to imply a homosexual relationship between the king of Pah-Dishah

(a name I borrowed from Frank Herbert's novel Dune, I believe) and his albino bodyguard.

I guess at this point I ought to say a few words about the "metal bikini." I didn't coin that phrase—our readers did—but it fits. As I said above, I hadn't liked certain too-modern aspects of her original outfit, though the mail shirt was fine. As it happened, Esteban Maroto had recently sent me from Spain, unasked, a drawing of Sonja which had her in rather skimpy armor—an illo I printed in Savage Sword #1, and which led to Esteban's drawing a solo Sonja story in that issue. I liked the garb he gave her, and so did John Buscema. After all, Conan often ran around "naked but for a loin-cloth," so why not Big Red? Soon afterward, I came up with a mildly twisted rationale for her wearing clothing that deliberately tempted men when of course she'd cut off their fingers if they tried to go touchy-feely on her. Hey, she had a troubled child-hood, what can I say?

By now, Conan was such a hit that it seemed log-ical to put other Howard characters like King Kull and Red Sonja (insofar as she was an REH character) out in comics of their own. And so Sonja became, in 1975, only a couple of years after her creation, the star of Marvel Feature. It was probably Marvel's editor-in-chief—then either Marv Wolfman or Archie Goodwin—who suggested that the artist be Frank Thorne, a longtime pro who'd done the post-apocalyptic Mighty Samson comic for Gold Key a few years earlier. I liked his work, so that was fine by me.

Only, once again, Marvel's inevitable scheduling brinksmanship didn't allow Frank enough lead time to do a full-length tale for Marvel Feature #1, and anyway I was in the throes of going through a painful (second) separation from my first wife. So I asked Bruce Jones, who'd written and drawn some fine stories for science-fiction comics I edited, to script the first few "Red Sonja" stories—except for the very first one.

For that one, I quickly adapted a Robert E. Howard short story called "The Temple of Abomination," which was set around 1000 A.D. and featured a Conan-like hero named Cormac Mac Art. I enlisted the talented Dick Giordano, who had recently inked a John Buscema-penciled "Red Sonja" back-up in Conan and loved drawing beautiful women, as the artist, and we held the story down to a very lean 8 pages. I filled out the remainder of the issue by reprinting that Maroto Sonja story from Savage Sword #1, "first time in color," and we had our first issue of a solo Red Sonja mag.

I was sorry not to be able to work with Frank Thorne right off the bat, but I loved the work he and Bruce Jones did together. Bruce wrote a script in advance, instead of using the "Marvel method" of having the artist work from a plot and then add dialogue later, and this led to some inventive layouts by Frank, who even lettered his stories. Certain aspects of the story didn't strike me as being quite as much in the Robert E. Howard vein as I wanted, but my quibbles were minor. I liked the stories, even if I was still planning to return after a few issues.

When I did, with Marvel Feature #6, I immedi-ately brought Sonja back more into the Marvel ver-sion of the Hyborian Age, with a story in which she encountered Karanthes, who (spelled with a "C" instead of a "K") had been an offstage charac-ter in Howard's Conan story "The God in the Bowl." Karanthes was a priest of the Stygian god Ibis, so I even playfully referred to the latter as "Ibis the Invincible," the name of an old Fawcett comics hero who had been a back-up feature in Whiz Comics behind the original Captain Marvel. I was determined to have fun with Red Sonja, and I did. The urban legend of baby pet alligators flushed down toilets and growing up wild in the sewers of New York City led to the gator-men of Marvel Feature #6, of course.

And of course she and Conan meet up in the last panel of my first issue—with the pirate queen Bêlit tossed in for good measure. Since I was writing both mags, it was fairly easy to dovetail the Sonja stories in Marvel Feature #6-7 with two or three issues of Conan the Barbarian—even bringing in King Kull in the big finale. Unfortunately, we can't reprint that issue of Marvel's original Conan series, so you'll just have to take my word for it: Red Sonja, Conan, and Bêlit—and Kull, for that mat-ter—come out on top against the Stygian wizard who's set them all up and even pulled Kull from an earlier era, even if Sonja is never going to be high on Bêlit's Hit Parade.

And, after Marvel Feature #7, such was Sonja's popularity that she even gained her own magazine for a couple of years, graduating into Red Sonja #1.

But that, hopefully, is a tale to be told in a sec-ond volumes of this series, if the good lord Erlik is willing and the creek don't rise…!

# EXHIBIT   B



# EXHIBIT  C

# SHE-DEVIL WITH A SWORD!

Iᴛ'ꜱ a comicbook phenomenon, and Roy Thomas is to blame! He started the whole thing the day he said to me, "Hey, Stan, why don't we do a comicbook version of Conan the Barbarian?" When I casually replied, "Sure, why not?" little did I dream that Rascally Roy would be creating a whole new area of comicbook excitement—the sword and sorcery craze!

Almost from its inception, a decade ago, the Marvel production of Robert E. Howard's immortal classic has been an ever-growing success. First illustrated by Barry Smith, then Gil Kane, and finally John Buscema, with Roy himself handling the scripting and editorial chores, Conan's continuing popularity has made comicbook history. But, threatening to rival the sweep and power of the mighty Cimmerian himself is a new character—also conceived by the fertile mind of Robert E. Howard—but brought to still greater heights of fame and glory between the covers of our own magazines. First introduced as an incidental supporting character, to be presented upon occasion when the situation warranted, the heavenly Hyrkanian was so powerful, so compelling a character, that we just had to give her her own featured story, and then—by popular demand—her own magazine! This then was the birthing of Red Sonja as a Marvel Comics heroine, and the world of sword-and-sorcery will never be the same!

Never has a featured female star so defied all tradition as has Red Sonja. Where the male fights like a savage, she strikes like a barbarian! Where the male storms in anger, she thunders in fury! Where the male flaunts his strength, she unleashes her power! To paraphrase the old show tune lyric, 'most anything he can do she can do better.

Red Sonja perhaps best typifies the new equality between male and female. Granted, she's lovely, luscious, and every inch a woman. Yet, combat is her calling and adventure is her life. In the brief period during which she has soared like a meteor to comicbook stardom, she has made us accept her life-style. We read her exploits, watch her

35





wield sword and ax with the skill of a warrior born, and we believe what we see. We know that Red Sonja can hold her own, can stand fast against any man, and we do not question. Perhaps, through the medium of the contemporary comicbook, society may inch itself a bit closer to the time when we judge an individual on his or her own merit, rather than the accident of sex.

But, before we become mired in a muddled monograph of sociological gobbledegook, let's hear it for Fabulous Frank Thorne! Never has an artist's pen so uniquely breathed life into a storybook character. Just as Sonja is surely the ultimate female warrior, so Thorne must be the ultimate Sonja artist. It is as though the two were destined for each other, a partnership forged by some mystic spell in the bygone days of yore. In fact, the fantastic popularity of both Sonja and Thorne is almost a cause for concern. So busy is Frank attending mushrooming "SonjaCons" throughout the country, lecturing to burgeoning Sonja fan clubs, judging Sonja beauty contests, and designing Sonja games, T-shirts, and record albums, that it's hard to know where he finds the time to draw the strips. Yet, draw them he does—and that's where it's at.

Just a note anent the story you are about to read and savor. Though the multitalented Mr. Thomas has written most of the Red Sonja thrillers for our continuing series, he served as editor on this particular issue owing to a heavy work load at the time. The actual script was written by Bruce Jones, an artist/writer friend of Roy's, who has often contributed to our Marvel mags. As for our colorist, G. Roussos, I caution you to remember his name, for he'll be mentioned later on in this surprising little volume. How and why, you ask? Ah, patience, pilgrim—it's just another sneaky Stan Lee ploy to pique your curiosity and hew you to the line!

And now, as I prepare to join you in beholding another brain-blasting battle with our bewitching barbarian (Hey, I wonder if we oughta spell it "barbarienne" when referring to Sonja? Just a little something to keep you awake nights!), I can't help but think back to the brilliantly creative Robert E. Howard. I wish he were with us today to see his characters brought to new life, new glory, on the pages of *Marvel Comics*. I wish he could see Red Sonja and tell us if we're portraying her the way she existed for him in his fertile imagination. I wish he could tell us if he digs our style, and our interpretation. And, just between you and me, I kinda think he would.

36





# EXHIBIT  D





"Know also, O prince, that in those selfsame days that Conan the Cimmerian did stalk the Hyborian kingdoms, one of the few swords worthy to cross with his was that of Red Sonja, warrior-woman out of majestic Hyrkania. Forced to flee her homeland because she spurned the advances of a king and slew him instead, she rode west across the Turanian Steppes and into the shadowed mists of legendry."

—The Nemedian Chronicles.

STan Lee PRESENTS: RED SONJA™

*ERLIK'S BEARD! I'M HALF CRAZED FOR A FLAGON OF ALE, AND I PICK THIS GHOST TOWN TO RIDE INTO!*

*HO THERE! WHAT AILS THIS TOWN? WHERE'S THE POPULACE?*

*YOU THERE! ZINGARAN! ARE YOU DEAF?*

*BY THE GODS!*

*I SAID WHERE'S TH--?*

# EYES OF THE GORGON

| BRUCE JONES WRITER. | FRANK THORNE ARTIST. | ROY THOMAS EDITOR. |
|---|---|---|
| G. ROUSSOS COLORIST. | FEATURING THE CHARACTERS CREATED BY: ROBERT E. HOWARD | |

JV278

MARVEL FEATURE™ is published by MARVEL COMICS GROUP, OFFICE OF PUBLICATION: 575 MADISON AVENUE, NEW YORK, N.Y. 10022. Published bi-monthly. Copyright © 1976 by Marvel Comics Group. A Division of Cadence Industries Corporation. All rights reserved 575 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 3, May, 1976 issue. Price 25¢ per copy in the U.S. and Canada. Subscription rate $3.50 for 12 issues. Canada, $4.25. Foreign $5.50. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A.



# THE ADVENTURES OF

# RED SONJA

## VOLUME 1

**FEATURING CONAN!**

ROY THOMAS, BRUCE JONES,
FRANK THORNE AND OTHERS

THE ADVENTURES OF



VOLUME I

## CHAPTERS

- **RED SONJA**
  Roy Thomas, Esteban Maroto, Neal Adams,
  colored by José Villarrubia

- **THE TEMPLE OF ABOMINATION!**
  Roy Thomas and Dick Giordano

- **BLOOD OF THE HUNTER**
  Bruce Jones and Frank Thorne

- **BALEK LIVES!**
  Bruce Jones and Frank Thorne

- **EYE OF THE GORGON**
  Bruce Jones and Frank Thorne

- **THE BEAR GOD WALKS**
  Bruce Jones and Frank Thorne

- **BEWARE THE SACRED SONS OF SET**
  Roy Thomas and Frank Thorne

- **THE BATTLE OF THE BARBARIANS**
  Roy Thomas and Frank Thorne

COVER A
Dick Giordano
Colored by David Baron

COVER B
Frank Thorne
Colored by David Baron

This volume collects issue one through seven of the original Marvel
Comic book series Marvel Features November, 1975 - November, 1976.

COLOR RECONSTRUCTION BY
Mike Kelleher, Glasshouse Graphics

EDITORIAL CONSULTANT
Luke Lieberman

SPECIAL THANKS TO ARTHUR LIEBERMAN
at RED SONJA CORPORATION

**DYNAMITE ENTERTAINMENT**
NICK BARRUCCI    PRESIDENT
JOSH JOHNSON    CREATIVE DIRECTOR
JUAN COLLADO    CHIEF OPERATING OFFICER
JOSEPH RYBANDT    DIRECTOR OF MARKETING
RICH B. WENZKE    GRAPHIC DESIGNER

THE ADVENTURES OF RED SONJA® Trade Paperback. First printing. Published by
Dynamite Entertainment, Office of publication: 155 Ninth Ave. Suite B, Runnemede, NJ
08078. RED SONJA® and related logos, characters, names, and distinctive likenesses there-
of are trademarks of Red Sonja Corporation unless otherwise noted. All Rights Reserved.
"Dynamite Entertainment" and the Dynamite Entertainment logo are trademarks of
Dynamic Forces, Inc. ™ The events and characters in this book are entirely fictional. Any
similarity to persons living or dead is purely coincidental. No portion of this book may be
reproduced by any means (digital or print) without the written permission of Red Sonja
Corporation and Dynamite Entertainment, except for review purposes.
Printed in Canada.

First Edition
ISBN 1-933305-07-X
10 9 8 7 6 5 4 3 2 1

To find a comic shop in your area, call the comic shop locator service toll-free 1-888-266-4226









# RED SONJA™
## SHE-DEVIL WITH A SWORD

"Know also, O prince, that in the selfsame days that the
CIMMERIAN did stalk the HYBORIAN KINGDOMS, one of the
few swords worthy to cross with his was that of RED SONJA,
warrior-woman out of majestic HYRKANIA. Forced to flee
her homeland because she spurned the advances
of a king and slew him instead, she rode west
across the TURANIAN steppes and into the
shadowed mists of legendry."

—THE NEMEDIAN
CHRONICLES

*writer*
**RON MARZ**

*art*
**JOE NG**

*letters*
**UDON STUDIOS**

*colorist*
**UDON STUDIOS**

*editorial consultant*
**LUKE LIEBERMAN**

  

| COVER A | COVER B | POWER FOIL |
|---|---|---|
| ALVIN LEE | ALVIN LEE | JOE NG |

*Special thanks to*
**ARTHUR LIEBERMAN**
*at Red Sonja Corporation*



**DYNAMITE ENTERTAINMENT**

| | |
|---|---|
| NICK BARRUCCI | PRESIDENT |
| JUAN COLLADO | CHIEF OPERATING OFFICER |
| JOSEPH RYBANDT | DIRECTOR OF MARKETING |
| JOSH JOHNSON | CREATIVE DIRECTOR |
| RICH B. WENZKE | GRAPHIC DESIGNER |

For Ad Sales, please contact Liz Fulda from Kunoichi Media
Services at (312) 593-5194 or adsales@kunoichi.com.

RED SONJA ®, Goes East, One Shot.  First printing.
Published by Dynamite Entertainment, 155 Ninth Avenue,
Suite B, Runnemede, NJ 08078.  RED SONJA® and related
logos, characters, names, and distinctive likenesses thereof
are trademarks of Red Sonja Corporation unless otherwise
noted. All Rights Reserved. "Dynamite Entertainment" and
the Dynamite Entertainment logo are trademarks of
Dynamic Forces, Inc. The events and characters in this book
are entirely fictional.  Any similarity to persons living or
dead is purely coincidental. No portion of this book may be
reproduced by any means (digital or print) without the
written permission of Dynamite Entertainment, except for
review purposes.

For information regarding promotions, licensing and
advertising please e-mail: marketing@dynamicforces.com.
Printed in Canada.

*based on the heroine created by*
# Robert E. Howard





# RED SONJA

## SHE-DEVIL WITH A SWORD

"Know also, O prince, that in the selfsame days that the CIMMERIAN did stalk the HYBORIAN KINGDOMS, one of the few swords worthy to cross with his was that of RED SONJA, warrior-woman out of majestic HYRKANIA. Forced to flee her homeland because she spurned the advances of a king and slew him instead, she rode west across the TURANIAN steppes and into the shadowed mists of legendry."

~THE NEMEDIAN CHRONICLES

*writers*
**PETER DAVID** and
**LUKE LIEBERMAN**

*art*
**WILL CONRAD**

*letters*
**SIMON BOWLAND**

*colorist*
**SCOTT KESTER**

*editorial consultant*
**LUKE LIEBERMAN**




COVER A
WILL CONRAD

COVER B
GABRIELE DELL'OTTO

*Special thanks to*
**ARTHUR LIEBERMAN**
*at Red Sonja Corporation*

**DYNAMITE**
ENTERTAINMENT

DYNAMITE ENTERTAINMENT
NICK BARRUCCI        PRESIDENT
JUAN COLLADO         CHIEF OPERATING OFFICER
JOSEPH RYBANDT       DIRECTOR OF MARKETING
JOSH JOHNSON         CREATIVE DIRECTOR
RICH B. WENZKE       GRAPHIC DESIGNER

For Ad Sales, please contact Liz Fulda from Kunoichi Media Services at (312) 593-5194 or adsales@kunoichi.com.

RED SONJA® VS. THULSA DOOM, Volume #1, Issue #1. First printing. Published by Dynamite Entertainment, 155 Ninth Avenue, Suite B, Runnemede, NJ 08078. RED SONJA® and related logos, characters, names, and distinctive likenesses thereof are trademarks of Red Sonja Corporation unless otherwise noted. All Rights Reserved. Thulsa Doom TM and © 2005 Thulsa Doom Corp., and Kull Productions, LLC. "Dynamite Entertainment" and the Dynamite Entertainment logo are trademarks of Dynamic Forces, Inc. The events and characters in this book are entirely fictional. Any similarity to persons living or dead is purely coincidental. No portion of this book may be reproduced by any means (digital or print) without the written permission of Dynamite Entertainment, except for review purposes.

For information regarding promotions, licensing and advertising please e-mail: marketing@dynamicforces.com. Printed in Canada.

based on the heroine created by

# Robert E. Howard

# EXHIBIT   E



# EXHIBIT   F



"Know also, O prince, that in the selfsame days that the CIMMERIAN did stalk the HYBORIAN KINGDOMS, one of the few swords worthy to cross with his was that of RED SONJA, warrior-woman out of majestic HYRKANIA. Forced to flee her homeland because she spurned the advances of a king and slew him instead, she rode west across the TURANIAN steppes and into the shadowed mists of legendry."

---THE NEMEDIAN CHRONICLES



writers
**Michael Avon Oeming** with
**Mike Carey**

art
**Mel Rubi**

colors
**Caesar Rodriguez** with
**Richard Isanove**

letterer
**Richard Starkings**
and Comicraft

editorial consultant
**Luke Lieberman**

cover artist
**Greg Land**
Inked by Matt Ryan
Colored by Jason Keith

incentive cover artist
**Alex Ross**

rrp cover artist
**Greg Land**

based on the heroine created by
**Robert E. Howard**

Special thanks to Arthur Lieberman at Red Sonja Corporation



**DYNAMITE ENTERTAINMENT**
NICK BARRUCCI — PRESIDENT
JUAN COLLADO — CHIEF OPERATING OFFICER
JOSEPH RYBANDT — DIRECTOR OF MARKETING
JOSH JOHNSON — CREATIVE DIRECTOR
RICH B. WENZKE — GRAPHIC DESIGNER
PETE HOERNER — PRODUCTION MANAGER

RED SONJA ®, Volume #1, Issue #0, April 2005. First printing. Published by Dynamite Entertainment, 155 Ninth Avenue, Suite E, Runnemede, NJ 08078. RED SONJA® and related logos, characters, names, and distinctive likenesses thereof are trademarks of Red Sonja Corporation unless otherwise noted. All Rights Reserved. "Dynamite Entertainment" and the Dynamite Entertainment logo are trademarks of Dynamic Forces, Inc. The events and characters in this book are entirely fictional. Any similarity to persons living or dead is purely coincidental. No portion of this book may be reproduced by any means (digital or print) without the written permission of Dynamite Entertainment, except for review purposes. For information regarding promotions, licensing and advertising please e-mail: marketing@dynamicforces.com. Printed in Canada.



# EXHIBIT   G



# EXHIBIT   H

# EXHIBIT   I



# EXHIBIT   J













# EXHIBIT   K

NO. 1193.

Estate of Robert E. Howard,     In County Court of Callahan

Deceased.                        County, Texas.

On this the 5th day of November, 1936, came on to be considered the application of Dr. I. M. Howard, Temporary Administrator of the estate of Robert E. Howard, deceased, to be discharged as such administrator and for the closing of said estate; and it appearing to the court that all of the debts of said estate have been paid and that there are now no debts or other claims of any nature against the same, and that there is no necessity for further administration of said estate:

It is therefore ordered by the court that the temporary administration of the estate of Robert E. Howard, deceased, be, and the same is hereby closed, and the said Dr. I. M. Howard, temporary administrator of said estate, is hereby released, together with his bondsmen, from further liability under said administration, and said property turned over to Dr. I.M. Howard as sole heir thereto.

County Judge of Callahan
County, Texas.

# 1193

Filed Nov 5 - 1936
Mrs S E Settle
co clk
Ritchye Mitchell,
Deputy

12

No. 119

Estate of Robert E. Howard.
deceased.

------

Application for Adminis-
tration.

Filed June 15th
1936.
Mst Settle
Co Clk
By Stella Gilliland
Deputy

vol 13
pg - 818

No. 1193
Estate of Robert E. Howard, | In the County Court of Callahan County,
Deceased. | Texas.

On this the _15th_ day of June, 1936, it having been shown and ap-
pearing to me that Robert E. Howard, a citizen and resident of the Coun-
ty of Callahan County, Texas, died in said county of the 11th day of June
1936, leaving an estate consisting of personal property of the estimated
value of $3,000.00, and that the interests of said estate require the
immediate appointment of an administrator;

It is ordered, adjudged and decreed by the Court that I. M. Howard
a person suitable and duly qualified thereunto, be and he is hereby ap-
pointed temporary administrator of the estate of Robert E. Howard, de-
ceased, with authority to take possession of all the property of said
estate, and to carry on the business of said estate, to draw on the
bank accounts of said estate, to collect all debts due said estate,
to collect all Post Office Deposits, Bonds, and all other claims of any
nature due said estate, and execute necessary receipts for the same,
to pay all taxes and other debts of any nature due by said estate and
transact any other business necessary to close up said estate;

It is further ordered that said I. M. Howard give bond in the sum
of $ 5000.00, and take oath as required by law; That this order shall
be recorded in the probate minutes of the County Court of said Callahan
County, and this appointment shall be in effect the _17th_ day of June
1936, and unless the same is contested at the next regular term of this
Court, after the service of citation, as required by law, shall be made
permanent, provided the Court is of the opinion that a permanent admin-
istrator is necessary.

_J. H. Carpenter_

County Judge, Callahan County, Texas

No. *1193*

Estate of Robert E. Howard,
xdeceased.

-----------

Order appointing Adminis-
trator.

*Vol 12*

*pg 337*

A 1137—REPORT OF APPRAISERS IN ESTATES—Class S.    (Arts. 3408 to 3409, R. C. S. 1925)

# ESTATE OF

No. 1193

Robert E. Howard,

Deceased.

I. M. Howard Temporary            ~~Perm~~ Adm'r*

IN COUNTY COURT,

Callahan ............................... County, Texas.

# INVENTORY AND APPRAISEMENT OF THE ESTATE

Of ............ Robert E. Howard, ..................................., Deceased, produced before the

undersigned Appraisers, on the................................day of............ June ....................A. D. 193 36 .,

by ............ I. M. Howard, Temporary ..................... ~~Perm~~ Adm'r* of the Estate

of said................ Robert E. Howard, ..................., Deceased.

### SEPARATE PROPERTY OF SAID DECEASED:

APPRAISED VALUE

Cash on hand in First National Bank,Brownwood,Texas          702.00

Postal Deposits,in Post Office,Brownwood,Texas---          1850.00

One 1935 model,standard Chevrolet Sedan,appraised at          350.00

## COMMUNITY PROPERTY

None

Seperate Property          $29,021.00

Common Property            none
                           GRAND TOTAL----                    2902.00

We, the undersigned appraisers, do solemnly swear that the foregoing is a full and fair appraisement

of the Estate of........Robert E. Howard,........................................Deceased, produced before

us by........Temporary........................................7....xXxx—Adm'r.*

*Taylor Bond*

*ZK Anderson*                          APPRAISERS

Sworn to and subscribed before me, this........16........day of........June........A. D. 193 6

*Paul V. Harrell*

Notary Public Callahan County, Texas

*Erase "Ex'r" or "Adm'r" as the case may be.
(SEE ART 1967.)

## LIST OF ALL CLAIMS DUE AND OWING
### Community Property

| From Whom Due | Nature of Claim | Date of Claim | When Due | Rate of Int. | Amount |
|---|---|---|---|---|---|
| None | | | | | |

## LIST OF CLAIMS
### Separate Property

None

I do solemnly swear that the foregoing Inventory and List is a full and complete inventory and list of the Property and Claims of................ Robert E. Howard, ..............................................., Deceased, that have come to my knowledge.

Sworn to and subscribed before me, this....16th.... day of.... June ...............A. D. 193..6.

~~XXXXX~~—Adm'r.

Notary Public, Callahan County, Texas

*Erase "Ex'r" or "Adm'r" as the case may be.

A.1137.

FILE No. 1193

## ESTATE OF

Robert E. Howard,

Deceased.

~~XXXXr~~—Adm'r.*

## Inventory and Appraisement and List of Claims

Filed..16.. day of..June..193.6

.....................................Clerk.

By.......................................Deputy.

Recorded...............day of.............193....

at.............o'clock.......M, in Probate Minutes

of.................................County, in

Volume.............Page.............

Witness my hand and seal, on this.........day

of....................193....

.....................................Clerk.

By.......................................Deputy.

STAFFORD–LOWDON CO. FORT WORTH

THE STATE OF TEXAS ◊

COUNTY OF CALLAHAN ◊

 I, Darlene Walker, County Clerk in and for Callahan County, Texas, hereby certify that the foregoing is a true and correct copy of the following:

  1. Application
  2. Order Appointing Administrator
  3. Inventory & Appraisement of Estate
  4. Final Account

in Cause No. 1193

  Robert E. Howard, Decd.

as the same appears on file and recorded in the Probate Minutes of County Court, Callahan County, Texas.

 Given under my hand and seal of office this 14 th day of May ,19 82 .

     Darlene Walker
     County Clerk
     Callahan County, Texas

By _Jeanie Bohannon_ Deputy
  Jeanie Bohannon

# EXHIBIT   L

THE STATE OF TEXAS

COUNTY OF EASTLAND

KNOW ALL MEN BY THESE PRESENTS: That I, Isaac M. Howard, of the County of Eastland, and state of Texas, being in good health, and of sound and disposing mind and memory, do make and publish this my last will and testament, hereby revoking all wills by me at any time heretofore made.

1. I give, bequeath and demise to my good friend, Dr. P. M. Kuykendall, all property, both real and personal, and wherever situated, of which I may die siezed and possessed.

2. I hereby constitute and appoint the said, Dr. P. M. Kuykendall, executor of this, my last will and testament, and direct that no bond or other security be required of him as executor.

3. It is my will that no other action be had in the County Court in the administration of my estate than to prove and record this will and to return an inventory and appraisement of my estate and list of claims.

IN TESTIMONY WHEREOF I have hereunto set my hand this 6th. day of November, A. D., 1944.

*Isaac M Howard*

The above instrument was now here subscribed by Isaac M. Howard, the testator, in our presence, and we, at his request, and in his presence and in the presence of each other, sign our names hereto as attesting witnesses.

*O P Phillips*

*Anice Locke*

*Defendant's Exhibit No. 1*

No.

IN THE MATTER OF THE ESTATE OF

ISAAC M. HOWARD, Deceased.

IN THE COUNTY COURT

EASTLAND COUNTY, TEXAS.

To the Honorable County Court of Eastland County, Texas;

Now comes your petitioner, Dr. P. M. Kuykendall, and respect-fully shows to the court, that he resides in Eastland County, Texas; that Isaac M. Howard is dead; that he died on or about the 12th day of November, A.D., 1944, at Ranger, Eastland County, Texas; that at the time of his death the said deceased was a resident of the county of Eastland in the state of Texas.

That at the time of his death the said Isaac M. Howard was seized and possessed of real and personal property of the probable value of $2,000.00; that he left a written will dated November 6, 1944, duly executed and herewith filed, in which your petitioner was appointed independent executor without bond.

That your petitioner is not disqualified by law from accepting letters testamentary.

WHEREFORE, your petitioner prays the court that citation be issued to all parties concerned or interested in said estate as required by law, that said will be admitted to probate, that letters testamentary be issued to your petitioner, and that such other and further orders be made as to the court may be deemed proper.

*P. M. Kuykendall*

*Beverly S. Dudley*
Attorney for Petitioner.

No. 4560

ESTATE OF ISAAC M. HOWARD                    IN THE COUNTY COURT.

Deceased.                                    EASTLAND COUNTY, TEXAS.

On this 27th. day of November, A.D., 1944, came on to be heard the application of Dr. P. M. Kuykendall for the probate of the last will and testament of Isaac M. Howard, deceased, and it appearing to the Court that due notice has been given of said application in the manner and for the time required by law; and from the evidence it appearing to the Court that the testator at the time he executed the will was at least twenty-one years of age; that he was of sound mind; and that he is now dead; and that said will was executed by the testator with the formalities and solemnities and under the circumstances required by law to make it a valid will; and that said testator was at the time of his death a resident citizen of Eastland County, Texas; and that he had never revoked said will:

It is therefore considered by the Court, and so ordered, adjudged and decreed that said will be admitted to probate as the last will and testament of Isaac M. Howard, deceased, and the Clerk is hereby ordered to record said will, together with the application for its probate, and the testimony of the witnesses introduced for the purpose of establishing said will. And it appearing from said will that Dr. P. M. Kuykendall was named as independent executor of said will without bond and that no other action should be had in the County Court in relation to the settlement of this estate than the probating and recording of the will and the return of an inventory, appraisement and list of claims, it is therefore further ordered that no bond or other security be required of the said Dr. P. M. Kuykendall as such independent executor, and that upon the filing and approval of an inventory, appraisement and list of claims no further action by this court in this estate shall be necessary.

It is further ordered by the court that *W. F. Creager*, *Ed T. Eubank* and *J C Wilkinson*, resident citizens of Eastland County, Texas, be, and they are hereby, appointed as appraisers of said estate.

County Judge, Eastland County, Texas.

C E R T I F I C A T E

THE STATE OF TEXAS Ï

COUNTY OF EASTLAND Ï

I, JOANN JOHNSON, Clerk of the County Court of Eastland

County, Texas,  do hereby certify that the above and

foregoing is a true and correct copy of the following:

Application to Probate

Last Will and Testament

Order Admitting Will to probate

In Cause No. __4560__ Entitled the Estate of_____

_____ Isaac M. Howard, Deceased _____

as the same appears on file in this office and of record in the

Probate Records of Eastland County, Texas.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, in the City of

Eastland, Eastland County, Texas,  this__17th_day of____June____A.D.

1982.

JOANN JOHNSON, COUNTY CLERK

EASTLAND COUNTY, TEXAS

By _____

Jeannie Eudy / Deputy

# EXHIBIT   M

THE STATE OF TEXAS }

COUNTY OF EASTLAND }

I, P. M. Kuykendall, of the County of Eastland, State of Texas, being of sound mind and disposing mind and memory, and being desirous to settle my worldly affairs while I have strength to do so, do make this my last will and testament, hereby revoking all other wills heretofore made by me.

1. I desire and direct that all of my just debts be paid out of my estate without delay by my co-executrixes to be hereinafter appointed.

2. It is my will and desire that all of the property, real, personal and mixed, I may die seized and possessed of, after the payment of my just debts, including the expenses of my last illness and funeral, shall pass to and vest in fee simple in my beloved wife, Alla Ray Kuykendall, and I give, bequeath and demise to my said wife, Alla Ray Kuykendall, the remainder of all of the property I may own or be interested in at the time of my death, in fee simple, to manage, control, sell or dispose of as she may wish or see proper.

3. I hereby constitute and appoint my said wife, Alla Ray Kuykendall, and my beloved daughter, Alla Ray Morris, independent co-executrixes of this my last will and testament, and direct that no bond or security be required of them, or either of them, as such independent co-executrixes. In the event of the death or resignation of either of said independent co-executrixes I hereby direct that the other shall serve as sole independent executrix of this my last will and testament, and direct that no bond or security be required of her as such independent executrix.

4. It is my will and desire that no other action shall be had in the Probate Court in the administration of my estate other than to prove and record this will and to return an inventory and appraisement of my estate and list of claims.

In testimony hereof I have hereto set my hand, this the 19th day of July, 1955.

*P M Kuykendall*

Signed, declared and published by P. M. Kuykendall as his last will and testament, in the presence of us, the attesting witnesses, who have hereto subscribed our names in the presence of the said P. M. Kuykendall, and in the presence of each other at the special instance and request of the said P. M. Kuykendall, on this the 19th day of July, 1955.

*John _____*

*Dewey C. Cox Jr.*

No. 6075

IN RE:  ESTATE OF )  IN THE COUNTY COURT
)
P. M. KUYKENDALL, )
)
DECEASED )  EASTLAND COUNTY, TEXAS

### APPLICATION TO PROBATE WILL OF P. M. KUYKENDALL, DECEASED

Now comes Alla Ray Kuykendall and Alla Ray Morris and file herein this, their application to probate the will of P. M. Kuykendall, deceased, and for appointment as Independent Co-Executrixes of the Estate of P. M. Kuykendall, deceased, and would show the court as follows:

### I.

The applicants herein are Alla Ray Kuykendall, a widow, and Alla Ray Morris, a widow; both being residents of the City of Ranger, Eastland County, Texas.

### II.

P. M. Kuykendall died at Ranger, Texas, which is in Eastland County, Texas, on May 28, 1959. P. M. Kuykendall was a resident of Eastland County, Texas, and at the time of his death was 66 years old. P. M. Kuykendall was the husband of Alla Ray Kuykendall, one of the applicants herein, at the time of his death.

### III.

This court has venue by virtue of the fact that P. M. Kuykendall was a resident of Eastland County, Texas.

### IV.

P. M. Kuykendall at the time of his death owned real estate in Eastland and Taylor Counties, Texas, of the probable value of $15,000.00, and had personal property of the probable value of $5,000.00.

### V.

The will of P. M. Kuykendall is dated July 19, 1955, and designates applicants herein as Independent Co-Executrixes and directs that they shall serve without bond and free of control of the County Court except for the proving of this will and the making of an inventory and appraisement. Applicants are both residents of Eastland County, Texas.

VI.

The subscribing witnesses to said will are John H. Howlett and Dewey C. Cox, Jr., both of Eastland County, Texas.

VII.

No child or children were born to P. M. Kuykendall after the making of said will, and no children were ever adopted by him.

VIII.

The name, age, marital status and residence of each heir and devisee, and her relationship to the decedent are as follows:

| Name: | Age: | Marital Status: | Resident of: | Relationship: |
|-------|------|-----------------|--------------|---------------|
| 1. Alla Ray Kuykendall | 60 | Widow | Eastland County, Texas | Wife |
| 2. Alla Ray Morris | 43 | Widow | Eastland County, Texas | Daughter |

IX.

P. M. Kuykendall was never divorced in his lifetime.

WHEREFORE, applicants pray that notice issue as required by law and that upon hearing herein the will of P. M. Kuykendall be admitted to probate, that applicants be appointed Independent Co-Executrixes of the Estate of P. M. Kuykendall, deceased, and that they have such other and further relief, either in law or in equity, to which they may show themselves entitled.

L. E. Pearson

Dewey C. Cox, Jr.
ATTORNEYS FOR APPLICANTS

Alla Ray Kuykendall

Alla Ray Morris

APPLICANTS

Subscribed and sworn to before me by the said Alla Ray Kuykendall and Alla Ray Morris on this the 18th day of June, 1959.

(Electa Pearson)
Notary Public, Eastland County, Texas

NO. _____

| IN RE: ESTATE OF | IN THE COUNTY COURT |
| P. M. KUYKENDALL, | |
| DECEASED | EASTLAND COUNTY, TEXAS |

ORDER

Now on this _____ day of July, 1959, came on to be heard the
written application of Alla Ray Kuykendall and Alla Ray Morris,
both residents of Eastland County, Texas, for the probate of a cer-
tain instrument in writing dated July 19, 1955, and now produced in
court, being filed herein with said application on the 22 day of
June, 1959, purporting and alleged to be the last will of P. M.
Kuykendall, deceased, and due proof having been taken in the manner
required by law and it being proved to the satisfaction of this
court that this court has jurisdiction and venue of this estate and
that every citation required by law has been duly issued, served
and returned in the manner and for the length of time required by
law, and the testator, P. M. Kuykendall, at the time of executing
said will was over 21 years of age and was a married man; that at
the time of executing said will the testator was of sound mind and
that he died on May 28, 1959; that such testator executed said will
with the formalities and solemnities and under the circumstances
required by law to make it a valid will; that the said will has not
been revoked by said testator, and that it is entitled to probate,
and it further appearing to the court that applicants herein,
Alla Ray Kuykendall and Alla Ray Morris, were named in said will
as Independent Co-Executrixes; that said will directed that no
bond be required of either of them; that they are entitled by law
to letters testamentary; that four years have not elapsed since the
death of said said P. M. Kuykendall and that there is a necessity
for administration of said estate; and that said will provides that
no further action be had in the County Court in the matter of the
settlement of said estate other than the probating of the will
and making thereto an inventory and appraisement.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED BY THIS COURT that said will be and the same is hereby admitted to probate and record as the last will of the said P. M. Kuykendall, deceased, and that said will, together with the application for probate thereof, and all the testimony given in this proceeding, shall be recorded in the minutes of this court.

IT IS, ALSO, ORDERED, ADJUDGED AND DECREED THAT administration be granted upon the estate of the said P. M. Kuykendall, deceased, and that the said Alla Ray Kuykendall and Alla Ray Morris, applicants herein, receive letters testamentary as Independent Co-Executrixes upon their taking the oath required by law and that no bond be required or given by them as provided in said will, and that when the said Alla Ray Morris and Alla Ray Kuykendall shall have qualified according to law the clerk of this court will issue letters in accordance with this judgment; and it further appearing that _Morris Newnham_, _James Ratliff_, and _Tosace Hopper_ are citizens of Eastland County, Texas, and are disinterested persons, they are hereby appointed appraisers to appraise the estate of P. M. Kuykendall, deceased.

_John S. Hart_
Judge Presiding

THE STATE OF TEXAS I

COUNTY OF EASTLAND I

    I, JOANN JOHNSON, Clerk of the County Court of Eastland

County, Texas,  do hereby certify that the above and

foregoing is a true and correct copy of the following:

    Application to Probate Will

    Last Will and Testament

    Order

In Cause No. __6075__  Entitled the Estate of_____

    P.M. Kuykendall, Deceased

as the same appears on file in this office and of record in the

Probate Records of Eastland County, Texas.

    GIVEN UNDER MY HAND AND SEAL OF OFFICE, in the City of

Eastland, Eastland County, Texas,  this _17th_ day of____June____A.D.

1982.

                     JOANN JOHNSON, COUNTY CLERK

                     EASTLAND COUNTY, TEXAS

                     By _Jeannie Eudy_____

                     Jeannie Eudy    Deputy

# EXHIBIT   N

CEIVED

E8 0 1 1992

RMAN & NOVAK

AGREEMENT by and between Alla Ray Kuykendall, Alla Ray Morris (hereinafter jointly "the Heirs"), Glenn Lord, Maurice Kanbar and Arthur Lieberman.

WHEREAS, the Heirs own all right, title and interest in and to the Robert E. Howard character RED SONJA previously licensed for comics to and subsequently abandoned by Marvel Comics; and

WHEREAS, Arthur Lieberman in conjunction inter alia with Glenn Lord has been fundamental in promoting, negotiating and contracting the Robert E. Howard character CONAN resulting in substantial economic benefits to the Heirs; and the parties seek in some measure to replicate such benefits with RED SONJA the female counterpart of CONAN; and

WHEREAS, Maurice Kanbar has agreed to arrange for the initial financing of RED SONJA and to that end has invested twenty-five thousand ($25,000.00) dollars to form the Red Sonja Corporation and finance its early stages and together with Lieberman and Lord has initiated discussions regarding a major movie bearing the name, an animated series bearing the name, a renewed interest at Marvel resulting in a four comic series bearing the name; and

WHEREAS, the parties desire to put all licenses, contracts, agreements and all right, title and interest which they may possess in and to the fictional character RED SONJA and the stories, plot lines and themes relating thereto in any form (including without limitation, books, magazines, movies, recordings, television, merchandise of every type whatsoever, and comics) in a single entity for the purpose of better exploiting the rights in connection with third parties; and

WHEREAS, the Red Sonja Corporation (a Delaware corporation) has been formed for the purpose of holding all such rights and allocating monies among the parties hereto in accordance with predetermined percentages;

NOW, THEREFORE, in consideration of the foregoing and promises herein contained it is agreed to that:

1) All parties on behalf of themselves, their successors, assigns, their heirs and legal representatives, hereby assign to the Red Sonja Corporation (with the exceptions specifically set forth below), all right, title and interest in and to the fictional character of RED SONJA and the stories relating thereto and all remuneration received therefrom and including all right, title and interest in and to all trademarks, contracts, licensing agreements, copyrights and renewals thereof currently in existence.

2) Specifically excepted from this agreement shall be the first $100,000 received under the Charter Communications agreement dated March 22, 1978 which money shall be paid directly to the Heirs for distribution by them in accordance with preexisting agreements with the authors.

3) The Heirs warrant and represent that save for  a) an agency agreement with Conan/Summit Licensing, b) the Charter Communications agreement dated March 22, 1978 for Six RED SONJA novels, and c) the authors agreements for such novels there are no outstanding encumbrances or contracts and insofar as is known to the Heirs they own with the exceptions described all rights in and to the character RED SONJA.

4) All parties agree that no further contracts, agreements or licenses may be entered into by them individually, but will be undertaken solely  by the Red Sonja Corporation.

-2-

5) The stock in the Red Sonja Corporation shall be held in the following proportions:

| | |
|---|---|
| Glenn Lord | 20% |
| The Heirs | 20% |
| Maurice Kanbar | 22 1/2% |
| Arthur Lieberman | 20% |

The remaining 17 1/2% shall be held in abeyance for future purchasers, company employees, etc.

6) The Red Sonja Corporation shall have three directors elected by the stockholders.

7) The directors shall, under customary corporate procedures nominate and vote for and appoint the officers of the corporation, in accordance with its By Laws.  Until such time Maurice Kanbar shall manage and direct the corporate activities.

8) Each of the parties shall inform each third party having an existing contract, license or agreement of this assignment, and direct all future funds (as of the date of this Agreement) to Red Sonja Corporation.

9) It shall be the duty of the Red Sonja Corporation to accumulate and hold all funds in a fiduciary capacity, paying them at the end of each calendar quarter, after deducting reasonable expenses.  Such reasonable expenses shall include, but not be limited to, litigation and negotiation expenses, licensing expenses, attorneys' fees, the obtaining of proprietary rights in the United States and throughout the world (whether by patent, trademark or copyright), accounting fees the maintaining of an office and when justified economically the payment of officers.

10) The shareholders of the Red Sonja Corporation or the legal representative of a deceased shareholder shall not sell, transfer, pledge, hypothecate or assign or in any way dispose of all or any part of their shares of stock without first offering said shares on a pro rata (right of first refusal)

-3-




basis to the other shareholders of the corporation.

11) The undersigned hereby warrant and represent that, aside from the Conan/Summit Licensing and Charter Communications contracts they have done nothing to encumber, license or otherwise diminish their right to, or ownership in the fictional character RED SONJA or the related stories.

12) Recognized as excepted and subsisting under this agreement is the Heirs contract granting Agents rights to Conan/Summit Licensing Company for the purpose of promoting, negotiating and contracting for RED SONJA merchandise.

13) THIS AGREEMENT may be executed in any number of counterparts, all of which shall constitute one and the same instrument and be deemed to have executed and delivered as to the date and year first written above, irrespective of when the counterparts were actually executed and delivered.

14) THIS AGREEMENT shall be binding upon the parties, their respective successors, assigns, heirs, trustees, administrators and legal representatives, and shall be construed in accordance with the laws of the State of New York.

15) THIS AGREEMENT may be assigned by the Red Sonja Corporation to any entity which agrees to be bound by its terms.


Acknowledged by:

*Alla Rae Kuykendall*
Alla Ray Kuykendall

STATE OF Texas              )
                           ).ss:
COUNTY OF Eastland          )

This day before me personally appeared Alla Ray Kuykendall, by me personally known, who acknowledged the foregoing instrument by her subscribed to be her free act and deed.

*Audrey Rose*
Notary Public

-4-

Acknowledged by:

Alla Ray Morris

STATE OF TEXAS        )
                      ).ss:
COUNTY OF Eastland    )

This day before me personally appeared Alla Ray Morris, by me personally known, who acknowledged the foregoing instrument by her subscribed to be her free act and deed.

_____
Notary Public

Acknowledged by:

Glenn Lord

STATE OF TEXAS        )
                      ;.ss:
COUNTY OF Harris      )

This day before me personally appeared Glenn Lord, by me personally known, who acknowledged the foregoing instruement by him subscribed to be his free act and deed.

Notary Public IN AND FOR
HARRIS COUNTY, TEXAS
EXPIRES 12/3/85

SHERRY D. SLATE

Acknowledged by:

Maurice Kanbar

STATE OF New York     )
                      ).ss:
COUNTY OF New York    )

This day before me personally appeared Maurice Kanbar, by me personally known, who acknowledged the foregoing instrument by him subscribed to be his free act and deed.

_____
Notary Public

-5-

# EXHIBIT   O

## ASSIGNMENT

STATE OF   TEXAS              )
                             ) ss:                    (4)
COUNTY OF  EASTLAND           )


WHEREAS, Alla Ray Morris, citizen of the United States, having a residence in care of Mr. Glenn Lord, P.O. Box 775, Pasadena, Texas 77501 and Alla Ray Kuykendall, a citizen of the United States, having a residence in care of Mr. Glenn Lord, P.O. Box 775, Pasadena, Texas 77501, are using and jointly own all right, title, interest in and to the trademark RED SONJA, United States Trademark Registration No. 1,161,847, registered July 21, 1981; and

WHEREAS, RED SONJA CORP., a corporation of the State of New York, having its principal place of business at 18 East 41st Street, New York, New York, is desirous of acquiring the said trademark;

NOW, THEREFORE, in consideration of the sum of one dollar paid in hand and other good and valuable consideration, the receipt of which is hereby acknowledged;

WHEREFORE, Alla Ray Morris and Alla Ray Kuykendall do hereby assign, transfer, grant and convey all of their right, title and interest in and to the said trademark, along with the goodwill appurtenant thereto, including United States Trademark Registration No. 1,161,847.

_Alla Ray Morris_
_____
Alla Ray Morris

_Alla Ray Kuykendall_
_____
Alla Ray Kuykendall


Subscribed and sworn to before me

this _20_ day of _December_, 1982.

_Audrey Rose_
_____
Notary Public

Audrey Rose
Notary Public
Eastland County, Texas

RECORDED
PATENT & TRADEMARK OFFICE

APR 29 1983

REEL 0439 FRAME 611

TRADE-MARK

COMMISSIONER OF PATENTS

# EXHIBIT  P

ASSIGNMENT OF COPYRIGHT REGISTRATIONS

THIS AGREEMENT made on the 22nd day of DECEMBER, 1983 between MARVEL COMICS GROUP (hereinafter referred to as the ASSIGNOR), a corporation of the State of New York having its principal offices at 387 Park Avenue South, New York, New York, 10016 and RED SONJA CORPORATION, INC. (hereinafter referred to as the ASSIGNEE), a corporation of the State of New York having its principal place of business at 18 East 41st Street, New York, New York   10017.

WITNESSETH:

WHEREAS, the ASSIGNOR is the owner of COPYRIGHT REGISTRATIONS, the particulars of which are set out hereinbelow, and is the proprietor of the good will of the business concerned in the goods in respect of which the said COPYRIGHT REGISTRATIONS have been filed which said COPYRIGHTS and said good will hereinafter be referred to as the copyrights:

| TITLE | PUBLICATION DATE | REG. NO. |
|-------|------------------|----------|
| RED SONJA | 9/14/76 | B:171650 |
| " | 11/09/76 | B 192101 |
| " | 1/11/77 | B 244014 |
| " | 3/08/77 | B 257428 |
| " | 3/10/77 | B 264220 |
| " | 9/20/77 | B 274101 |
| " | 11/08/77 | TX:15-822 |
| " | 1/24/78 | TX:15-821 TX:33-353 |
| " | 4/04/78 | TX:56-439 (Re-Registration) |
| " | 5/30/78 | 124-348 |

WHEREAS, the ASSIGNEE is desirious of acquiring said COPYRIGHTS thereof;

NOW, THEREFORE, in consideration of the sum of ONE DOLLAR ($1.00) (the receipt of which is hereby acknowledged) the said ASSIGNOR does hereby assign, transfer and set over to the ASSIGNEE the entire right and interest in and to the said COPYRIGHTS together with the good will pertaining thereto to have and to hold absolutely.

THE ASSIGNEE accepts the assignment of the COPYRIGHTS including the entire good will of the business of the goods for which the COPYRIGHTS have been registered together with all rights and obligations thereon and requests re-cordal of the assignment to its name in the Official Files.

IN WITNESS WHEREOF, the parties hereto have caused this assignment to be executed the day and year first above written.

By: _____
Joseph A. Calamari
MARVEL COMIC GROUPS
VICE-PRESIDENT

SWORN TO BEFORE
ME THIS 2/5 DAY
OF DECEMBER, 1983

_____
Notary Public

SALLY CONTE POMEROY
Notary Public, State of New York
No. 24-4675058
Qualified in Kings County
Commission expires March 30, 19__

By: _____
Maurice Kanbar
RED SONJA CORPORATION
PRESIDENT

SWORN TO BEFORE
ME THIS 29th DAY
OF DECEMBER, 1983

_____
Notary Public

CAROL ANNE MAGEE
Notary Public, State of New York
No. 30-4/77175 Qual. In Nassau Co.
Certificate Filed in New York County
Commission Expires March 30, 1984

# EXHIBIT  Q

Int. Cl.: 16

Prior U.S. Cl.: 38

Reg. No. 1,161,847

## United States Patent and Trademark Office

Registered Jul. 21, 1981

## TRADEMARK
### Principal Register

## RED SONJA

Alla Ray Morris and Alla Ray Kuykendall (joint owners)
P.O. Box 775
Pasadena, Tex. 77501

For: PRINTED STICKER DECALS, in CLASS 16 (U.S. Cl. 38).

First use Aug. 19, 1976; in commerce Aug. 19, 1976.

Ser. No. 207,191, filed Mar. 13, 1979.

J. H. WEBB, Primary Examiner

# EXHIBIT   R

Int. Cl.: 16

Prior U.S. Cl.: 38

Reg. No. 1,397,608

## United States Patent and Trademark Office

Registered June 17, 1986

### TRADEMARK
### PRINCIPAL REGISTER

## RED SONJA

RED SONJA CORP. (DELAWARE CORPORA-
TION)
18 EAST 41ST STREET
NEW YORK, NY 10017

FOR: PUBLICATIONS, NAMELY COMIC
BOOKS, MAGAZINES, AND NOVELS, IN
CLASS 16 (U.S. CL. 38).

FIRST USE 10-0-1976; IN COMMERCE
10-0-1976.

OWNER OF U.S. REG. NO. 1,161,847.

SER. NO. 547,315, FILED 7-11-1985.

HENRY S. ZAK, EXAMINING ATTORNEY

# EXHIBIT  S

Subscribers I
Make Variety.com Yo

*100* **VARIETY.com** *Reed Business Information*

Advertise | Contact Us | Help | Link to U

HOME | FILM | TV | INT'L | BUSINESS | MUSIC | HOME ENT | LEGIT | TECHNOLOGY | AWARD CENTRAL | M



BROKEBACK MOUNTAIN
8 ACADEMY AWARD NOMINATIONS

sponsored by: **FOR YOUR CONSIDERATION**     Feb.

[search]

SUBSCRIBE



The new
Samsung d357
Push-to-Talk
phone.
In a word:
SIMPLE.
Details »

SAMSUNG

**LATEST NEWS**

- News
- Variety Vision
- Podcasts
- Columns
- Reviews
- Box Office
- Hot Topics

**SPECIAL REPORTS**

- Awards
- Festivals
- Markets
- Other Reports
- Editorial Calendar
- Submit Listings

**BLOGS**

- Army Archerd
- The Stylephile
- Kaiju Shakedown
- Bags and Boards
- EEG News

**SECTIONS**

- Discussion Boards

Posted: Mon., Feb. 6, 2006, 10:00pm PT

# Paradox pounces on pulp
## Co. controls Howard characters Kull, Kane, Red Sonya

**By GABRIEL SNYDER**

Paradox Entertainment, which owns literary rights to Robert E. Howard's "Conan" character, has purchased the rest of the pulp-fiction scribe's library, some 800 other literary properties.

Among the characters Paradox now controls are Kull, Bran Mak Morn, Solomon Kane and Red Sonya. Howard published most of his stories in pulp mags including Weird Tales, Spicy Adventure and Strange Detective in the 1920s and 1930s.

Paradox purchased "Conan" in 2002 and bought the rest of the library from the Texas-based Alla Ray Morris Generation Skipping Exemption Trust.

Paradox hopes to license its new literary properties for film, TV, vidgames, comics, toys and other areas.

"King Conan: Crown of Iron," a remake of John Millius' 1982 adaptation "Conan the Barbarian," has long been in development at Warner Bros. But the project hit a bump in 2003 when Arnold Schwarzenegger, the breakout star of "Conan," was elected governor of California.

Date in print: Tue., Feb. 7, 2006, Los Angeles

  

Back to top

advertisement ∨



THE RED DRES
IS A RED ALER

 
THE
heart
TRUTH
www.hearttruth.gov



Among the Robert E. Howard characters th
is Conan.

# EXHIBIT   T

# Paradox pounces on pulp

**By GABRIEL SNYDER**

Paradox Entertainment, which owns literary rights to Robert E. Howard's "Conan" character, has purchased the rest of the pulp-fiction scribe's library, some 800 other literary properties.

Among the characters Paradox now controls are Kull, Bran Mak Morn, Solomon Kane and Red Sonja. Howard published most of his stories in pulp mags including Weird Tales, Spicy Adventure and Strange Detective in the 1920s and 1930s.

Paradox purchased "Conan" in 2002 and bought the rest of the library from the Texas-based Alla Ray Morris Generation Skipping Exemption Trust.

Paradox hopes to license its new literary properties for film, TV, vidgames, comics, toys and other areas.

"King Conan: Crown of Iron," a remake of John Milius' 1982 adaptation "Conan the Barbarian," has long been in development at Warner Bros. But the project hit a bump in 2003 when Arnold Schwarzenegger, the breakout star of "Conan," was elected governor of California.

**Variety, 7 Feb 2006**

# Writings of 'Conan' author at Paradox

Paradox Entertainment has acquired the rights to the library of author Robert E. Howard, the creator of "Conan the Barbarian." Paradox has owned "Conan" since 2002, and the new deal, a year in the making, gathers the rest of Howard's writings under one company. The library includes female sword-wielder Red Sonja, the Atlantis king Kull the Conqueror, 17th century adventurer Solomon Kane and Celtic king Bran Mak Morn.

**Hollywood Reporter, 7 Feb 2006**



# EXHIBIT   U

# ComicBookMovie.com
## A SUPER NEWS SOURCE FOR COMICS ADAPTATIONS

**✕ Congratulations!**
You have won our hourly prize. Click the "OK" button to claim it before time runs o

**Comic Book Movie** : Breaking news about comics being made into major motion pictures. Featuring: The Fantastic Four movie, Sin C movie, X-Men 3 movie, the new Batman movie Batman Begins, the new Superman movie Superman Returns, Wonder Woman movi movie, Iron Man movie, Punisher 2, The Incredible Hulk 2 movie, Hellboy 2, Watchmen ...and more!

## NAVIGATION

Home
Site Map
Messageboards
Members
Newsletters
Movie Posters
Contests
Use our News-RSS Feed
Got A Scoop? Send it in!



MESSAGE BOARDS

Post in our Forum

Search Comic Book Movie

[ Find ]

300
Aeon Flux
Alien vs. Predator
Aquaman
Batman 6
Batman Begins
Black Panther
Black Widow
Blade
Captain America
Catwoman
Comic News
Constantine
Constantine 2
Crow: Wicked Prayer
Daredevil
Daredevil 2
Deathlok
Dick Tracy

## ARTICLE

# Solomon Kane, Red Sonja Projects Planned

**The new owners of Conan picked up several other Robert E. Howard characters.**

Paradox Entertainment, which owns literary rights to Conan, bought the rest of Robert E. Howard's fictional characters, totally about 800, according to Variety. They include Kull, Bran Mak Morn, Solomon Kane and Red Sonja, which appeared



in 1930s pulp magazines Weird Tales, Spicy Adventures and Strange Detective and were made into comics in the 1970s and 1980s.

Paradox hopes to license its new properties for film, TV, video games, comics and toys.

Bob Gough
2/7/2006
Source: Variety

**Comic News Links:**
- **Comic News**
- **Comic News Archive**



Celebri

OTH

# EXHIBIT   V

Case 1:06-cv-00270-SLR    Document 1-5    Filed 04/25/2006    Page 13 of 36



Click below to visit one of our sponsors

HOME    NEWS    TALK BACK    NEWS BY DATE

Wed, Apr 12, 2006



IC v2 .com

**SEARCH** 

Comics          Games
Anime           Toys
Movies/TV        Tokyopop
Viz              Marvel
Bandai           DC
WizKids          Wizards of
Digital          the Coast
Manga

**CLASSIFIED ADS**

**TOP STORIES**

- WizKids' Sales Decline
- Naruto Tops TV Anime DVDs
- 'Puss 'n Boots' Anime
- VSDA Will Merge With IEMA
- She-Ra to Debut at Comic-Con
- Manga Entertainment Gets 'Tactics'
- CLAMP at Anime Expo
- Series 1 Hanna-Barbera Action Figures
- Zeitgeist Games Gets 'Blackmoor RPG'
- FUNimation to Distribute 'Spider Riders'
- NECA's Kurt Cobain in N.Y. Times
- 'Serenity' First Universal Title on HD DVD
- Rare Card for 'Naruto CCG' Launch
- 'Astro Boy' DVDs Get 'Times' Treatment
- ICv2's Top 300 Comics & Top 100 GN's Index

**TALK BACK**

- Joe Field of Flying Colors on Wal-Mart
- Confessions of a Comic Book Guy--Pop Quiz: A Soccer Mom Comes Into Your Shop...
- Confessions of a Comic Book Guy--Nostalgia, It's

## Paradox Picks Up Kull & Co.
### Acquires the Rest of the Robert E. Howard Library

February 08, 2006

Paradox Entertainment, which controls the rights to Robert E. Howard's most popular character, Conan the Barbarian, has acquired all rights to Howard's library of over 800 literary creations, which include such characters as Kull, Solomon Kane, Bran Mak Morn, and Red Sonya. Paradox now owns the complete Robert E. Howard catalog and will license the properties to other companies.

Paradox purchased the rights to Howard's Conan in 2002 and has managed to create a renaissance of interest in the character. Paradox estimates that the primary Conan licensees will spend more than $200 million in development and advertising during the next few years.

Robert E. Howard, who wrote for pulp magazines such as *Weird Tales* during the 1930s and died when he was only 30, was the creator of the sword and sorcery genre, and Paradox thinks that Howard's oeuvre has been seriously under-exploited since only four films have been made based on his writings. Given the resurgence of fantasy on the silver screen Paradox's contention is hard to refute, and with their fantasy roots Howard's characters have considerable potential in the world of comic books and in all types of games (RPGs, TCGs, board games, and video games).

One key point for pop culture retailers -- while Dark Horse's *Conan* comic book series (and any new Warner Brothers *Conan* movie) would be licensed from Paradox, Dynamite Entertainment's *Red Sonja* comic book series is not. The Dynamite *Red Sonja*, who is a contemporary of *Conan*, was actually the creation of Roy Thomas and Barry Windsor-Smith for the Marvel *Conan* comic book series in the 1970s. Paradox now owns the rights to Robert E. Howard's *Red Sonya* (note the slight spelling difference), a gun-toting female pirate from a much later period in history who never crossed paths with *Conan*.





**NEWS**

ICv2 Off...
Free

- All News
- Comic N...
- Game N...
- Anime N...
- Toy New...
- Movie/TV... by Date

**HOT PR...**

V for Ve...
Naruto
Infinite ...
Full Met...
Superm...
Civil Wa...
X-Men
Fruits B...
Warcraf...

THE ULTI...

Click ...
out m...
about ...
Publis...
updat...
Men: ...
Ultima...
Guide...

# EXHIBIT   W

Case 1:06-cv-00270-SLR     Document 1-5     Filed 04/25/2006     Page 15 of 36

**PARADOX ACQUIRES REMAINDER OF REH PROPERTIES**



According to a report in *Variety*, Swedish based Paradox Entertainment, which already owns the literary rights to Robert E. Howard's Conan, has purchased the remainder of the rights to the REH library from the late writer's estate, amounting to 800 or more properties. As the report relates, Paradox now controls Kull, Bran Mak Morn, Solomon Kane and Red Sonya, and, again, according to *Variety* "hopes to license its new literary properties for film, TV, videogames, comics, toys and other areas."

The press release from Paradox reads:

*Paradox Entertainment announced today that the company has acquired all rights to the library of author Robert E. Howard, the creator of Conan and over 800 other literary pieces. Paradox Entertainment has owned Howard's Conan since 2002 and the new addition of the entire library gathers all of Howard's writings under one company. "We have been negotiating this transaction for a year and we are confident of its tremendous value. I don't think it's possible to overestimate the magnitude of this purchase," said Peter Sederowsky, Chairman of the Board at Paradox Entertainment AB.*

*"Robert E. Howard is undoubtedly one of the greatest fantasy authors of the 20th century, with an enormous list of works. It is mind-boggling that only four movies have been made based on his writings. Through this purchase we are securing an extensive production slate through long-term partnership in all areas of entertainment and media. We are already considering many projects and are excited for the future," said Fredrik Malmberg, Head of Licensing & Creative Affairs at Paradox Entertainment Inc. in Los Angeles.*

*Robert E. Howard was one of the greatest authors of his time and is considered the creator of the genre "Sword & Sorcery", perhaps most known through the character Conan. Despite his short literary career – Howard died at the mere age of 30, after only 12 years as a productive author – he wrote over 800 stories and poems. Howard's breakthrough came when being published in the pulp magazine Weird Tales during the 1930s. His stories take us to such different surroundings as ancient Atlantis, the North African desert during WW1, hidden opium dens in dark alleys of the Big City, and northern Britain during the invasion of the Roman Legions.*

*Over the years, many authors have been inspired by Howard's stories, and have praised his literary legacy, among them H. P. Lovecraft, Michael Moorcock, and Stephen King, who said about Howard: "In his best work, Howard's writing seems so highly charged with energy that it nearly gives off sparks. Stories such as 'People of the Black Circle' glow with the fierce and eldritch light of his frenzied intensity."*

As for how this impacts the Howard properties most relevant to comic fans, namely, Dark Horse's **Conan** and Dynamite Entertainment's **Red Sonja** series, the short version is, it doesn't.



While this deal will simplify things, the world of REH licensed properties is still slightly complicated, with all of the creator's characters not sharing one "universe" that can be owned or licensed.

In regards to Conan, Dark Horse licenses the character from Conan Properties International, a wholly owned subsidiary of Paradox. CPI controls not only Conan, but all associated characters from the Hyborian world.

Except Red Sonja.

As explained previously, Red Sonja is controlled by the Red Sonja Corporation, a wholly separate company, distinct from the REH Estate, Paradox, and CPI. Reportedly (and to make just a few more lines

cross), Red Sonja Corp currently has the rights to the Thulsa Doom character (originally a Kull nemesis, who then appeared in the first *Conan* film), which it has, in turn, licensed to Dynamite for use in **Red Sonja** comics.

The ownership lines became fuzzy between 2000-2003, during which time Stan Lee Media bought the rights to Conan (late 2000) when it purchased CPI, promising to make, among other things, a film at Warner Bros., and "webisodes" of the barbarian's adventures. Stan Lee Media of course, went under in a storm of controversy and alleged wrongdoing in December of 2000. In 2002, Paradox bought into the Conan property, but by that point, the Howard Estate had spun off the Red Sonja rights into their own company, the Red Sonja Corporation. The REH Estate kept the rights to all the other Howard properties.

As noted above though, Paradox does on the rights to Red Sonya, while the Red Sonja Corporation retains the rights to Red Sonja. The difference of course, being in the spelling of the last name. "Red Sonya," which Paradox now owns, is the original Howard version, a female pirate who was *not* a contemporary of Conan. "Red Sonja" is the character derived from Howard's works by Roy Thomas and Barry Windsor-Smith in 1973. "Sonja" is the character who previously appeared in Marvel's **Conan** comics and her own miniseries, while "Sonya" is known perhaps best to Howard aficionados.

The move by Paradox, with their stated aim of seeking to further exploit the characters in, among other media, comics, is notable, as it can be assumed that the process to developing more REH properties for comics may be a little more streamlined. Before their launches, both Conan and Sonja were on the rubbish heap of comics, their viability questionable at best. But as both Dark Horse and Dynamite have shown with their respective series (**Red Sonja** currently outsells **Conan** in months that **Sonja** ships), there is still a demand for Howard's characters in the market, when treated with care and respect by both publishers and creators.

# EXHIBIT  X

*We've talked to both of the artists you suggested, but nothing's come together yet.*

Hello,

I am a huge Conan fanatic and want to congratulate you on a job well done. Is there a possibility of seeing any of Conan's love interests such as Valeria, Red Sonya, Bêlit, or any Dark Horse version, in upcoming issues? Also, Cary Nord is doing a great job on the covers. Have you contacted any artists such as Jusko or Frazetta to do covers? Thanks and keep up the good work!

Patrick Elliott

*We have approached Frazetta, and it just might happen one of these days. All the women you asked about will appear in the comic before too long, but they'll be based only on how Howard described them, so don't expect any of them to be wearing chain-mail bikinis.*

I have been reading Conan since I was but a wee lass of only eleven years. I am now forty-nine and it's great to know I'm not the only female fan around. When I opened my first paperback from Carter and DeCamp, *Conan of Cimmeria*, I was hooked. As the years went by, I haunted many a dank, dark bookstore for the others. After a few years I finally got all twelve. I probably have every *Conan Saga* and *Savage Sword*. I just couldn't get enough (my daughter's inheritance—heh).

Then it died down. No one carried Conan anymore, except the comics, if I was lucky enough to find those even, of which the artwork was mediocre. When my daughter told me Conan was making a comeback, I figured they better do him justice or

# EXHIBIT   Y

Paradox Entertainment - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Back ▾   Search   Favorites

Address: http://www.paradox-entertainment.com/

**Se Financial Hearing som webcast**
Paradox Entertainment Inc:s President och CEO Peter Sederowsky deltog den 4 april i en financial hearing om bolagets verksamhet. Hearingen finns att se som webcast genom webbsidan www.financialhearings.com.

**NGM Equity**

| 2006-04-21 | +/-SEK | Senast | Hogst | Lagst | Volym | Omsattning |
|---|---|---|---|---|---|---|
| PDXE | 0.00 | 11.00 | 11.00 | 11.00 | 6000 | 66000.00 |

10 min delay

**\*\*\* WE BUILD BRANDS**
Paradox Entertainment Inc. controls a vast library of entertainment properties and brings these in all aspects to the market. Our portfolio consists of such successful brands as Conan, Solomon Kane, Kull, Mutant Chronicles, Bran Mak Morn, Red Sonya etc.

02  NEWS
03  BRAND PORTFOLIO
04  ROBERT E. HOWARD
05  EXECUTIVE TEAM
06  IN THE MEDIA
07  CONTACT US

**3    BRAND PORTFOLIO**

**Conan**
Conan is one of the best known fantasy brands in the world. For more than sixty years, numerous products and productions have been developed under the name of Conan and Conan the Barbarian including movies, toys, books, comics, TV-series and others.

**Mutant Chronicles:**
Mutant Chronicles is a futuristic world where the companies control the solar system. The brand has previously reached its hundreds of thousands of fans in the form of comics, Sega and Nintendo games, and novels. Mutant Chronicles has also been generated interest in Hollywood.

**Kull of Atlantis**
Kull of Atlantis and Valusia – the barbarian who becomes a gladiator, the gladiator who seizes a magnificent kingdom from a mad tyrant and crowns himself king. In the dawn world of 100,000 years ago, Kull holds his throne against scheming conspirators, murderous rivals, and deadliest of all, the snake-headed Serpent Men who are mankind's secret masters...he broods over the mysteries of eternity, shatters battleaxed and antique laws, and answers his enemies' threats with razor-sharp sword as his cold-edged steel goes blood-lusting. Brite line Spear-slayer fights at his side.

**Solomon Kane**











paradox entertainment

# EXHIBIT  Z

Yahoo!  My Yahoo!  Mail

Search the Web

Search

YAHOO! FINANCE  Sign In
New User? Sign Up

Finance Home - Help

BusinessWire

Welcome [Sign In]

To track stocks & more, Register

**Financial News**

Enter symbol(s)          Basic          Get    Symbol Lookup

Press Release                                                            Source: Paradox Entertainment

# Paradox Entertainment to Develop Robert E. Howard Western

Friday April 21, 7:53 pm ET

LOS ANGELES--(BUSINESS WIRE)--April 21, 2006--Not long after acquiring the entire Robert E. Howard library, Paradox Entertainment announced it has commenced development of a motion picture based on one of Howard's many western stories, titled "Vultures of Wahpeton."

The story is an action thriller that focuses on the character Steve Corcoran, an amoral Texas gunslinger who finds himself far from home in a mining boomtown. Appointed Sheriff, his job is to rid the town of its crushing lawlessness. But Corcoran soon finds himself drawn into a conspiracy to rob the town, led by a mysterious gang known as The Vultures.

The movie will be produced by Paradox's Peter Sederowsky and Fredrik Malmberg along with producer Ken Aguado via his company, Standard Film Group. Leif Rahmqvist acts as executive producer. Paradox has hired David Heller to adapt the novella into a screenplay.

Says Aguado, "This is really one of the best stories I've read since 'Unforgiven.' It has all the elements of the great Hollywood westerns: a strong, enigmatic lead fighting evil while battling his inner demons."

Ken Aguado is the producer of movies such as "Sexual Life" (Anne Heche), "The Salton Sea" (Val Kilmer, Vincent D'Onofrio) and "Ticker" (Dennis Hopper). David Heller was represented by Caren Bohrman of The Bohrman Agency.

It was on February 1, 2006, that Paradox Entertainment announced the acquisition of all rights to the stories and characters of pulp author Robert E. Howard. One of the greatest authors of his time, Howard is considered the creator of the genre "Sword & Sorcery," perhaps most known through the character Conan. His stories take us to such different surroundings as ancient Atlantis, the North African desert during WW1, hidden opium dens in dark alleys of the Big City, the Wild West and northern Britain during the invasion of the Roman Legions.

Paradox Entertainment also owns the self-created property Mutant Chronicles, presently in pre-production for a live-action feature, directed by Simon Hunter.

Paradox Entertainment AB

Paradox Entertainment AB owns, develops and licenses mainly character-based properties. The company owns all stories and characters created by pulp author Robert E. Howard, among others Conan®, Kull®, Bran Mak Morn® and Red Sonya®. Paradox also owns the self-created property Mutant Chronicles®. In all, the property portfolio consists of around 1,000 stories and characters. Industries exploiting the company property portfolio include film, TV, book, comics, videogame, Internet/mobile/wireless, toys, apparel and more. The business is mainly conducted through the subsidiary Paradox Entertainment Inc., based in Los Angeles, USA. Paradox Entertainment AB is traded on the Swedish NGM Equity list (PDXE, SE0000598054).

*Contact:*

Paradox Entertainment

Paradox Entertainment to Develop Robert E. Howard Western: Financial News - Yahoo! ...    Page 2 of 2

```
Fredrik Malmberg
Head of Licensing & Creative Affairs
Tel: +1 (323) 655-1700, Cell: +1 (310) 663-3214
E-mail: fredrik.malmberg@paradox-entertainment.com
or
Joakim Zetterberg
Communications/Investor Relations
Tel: +1 (323) 655-1708, Mob: +1 (310) 623-2918
E-mail: joakim.zetterberg@paradox-entertainment.com
```

Source: Paradox Entertainment

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2006 Business Wire. All rights reserved. All the news releases provided by Business Wire are copyrighted. Any forms of copying other
than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials by posting,
archiving in a public web site or database, or redistribution in a computer network is strictly forbidden.

# EXHIBIT   AA



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 15 04:14:43 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [_____] OR **Jump** to record: [_____] **Record 1 out of 6**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# HYBORIA

**Word Mark** HYBORIA

**Goods and Services** IC 041. US 100 101 107. G & S: Production and distribution of live action and/or animated theatrical and direct to video motion pictures, shorts and trailers, television programs, series, shorts and interstitials, and web cast programs, series, shorts and interstitials; development and provision of single player and/or multiplayer games for play on-line or over wireless networks; organizing and conducting video, on-line and computer game contests, tracking the status of various users of online interactive gaming services and matching online game players with other players of similar skill levels, providing on-line chat rooms or interactive discussion forums for transmission of messages among the users of on-line, computer and video games; production and performance of plays, musicals and theatrical stage shows; provision of theme and amusement park rides and services; publishing of electronic publications of textual and graphic works of fiction for adults, teenagers and/or children, non-interactive games and puzzles, periodicals, news, reference, educational and instructional texts, greeting cards, occasion cards, holiday cards, Christmas cards, invitations, flash cards, trivia cards, trading cards, and game score cards, and reproductions of photographic prints, graphic art prints, collectable stamps, calendars, posters, maps and diagrams; on-line information services concerning the production, distribution and presentation of film, television, video, radio, internet productions and performances, video, on-line and computer games and contests, plays, musicals and theatrical stage shows and electronic publications; organizing and conducting fan clubs, fan web-sites, conferences, conventions, festivals, and art and cultural events; on-line information services on fan clubs, fan-websites, conventions, conferences, festivals, art and cultural events. organizing and conducting role playing games; on-line information services concerning role playing games; provision of personal appearances by fictional characters and/or by the movie, video and television actors who play the fictional characters in feature films, video productions and television programs; on-line information services concerning personal appearances by fictional characters and/or by the movie, video and television actors who play the fictional characters in feature films, video productions and television programs; organizing and conducting weight lifting contests, boxing contests and wrestling contests; on-line information services concerning weight lifting

contests, boxing contests and wrestling contests; exercise training and body building training; body painting and body piercing; literary publishing services; and, music publishing services

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78807090 |
| **Filing Date** | February 3, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Conan Properties International LLC the sole Member, Paradox Entertainment, Inc., a Delaware corporation LTD LIAB CO DELAWARE Ste. 870 8484 Wilshire Boulevard Beverly Hills CALIFORNIA 90211 |
| **Attorney of Record** | Frederick U. Fierst |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 15 04:14:43 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]   **Record 2 out of 6**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# HYBORIA

| | |
|---|---|
| **Word Mark** | **HYBORIA** |
| **Goods and Services** | IC 030. US 046. G & S: candies; edible cake decorations; bubble gum and chewing gum; breakfast cereals; grits; oatmeal; pancakes and pancake mixes; waffles and waffle mixes; french toast; coffee, and coffee substitutes; cocoa; chocolate and chocolate products, namely, chocolate bars, chocolate candies, chocolate covered nuts, chocolate powder, chocolate syrup, chocolate topping, chocolate truffles, and hot chocolate; tea, and tea substitutes; herbal tea; popcorn, namely, unpopped popcorn, popped popcorn, microwave popcorn, candy coated popcorn and caramel popcorn; grain based chips, namely, corn chips, pita chips, taco chips, and tortilla chips; cheese flavored snacks, namely, cheese curls, puffed cheese balls, and puffed cheese corn snacks; granola and granola bars; rice-based snack foods; snack mixes consisting primarily of crackers, pretzels, candied nuts and/or popped popcorn; doughnuts; hushpuppies; baked goods and mixes therefore, namely, crackers, biscuits, bread and buns, bagels, muffins, croissants, crumpets, pastries, cookies, brownies, pies, and cakes; desserts and confections, and mixes therefore, namely, dessert mousse, dessert puddings, dessert soufflés, apple fritters, custards and tapioca; condiments, namely, salt, pepper, mustard, vinegar, pickle relish, ketchup, soy sauce, hot sauce, picante sauce, and seasonings; gravy and gravy mixes; pot pies; ice cream; ice cream substitutes; ice cream cones; ice cream drinks; ice-cream cakes; frozen custard; frozen yoghurt; sorbet; sherbets; milkshakes; flavored ices; gelato; flavorings for beverages; sauces, namely, artichoke, barbecue, cheese, chili, pizza, spaghetti, salsa, and/or tomato sauces; spices, namely, cinnamon, cinnamon powder, ginger and crystallized ginger, vanilla and vanilla extract; natural sweeteners, namely, sugar, honey, molasses, maple syrup and treacle; dumplings; hamburger sandwiches. hot dog sandwiches; pasta, dried pasta, noodles and dried noodles; pizza; marshmallow and marshmallow topping; salad dressings and mayonnaise; and flavorings for tobacco |
| **Standard Characters Claimed** | |
| **Mark** | |

| | |
|---|---|
| **Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78806910 |
| **Filing Date** | February 3, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Conan Properties International LLC the sole Member, Paradox Entertainment, Inc., a Delaware corporation LTD LIAB CO DELAWARE Ste. 870 8484 Wilshire Boulevard Beverly Hills CALIFORNIA 90211 |
| **Attorney of Record** | Frederick U. Fierst |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 15 04:14:43 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [          ] OR **Jump** to record: [          ] **Record 3 out of 6**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# HYBORIA

| | |
|---|---|
| **Word Mark** | **HYBORIA** |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Games, namely, paint ball games, parlor games, party games, board games, playing card games, trading card games, manipulative games, skill games, action skill games, target games and action target games; mechanical and electronic games not included in other classes, namely, pinball games, coin-operated amusement machines, coin-operated video games, arcade games, arcade-type electronic video games, hand-held games with liquid crystal displays, hand-held units for playing video games and hand-held units for playing electronic games; role playing games and accessories therefor, namely role playing game book manuals, costumes and toy weapons; toy weapons, namely, guns, holsters, knives, swords, spears, shields, bows and arrows, missiles, bombs, crossbows, paint ball guns and paint ball gun ammunition; toys and playthings, namely, action figures and accessories therefor, collectable toy figures, soft sculpture toy figures, mechanical action toys, electronic action toys, plush toys and dolls, magic trick kits, puzzles, and playing cards; model hobby kits; sporting and gymnastic articles not included in other classes, namely, sling shots, boomerangs, archery bows and arrows, archery arm guards and finger tabs, archery targets, archery quivers, crossbows, fencing equipment, namely, foils, gauntlets and masks, javelins, firearm targets, boxing gloves, boxing bags, punching bags, punching balls, punching toys, in-line skates, skate boards, snow boards, bags, cases and containers specially designed for sports equipment, and artificial climbing walls; exercise equipment, namely, exercise machines, exercise weights, exercise benches, dumbbells, barbells, and weightlifting belts; and amusement park rides |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design** | |

| | |
|---|---|
| **Search Code** | |
| **Serial Number** | 78806899 |
| **Filing Date** | February 3, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Conan Properties International LLC the sole Member, Paradox Entertainment, Inc., a Delaware corporation LTD LIAB CO DELAWARE Ste. 870 8484 Wilshire Boulevard Beverly Hills CALIFORNIA 90211 |
| **Attorney of Record** | Frederick U. Fierst |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 15 04:14:43 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [        ] OR **Jump** to record: [        ] **Record 4 out of 6**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# HYBORIA

| | |
|---|---|
| **Word Mark** | **HYBORIA** |
| **Goods and Services** | IC 025. US 022 039. G & S: Costumes, namely, costumes for use in role playing games, Halloween costumes, masquerade costumes, accessories, and masks sold in connection therewith; headwear, namely, caps, hats, headbands, visors, and bandanas; footwear, namely, socks, boots, street shoes, gym shoes, slippers, sneakers, sandals, and special sporting and gymnastic footwear; sport, exercise and gymnastic clothing, namely, sweat suits, sweat shirts, sweat pants, sweat jackets, warm-up suits, jumpsuits, leggings, and tights; other clothing and accessories included in this class, namely, belts, caps, coats, dresses, gloves, hosiery, jackets, mittens, overalls, pants, parkas, ponchos, rainwear, scarves, shirts, shorts, skirts, sleepwear, stockings, suspenders, sweaters, tank tops, ties, dress shirts, muscle shirts, t-shirts, underwear, wristbands, lingerie, robes, loungewear, kerchiefs, tuxedos and vests |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78806884 |
| **Filing Date** | February 3, 2006 |
| **Current Filing Basis** | 1B |

| | |
|---|---|
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Conan Properties International LLC the sole Member, Paradox Entertainment, Inc., a Delaware corporation LTD LIAB CO DELAWARE Ste. 870 8484 Wilshire Boulevard Beverly Hills CALIFORNIA 90211 |
| **Attorney of Record** | Frederick U. Fierst |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 15 04:14:43 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [      ] OR **Jump** to record: [      ] **Record 5 out of 6**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# HYBORIA

**Word Mark** HYBORIA

**Goods and Services** IC 016. US 002 005 022 023 029 037 038 050. G & S: Books, namely, novels, graphic novels and coffee table books relating to comic, dramatic, action and/or adventure works; children's books and puzzles, namely, comic books, children's books packaged with tapes, CD's or DVD's; puzzle books, cardboard puzzles, children's hobby and play books, novelty books, coloring and activity books, picture books and story books; periodicals, namely, magazines, journals and newsletters relating to comic, dramatic action and/or adventure works and products based upon such works; reference and instructional books and materials, namely, manuals, hint books, strategy guides, hobby books, role playing books, music books, dictionaries, bibliographies, directories, encyclopedias, catalogues and brochures relating to comic, dramatic, action and/or adventure works and products based upon such works; functional books, namely, diaries, daily planners, address books, appointment books, date books, engagement books, scrapbooks, game score books, notebooks, albums, scrapbooks and check books; paper and cardboard pads, namely, writing pads, note pads, memo pads, desk pads and game score pads; paper and cardboard cards, namely, blank cards, greeting cards, occasion cards, post cards, holiday cards, Christmas cards, flash cards, trivia cards, trading cards, game score cards, gift cards, not magnetically encoded, and pre-paid telephone calling cards, not magnetically encoded; paper and cardboard bags, namely, gift, shopping and decorative bags; paper and cardboard gift and party goods; namely, wrapping paper, bows, ribbons, coasters, hats, bags, cups, flags, banners and pennants, paper decorations, paper ornaments, favors and invitations. paper and cardboard goods for the kitchen and bath, namely, facial tissue, paper napkins, paper placemats, paper table cloths and paper hand towels; paper and cardboard graphic reproductions, namely, photographic prints, graphic art prints, collectable stamps, stickers, decals, calendars, posters, maps, wall charts and diagrams; writing and reading goods accessories included in this class, namely, bookmarks, pens, pencils, pen and pencil cases and boxes, decorations for pencils, stationary, paper envelopes and adhesive backed paper labels; art and craft goods included in this class, namely, art and craft kits, modeling clay sets, sculpturing tools and instructions, paper patterns for costumes, stencils, painting kits, painting paper, face painting kits, chalk,

adhesives for household or stationery use, pastels, crayons, pens, pencils, high lighters, painting palettes, paint brushes and temporary tattoos; other miscellaneous goods included in this class, namely, cardboard cut-out character stands for decoration; comic strips and prints; paper mache figurines, checks, paperweights, globes and engravings; and, on-line information services concerning the literary works in print

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78806872 |
| **Filing Date** | February 3, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Conan Properties International LLC the sole Member, Paradox Entertainment, Inc., a Delaware corporation LTD LIAB CO DELAWARE Ste. 870 8484 Wilshire Boulevard Beverly Hills CALIFORNIA 90211 |
| **Attorney of Record** | Frederick U. Fierst |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 15 04:14:43 EDT 2006*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [          ] OR Jump | to record: [          ] **Record 6 out of 6**

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# HYBORIA

| | |
|---|---|
| **Word Mark** | HYBORIA |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Software, firmware and programs for interactive electronic and video games; film, magnetic, electronic, digital, optical, optical/magnetic, mechanical audiovisual, audio-only and/or visual-only recordings featuring sound, pictures, text and graphic material, interactive games, live and/or animated entertainment content, documentaries, news, reference, educational and/or instructional content, literary content, non-interactive games and puzzles, and music; pre-recorded films, laser, optical, compact, digital and magnetic discs and tapes, magneto-optical drives, firmware, integrated circuit chips, smart cards, and other audio and/or visual electronic media featuring sound, pictures, text and graphic material, interactive games, live and/or animated entertainment content, documentaries, news, reference, educational and/or instructional content, literary content, non-interactive games and puzzles, and music; downloadable audio and/or visual recordings of sound, pictures, text and graphic material, interactive games, live and/or animated entertainment content, documentaries, news, reference, educational and/or instructional content, literary content, non-interactive games and puzzles, and music; electronic publications featuring pictures, text and/or graphic material, games and puzzles, literary, news, reference, educational and/or instructional content; electronic diaries, daily planners, address books, appointment books, date books, engagement books, game score books, notebooks, albums, scrapbooks and check books; electronic cards, greeting cards, occasion cards, post cards, holiday cards, Christmas cards, invitations, flash cards, trivia cards, trading cards, and game score cards; downloadable collectable stamps, stickers, decals, calendars, posters, maps, wall charts, diagrams, adhesive backed paper labels, paper patterns for costumes, and stencils and checks; protective and industrial gear; protective helmets; bullet proof vests and clothing; computer and video game accessories; eyeglass frames. on line information services relating to the forgoing goods and services included in this class |
| **Standard Characters Claimed** | |

| | |
|---|---|
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78806860 |
| **Filing Date** | February 3, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Conan Properties International LLC the sole Member, Paradox Entertainment, Inc., a Delaware corporation LTD LIAB CO DELAWARE Ste. 870 8484 Wilshire Boulevard Beverly Hills CALIFORNIA 90211 |
| **Attorney of Record** | Frederick U. Fierst |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

RED SONJA LLC

**DEFENDANTS**

PARADOX ENTERTAINMENT, INC.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY).

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)
Richard K. Herrmann/Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
302-888-6800

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION    (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)   AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN    (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT    (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury Med. Malpractice
☐ 365 Personal Injury – Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
HABEAS CORPUS:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R. R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt Relations
☐ 730 Labor/Mgmt Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☒ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Action for trademark infringement under 15 U.S.C. § 1115 and unfair competition under 15 U.S.C. § 1125

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY    (See instructions):

JUDGE                DOCKET NUMBER

DATE

April 25, 2006

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT# _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____