IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARADOX ENTERTAINMENT, INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Red Sonja LLC. submits the following in accordance with Federal Rule of Civil Procedure 7.1:

Red Sonja LLC has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: April 25, 2006

Richard K. Herrmann #405
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

-- and --

Mark Berman
Thomas J. Curran
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
(212) 922-9250

*Attorneys for Plaintiff*