**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

RED SONJA LLC,
Plaintiff,

V.

PARADOX ENTERTAINMENT, INC.,
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    06 - 270

TO: (Name and address of Defendant)
Paradox Entertainment, Inc.
c/o Registered Agent
Paracorp Incorporated
3500 South Dupont Highway
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
302.888.6800

an answer to the complaint which is served on you with this summons, within ____Twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

4-25-06

CLERK

(By) DEPUTY CLERK

DATE

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]

**DATE:** 4-28-06

**NAME OF SERVER (PRINT):**

**TITLE:** Process Server

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where: ParaCorp Inc 3500 S. Dupont Highway, Dover DE 19901. Service was accepted by Leslie Pope At 11:50 a.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were: _____

☐ Returned: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 4-28-06

*Signature of Server:* Marian Hogan

*Address of Server:* 32 W Loockerman Square, Ste 109, Dover DE, 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.