IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-CV-270 |
| PARADOX ENTERTAINMENT, INC. | ) ) ) |
|       Defendant. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Thomas P. Preston, of Blank Rome LLP, on behalf of Defendant Paradox Entertainment, Inc. Defendant reserves its right to assert all defenses, both known and unknown, including, without limitation, challenges to personal jurisdiction.

BLANK ROME LLP

By:   */s/ Thomas P. Preston*
      Thomas P. Preston, Esquire
      I.D. No. 2548
      1201 Market Street, Suite 800
      Wilmington, DE 19801
      Phone: (302) 425-6400
      Fax:   (302) 425-6464

      Attorneys for Defendant
      Paradox Entertainment, Inc.

Dated: May 18, 2006

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 18th day of May, 2006, a copy of the **ENTRY OF APPEARANCE** was electronically served on the following counsel of record:

Richard K. Herrmann, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621

*/s/ Thomas P. Preston*
_____
Thomas P. Preston
I.D. No. 2548