IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 06-CV-270 |
| PARADOX ENTERTAINMENT, INC. | ) ) ) |
| Defendant. | ) |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Red Sonja LLC and Defendant Paradox Entertainment, Inc., by and through their respective counsel, hereby stipulate and agree that the time for Defendant to answer, move or otherwise respond to the Complaint filed in this action shall be extended through and including May 30, 2006.

| | |
|---|---|
| BLANK ROME LLP | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
| By: */s/ Thomas P. Preston*<br>Thomas P. Preston, Esquire<br>I.D. No. 2548<br>1202 Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6478 | By: */s/ Richard K. Herrmann*<br>Richard K. Herrmann, Esquire<br>I.D. No. 405<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801-1621<br>(302) 888-6816 |
| *Attorneys for Defendant*<br>*Paradox Entertainment, Inc.* | *Attorneys for Plaintiff*<br>*Red Sonja LLC* |

900200.00001/40162098v.1

<u>**CERTIFICATE OF SERVICE**</u>

I, Thomas P. Preston, hereby certify that on the 18th day of May, 2006, a copy of the **STIPULATION FOR EXTENSION OF TIME** was electronically served on the following counsel of record:

>Richard K. Herrmann, Esquire
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>Wilmington, DE 19801-1621

>*/s/ Thomas P. Preston*
>_____
>Thomas P. Preston
>I.D. No. 2548