IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RED SONJA LLC, | : | |
| | : | |
| Plaintiff/Counter-Defendant, | : | |
| | : | |
| v. | : | Case No. 1:06-cv-00270-SLR |
| | : | |
| PARADOX ENTERTAINMENT INC., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant/Counter-Plaintiff. | : | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant certifies that Paradox Entertainment Inc. is 96% owned by Paradox Entertainment AB, which is a publicly traded corporation in Sweden.

BLANK ROME LLP

By: _____
Thomas P. Preston, Esquire (Del. Bar #2548)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
preston-t@blankrome.com

*Attorneys for Defendant/Counter-Plaintiff*
*Paradox Entertainment Inc.*

Of Counsel:

Earl M. Forte [forte@blankrome.com]
Timothy D. Pecsenye [pecsenye@blankrome.com]
Emily J. Barnhart [barnhart@blankrome.com]
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
(215) 569-5500

May 30, 2006

125338.00601/11546224v.1

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on this 30th day of May, 2006, I caused a copy of the foregoing **RULE 7.1 DISCLOSURE STATEMENT** to be served upon the following counsel of record by electronic mail through Lexis/Nexis File and Serve:

>Richard K. Herrmann, Esquire
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue
>Wilmington, DE 19801-1621

_____
Thomas P. Preston
I.D. No. 2548