IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-CV-270 |
| | ) |
| PARADOX ENTERTAINMENT, INC. | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Earl M. Forte to represent Defendant Paradox Entertainment, Inc. in this matter.

BLANK ROME LLP

By: _____
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Fax:    (302) 425-6464

Attorneys for Defendant
Paradox Entertainment, Inc.

Dated: June 9, 2006

125338.00601/40162596v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and that I am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of California, the Eastern and Middle Districts of Pennsylvania, the Northern, Eastern, Central and Southern Districts of California, the District of Arizona, the Eastern District of Wisconsin, the Courts of Appeal for the Third, Sixth, Ninth and Eleventh Circuits and the Supreme Court of the United States. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: June 7, 2006

Earl M. Forte
**BLANK ROME LLP**
One Logan Square
Philadelphia, PA 19103
Tel:   (215) 569-5500
Fax:  (215) 832-5618

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 9th day of June, 2006, a copy of the **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was electronically served on the following counsel of record:

> Richard K. Herrmann, Esquire
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE 19801-1621

_____
Thomas P. Preston
I.D. No. 2548

125338.00601/40162596v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RED SONJA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-270 |
| | ) | |
| PARADOX ENTERTAINMENT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED ORDER**

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of Earl M. Forte is GRANTED.

Date: _____          _____
                                                                  United States District Judge