IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-CV-270 |
| | ) |
| PARADOX ENTERTAINMENT, INC. | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Timothy D. Pecsenye to represent Defendant Paradox Entertainment, Inc. in this matter.

BLANK ROME LLP

By: _____
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Fax:   (302) 425-6464

Attorneys for Defendant
Paradox Entertainment, Inc.

Dated: June 9, 2006

125338.00601/40162604v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 6-6-06            Signed: _____
                                Timothy D. Pecsenye
                                BLANK ROME LLP
                                One Logan Square
                                Philadelphia, PA 19103
                                Telephone: 215-569-5500

125338.00601/40162604v.1

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 9th day of June, 2006, a copy of the **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was electronically served on the following counsel of record:

>Richard K. Herrmann, Esquire
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>Wilmington, DE 19801-1621

_____
Thomas P. Preston
I.D. No. 2548

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RED SONJA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-270 |
| | ) | |
| PARADOX ENTERTAINMENT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of Timothy D. Pecsenye is GRANTED.

Date: _____     _____
                                                                 United States District Judge

125338.00601/40162604v.1