IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-CV-270 |
| | ) |
| PARADOX ENTERTAINMENT, INC. | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Emily J. Barnhart to represent Defendant Paradox Entertainment, Inc. in this matter.

                                                     BLANK ROME LLP

                                        By: _____
                                            Thomas P. Preston, Esquire
                                            I.D. No. 2548
                                            1201 Market Street, Suite 800
                                            Wilmington, DE 19801
                                            Phone: (302) 425-6400
                                            Fax:   (302) 425-6464

                                            Attorneys for Defendant
                                            Paradox Entertainment, Inc.

Dated: June 9, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: June 6, 2006          Signed: _____
                                    Emily J. Barnhart
                                    BLANK ROME LLP
                                    One Logan Square
                                    Philadelphia, PA 19103
                                    Telephone: 215-569-5500

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 9th day of June, 2006, a copy of the

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was electronically served on

the following counsel of record:

>Richard K. Herrmann, Esquire
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>Wilmington, DE 19801-1621

>_____
>Thomas P. Preston
>I.D. No. 2548

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-CV-270 |
| | ) |
| PARADOX ENTERTAINMENT, INC. | ) |
| | ) |
| Defendant. | ) |

**PROPOSED ORDER**

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of Emily J. Barnhart is GRANTED.


Date: _____      _____
                                                    United States District Judge