## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_____

| | |
|---|---|
| RED SONJA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 06-CV-270 (SLR) |
| ) | |
| PARADOX ENTERTAINMENT, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Thomas J. Curran, Esquire and Ira Brad Matetsky, Esquire of the law firm of Ganfer & Shore, LLP to represent Plaintiff Red Sonja LLC in this matter.

Dated:  June 26, 2006             */s/ Richard K. Herrmann*
_____
Richard K. Herrmann (I.D. No. 405)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____          _____
The Honorable Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:   June 26, 2006                    Signed:  _Thomas J Curran_

Thomas J. Curran, Esq.
Ganfer & Shore, LLP
360 Lexington Avenue, 14th Floor
New York, NY  10017
(212) 922-9250

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 22, 2006

Ira Brad Matetsky, Esq.
Ganfer & Shore, LLP
360 Lexington Avenue, 14th floor
New York, New York  10017
(212) 922-9250
(212) 922-9335 (facsimile)
imatetsky@ganshore.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June, 2006, I electronically filed the foregoing

document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with/ the Clerk

of the Court using CM/ECF which will send notification of such filing to the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, D  19801
preston-t@blankrome.com


Additionally, I hereby certify that on the 26th day of June, 2006, the foregoing

document was served via email on the following non-registered participants:

Earl M. Forte, Esq.
Timothy D. Pecsenye, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103
forte@blankrome.com
pecsenye@blankrome.com


                    _____ */s/ Richard K. Herrmann*_____
                    Richard K. Herrmann (#405)
                    Morris, James, Hitchens & Williams LLP
                    222 Delaware Avenue, 10th Floor
                    Wilmington, DE  19801
                    (302) 888-6800
                    rherrmann@morrisjames.com

                    *Counsel for Plaintiff Red Sonja LLC*