IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC,<br><br>      Plaintiff,<br><br>v.<br><br>PARADOX ENTERTAINMENT, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-270 SLR<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

Please take notice that on the 10th day of July, 2006, copies of the following document, **PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**, were served on counsel as indicated:

**VIA EMAIL & HAND DELIVERY**
Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, D 19801
preston-t@blankrome.com

**VIA EMAIL**
Earl M. Forte, Esq.
Timothy D. Pecsenye, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
forte@blankrome.com
pecsenye@blankrome.com

Dated: July 10, 2006

         */s/ Richard K. Herrmann*
Richard K. Herrmann #405
MORRIS JAMES HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

-- And --

Thomas J. Curran
Ira B. Matetsky
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York   10017
(212) 922-9250

Attorneys for Plaintiff RED SONJA LLC

Case 1:06-cv-00270-SLR    Document 19    Filed 07/10/2006    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, D  19801
preston-t@blankrome.com

Additionally, I hereby certify that on the 10th day of July, 2006, the foregoing document was served as indicated on the following:

| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL** |
|---|---|
| Thomas P. Preston, Esq.<br>Blank Rome LLP<br>1201 Market Street, 8th Floor<br>Wilmington, D  19801<br>preston-t@blankrome.com | Earl M. Forte, Esq.<br>Timothy D. Pecsenye, Esq.<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA  19103<br>215.569.5500<br>forte@blankrome.com<br>pecsenye@blankrome.com |

       */s/Richard K. Herrmann*
       Richard K. Herrmann (#405)
       Morris, James, Hitchens & Williams LLP
       222 Delaware Avenue, 10th Floor
       Wilmington, DE  19801
       (302) 888-6800
       rherrmann@morrisjames.com

       Attorneys for Plaintiff RED SONJA LLC