IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RED SONJA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-270 |
| | ) | |
| PARADOX ENTERTAINMENT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 10th day of July, 2006, a copy of the

**INITIAL DISCLOSURES OF DEFENDANT/COUNTERCLAIM PLAINTIFF PARADOX**

**ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 26(a)(1)** was served by

facsimile and by first-class mail, postage prepaid, on the following counsel of record:

> Richard K. Herrmann, Esquire
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue
> Wilmington, DE 19801-1621

**BLANK ROME LLP**

*/s/ Thomas P. Preston*
By: _____
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Fax:    (302) 425-6464

Attorneys for Defendant
Paradox Entertainment, Inc.

Dated: July 11, 2006

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 11th day of July, 2006, a copy of the

foregoing **NOTICE OF SERVICE** was electronically served on the following counsel of

record:

Richard K. Herrmann, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621

*/s/ Thomas P. Preston*

Thomas P. Preston
I.D. No. 2548