# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-270 SLR |
| | ) |
| PARADOX ENTERTAINMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION OF FREDRIK MALMBERG

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Red Sonja LLC shall take the deposition of Fredrik Malmberg, current employee of Paradox Entertainment, Inc.

The deposition shall take place at 9:00 AM on August 24, 2006 at the offices of Blank Rome LLP, One Logan Square, Philadelphia, Pennsylvania, 19103. The deposition will be conducted before a notary public or other officer authorized to administer oaths. The deposition will be audio and video recorded and transcribed.

This deposition shall be for the purpose of discovery for use at trial and other proceedings between the parties, and any and all other uses permitted by the Federal Rules of Civil Procedure and Evidence.

You are invited to attend and examine the witness.

Dated: July 17, 2006

        */s/ Richard K. Herrmann*
Richard K. Herrmann #405
MORRIS JAMES HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

-- And --

Thomas J. Curran
Ira B. Matetsky
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York  10017
(212) 922-9250

Attorneys for Plaintiff RED SONJA LLC


## CERTIFICATE OF SERVICE

I hereby certify that on the 17$^h$ day of July, 2006, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF FREDRIK MALMBERG**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, D  19801
preston-t@blankrome.com

Additionally, I hereby certify that on the 17th day of July, 2006, the foregoing document was served as indicated on the following:

**VIA EMAIL AND HAND DELIVERY**
Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, D  19801
preston-t@blankrome.com

**VIA EMAIL AND FEDERAL EXPRESS**
Earl M. Forte, Esq.
Timothy D. Pecsenye, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103
215.569.5500
forte@blankrome.com
pecsenye@blankrome.com

    */s/ Richard K. Herrmann*
RICHARD K. HERRMANN (#405)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff RED SONJA LLC