IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-270 SLR |
| PARADOX ENTERTAINMENT, INC., | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF SERVICE**

Please take notice that on the 21st day of July, 2006, copies of the following document, **PLAINTIFF'S SECOND SET OF INTERROGATORIES**, were served on counsel as indicated:

**VIA EMAIL & HAND DELIVERY**
Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, D 19801
preston-t@blankrome.com

**VIA EMAIL & FEDERAL EXPRESS**
Earl M. Forte, Esq.
Timothy D. Pecsenye, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
forte@blankrome.com
pecsenye@blankrome.com

Dated: July 21, 2006

    */s/ Richard K. Herrmann*
Richard K. Herrmann #405
MORRIS JAMES HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

-- And --

Thomas J. Curran
Ira B. Matetsky
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York  10017
(212) 922-9250

Attorneys for Plaintiff RED SONJA LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, D  19801
preston-t@blankrome.com


Additionally, I hereby certify that on the 21st day of July, 2006, the foregoing document was served as indicated on the following:

| VIA EMAIL AND HAND DELIVERY | VIA EMAIL AND FEDERAL EXPRESS |
|---|---|
| Thomas P. Preston, Esq. | Earl M. Forte, Esq. |
| Blank Rome LLP | Timothy D. Pecsenye, Esq. |
| 1201 Market Street, 8th Floor | Blank Rome LLP |
| Wilmington, D  19801 | One Logan Square |
| preston-t@blankrome.com | Philadelphia, PA  19103 |
| | 215.569.5500 |
| | forte@blankrome.com |
| | pecsenye@blankrome.com |

          */s/Richard K. Herrmann*
      Richard K. Herrmann (#405)
      Morris, James, Hitchens & Williams LLP
      222 Delaware Avenue, 10th Floor
      Wilmington, DE  19801
      (302) 888-6800
      rherrmann@morrisjames.com

      Attorneys for Plaintiff RED SONJA LLC