IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
|        Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-CV-270 |
| PARADOX ENTERTAINMENT, INC. | ) ) ) |
|        Defendant. | ) ) |

## NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 28th day of July, 2006, a copy of **DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST AND SECOND SET OF INTERROGATORIES** was served by first-class mail, postage prepaid, on the following counsel of record:

    Richard K. Herrmann, Esquire
    Morris, James, Hitchens & Williams LLP
    222 Delaware Avenue
    Wilmington, DE 19801-1621

**BLANK ROME LLP**

By:    */s/ Thomas P. Preston*
        Thomas P. Preston, Esquire
        I.D. No. 2548
        1201 Market Street, Suite 800
        Wilmington, DE 19801
        Phone: (302) 425-6400
        Fax:   (302) 425-6464

        Attorneys for Defendant
        Paradox Entertainment, Inc.

Dated: July 31, 2006

## **CERTIFICATE OF SERVICE**

I, Thomas P. Preston, hereby certify that on the 31st day of July, 2006, a copy of the foregoing **NOTICE OF SERVICE** was electronically served on the following counsel of record:

> Richard K. Herrmann, Esquire
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE 19801-1621

> */s/ Thomas P. Preston*
> _____
> Thomas P. Preston
> I.D. No. 2548

125338.00601/11570326v.1