IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-270 |
| ) | |
| PARADOX ENTERTAINMENT, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 7th day of August, 2006, a copy of **DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** was served by first-class mail, postage prepaid, on the following counsel of record:

Richard K. Herrmann, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, DE 19801-1621

**BLANK ROME LLP**

/s/ Thomas P. Preston
By: _____
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Fax: (302) 425-6464

Attorneys for Defendant
Paradox Entertainment, Inc.

Dated: August 7, 2006

125338.00601/11569951v.1

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the __7__ th day of August, 2006, a copy of the foregoing **NOTICE OF SERVICE** was electronically served on the following counsel of record:

>Richard K. Herrmann, Esquire
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>Wilmington, DE 19801-1621

>*/s/ Thomas P. Preston*
>_____
>Thomas P. Preston
>I.D. No. 2548