IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-CV-270 |
| | ) |
| PARADOX ENTERTAINMENT, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 24th day of August, 2006, a copy of

**DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

was served by hand on the following counsel of record:

> Richard K. Herrmann, Esquire
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue
> Wilmington, DE 19801-1621

**BLANK ROME LLP**

By: /s/ Thomas P. Preston
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Fax:   (302) 425-6464

Attorneys for Defendant
Paradox Entertainment, Inc.

Dated: August 24, 2006

125338.00601/40163384v.1