IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, ) | |
| Plaintiff, ) | |
| v. ) | C.A. No.1:06-CV-00270 (SLR) |
| PARADOX ENTERTAINMENT, INC., ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

Pursuant to Rules 13, 15 and 20 of the Federal Rules of Civil Procedure, the Plaintiff Red Sonja LLC hereby moves for leave to file its First Amended Complaint to add an additional party, Conan Properties International LLC. A brief in support of this motion is filed contemporaneously herewith, attached to which at Exhibits A and B are copies of the First Amended Complaint and a blackline version thereof, respectively.

Dated: September 1, 2006

_____
Richard K. Herrmann #405
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

-- and --

Thomas J. Curran
Ira Brad Matetsky
GANFER & SHORE, LLP
360 Lexington Avenue
New York, NY 10017
(212) 922-9250

*Attorneys for Plaintiff*

## RULE 7.1.1 CERTIFICATION

Pursuant to Local Rule 7.1.1, the undersigned certifies that Thomas J. Curran, counsel for Plaintiff Red Sonja LLC, in a conversation with Defendant Paradox's counsel, Timothy D. Pecsenye, on August 30, 2006, asked the Defendant whether it would oppose this motion. Counsel for Defendant responded that it does oppose the motion. This conversation was memorialized in an email from Plaintiff's counsel to Defendant's counsel on August 31, 2006.

_____
Richard K. Herrmann

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.1:06-CV-00270 (SLR) |
| ) | |
| PARADOX ENTERTAINMENT, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

The Court having considered Plaintiff's Motion for Leave to Amend Its Complaint and the parties' arguments in support and opposition thereof,

IT IS HEREBY ORDERED this _____ day of September, 2006, that the motion is GRANTED. The First Amended Complaint is deemed filed and served on the date of this Order.

_____
Sue L. Robinson, Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2006, I electronically filed the foregoing document, **PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, D  19801
preston-t@blankrome.com

Additionally, I hereby certify that on the 1st day of September, 2006, the foregoing document was served as indicated on the following:

| VIA EMAIL AND HAND DELIVERY | VIA EMAIL AND FEDERAL EXPRESS |
|---|---|
| Thomas P. Preston, Esq. | Earl M. Forte, Esq. |
| Blank Rome LLP | Timothy D. Pecsenye, Esq. |
| 1201 Market Street, 8th Floor | Blank Rome LLP |
| Wilmington, D  19801 | One Logan Square |
| preston-t@blankrome.com | Philadelphia, PA  19103 |
| | 215.569.5500 |
| | forte@blankrome.com |
| | pecsenye@blankrome.com |

_____
Richard K. Herrmann (#405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff RED SONJA LLC