IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RED SONJA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 06-CV-270 (SLR) |
| ) | |
| PARADOX ENTERTAINMENT, INC., ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Mark A. Berman, Esquire of the law firm of Ganfer & Shore, LLP to represent Plaintiff Red Sonja LLC in this matter.

Dated: September 11, 2006          */s/ Richard K. Herrmann*
                                   Richard K. Herrmann (I.D. No. 405)
                                   MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
                                   222 Delaware Avenue, 10th Floor
                                   Wilmington, Delaware 19801
                                   (302) 888-6800
                                   rherrmann@morrisjames.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                 The Honorable Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

Date: September 8, 2006

Signed: /s/ Mark A. Berman
Mark A. Berman, Esq.
Ganfer & Shore, LLP
360 Lexington Avenue-14th Floor
New York, NY 10017

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2006, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, D 19801
preston-t@blankrome.com

Additionally, I hereby certify that on this 11th day of September, 2006, the foregoing document was served via email on the following non-registered participants:

Earl M. Forte, Esq.
Timothy D. Pecsenye, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
forte@blankrome.com
pecsenye@blankrome.com

                                        */s/ Richard K. Herrmann*
                                        RICHARD K. HERRMANN (#405)
                                        Morris, James, Hitchens & Williams LLP
                                        222 Delaware Avenue, 10th Floor
                                        Wilmington, DE 19801
                                        (302) 888-6800
                                        rherrmann@morrisjames.com

                                        *Counsel for Plaintiff Red Sonja LLC*