# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

September 19, 2006

**VIA EFILING AND HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Red Sonja LLC v. Paradox Entertainment, Inc.,*
      D. Del., C.A. No. 06-270-SLR

Your Honor:

   We represent the plaintiff in the above referenced matter. As a result of a death in the family of the principal of the plaintiff, we asked the defendant to agree to a modification of the Scheduling Order to extend the close of fact discovery by two months, along with other dates in the Scheduling Order. The defendant has graciously agreed. Attached Your Honor will find a proposed Amended Scheduling Order in which we are suggesting a May trial date - moved from January 16, 2007 and subject, of course, to the Court's schedule - since a mediation has been set for March 29th. The defendant has indicated it is satisfied with the proposed dates.

   In the event Your Honor requires additional information regarding this email or the attached proposed Amended Scheduling Order, we are available at the Court's convenience.

Respectfully,

/s/ *Richard K. Herrmann*

Richard K. Herrmann

RKH/sch
Attachment

cc: Thomas Preston, Esq. (via email w/ attachment)
    Timothy Pecsenye, Esq. (via email w/ attachment)
    Earl Forte, Esq. (via email w/ attachment)