IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, <br><br> Plaintiff, <br><br> v. <br><br> PARADOX ENTERTAINMENT, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No.: 06-CV-270 (SLR) ) ) ) ) ) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which Red Sonja has to respond to Defendant's First Set of Requests for Production of Documents is extended to and including October 15, 2006.


_/s/ Richard K. Herrmann_
Richard K. Herrmann #405
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Plaintiff*
 *Red Sonja LLC*

_/s/ Thomas P. Preston_
Thomas P. Preston #2548
BLANK ROME LLP
1201 Market Street, 8th Floor
Wilmington, DE 19801
(302) 425-6400
preston-t@blankrome.com

*Attorneys for Defendant*
 *Paradox Entertainment, Inc.*


**SO ORDERED** this ____ day of _____, 2006.

_____
The Honorable Sue L. Robinson