# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1751
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

October 6, 2006

**VIA HAND DELIVERY**

Dr. Peter T. Dalleo, Clerk of the Court
United States District Court
 for the District of Delaware
844 King Street
Wilmington, Delaware  19801

      Re:   *Red Sonja LLC v. Paradox Entertainment, Inc.,*
              *D. Del., C.A. No. 06-270-SLR*

Dear Dr. Dalleo:

      On September 25, 2006 we filed Plaintiff's Reply Brief In Further Support of Plaintiff's Motion for Leave to Amend Its Complaint. Attached as Exhibit H to that filing was the Declaration of Arthur M. Lieberman. As noted in the brief, Mr. Lieberman was unavailable to sign the declaration at that time as he was concluding personal matters pertaining to the death of his wife. We now have the original signed declaration and we enclose it for the Court's files.

                  Sincerely,

                  Richard K. Herrmann, I.D. No. 405
                  rherrmann@morrisjames.com

Enclosure
cc: Thomas Preston, Esq. (via email w/encl.)
    Timothy Pecsenye, Esq. (via email w/encl.)
    Earl Forte, Esq. (via email w/encl.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RED SONJA LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PARADOX ENTERTAINMENT, INC.,<br><br>　　　　　Defendant. | Civil Action No.:<br>06-CV-00270 (SLR) |

I, ARTHUR M. LIEBERMAN, declare as follows:

1.　　I am a principal of Plaintiff Red Sonja LLC and submit this declaration in further support of Plaintiff's Motion for Leave to Amend its Complaint.

2.　　I was part of a group that sold the character Conan to Paradox in 2003.

3.　　I had and have no knowledge whatsoever as to which "pocket" of the several Paradox and Conan "shells" the Conan character was placed.

4.　　I now have learned that there are at least four Conan entities and two Paradox entities.

5.　　I did not know until this litigation which Conan and/or Paradox entity owns the Conan character.

6.　　Although I did receive checks for my profit participation in relation to the Conan character, I never focused on the issuer of such checks, and even the name of the entity that issued such checks does not mean that such issuer was the owner of the Conan character, and should have been a defendant herein. In fact, my checks were

forwarded under the Paradox letterhead (not under a Conan letterhead), the same entity to which I believe we sold the Conan character.

7.     I only had focused on the entity to which we sold the Howard characters. Until recently, I similarly never focused on the fact that there is more than one Paradox entity.

8.     This litigation was brought against Paradox, which I believed at the time acquired the Conan character in 2003 and the remaining Howard characters thereafter.

I declare under the penalties of perjury that the foregoing is true and correct.

Executed this 3rd day of October, 2006

_____
ARTHUR M. LIEBERMAN