IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| RED SONJA LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PARADOX ENTERTAINMENT, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　C.A. No. 06-270 SLR<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

Please take notice that on the 16th day of October 2006, copies of the following document, **PLAINTIFF RED SONJA LLC'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**, were served on counsel as indicated:

**VIA EMAIL & HAND DELIVERY**
Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, DE 19801
preston-t@blankrome.com

**VIA EMAIL**
Earl M. Forte, Esq.
Timothy D. Pecsenye, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
forte@blankrome.com
pecsenye@blankrome.com

Dated: October 16, 2006

　　　　　　　　　　　　　_/s/ Richard K. Herrmann_
　　　　　　　　　　　　　Richard K. Herrmann #405
　　　　　　　　　　　　　MORRIS JAMES HITCHENS & WILLIAMS, LLP
　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　rherrmann@morrisjames.com

　　　　　　　　　　　　　-- And --

Mark A. Berman
Thomas J. Curran
Ira B. Matetsky
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York  10017
(212) 922-9250

Attorneys for Plaintiff RED SONJA LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, DE 19801
preston-t@blankrome.com

Additionally, I hereby certify that on the 16th day of October 2006, the foregoing document was served as indicated on the following:

| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL** |
|---|---|
| Thomas P. Preston, Esq. | Earl M. Forte, Esq. |
| Blank Rome LLP | Timothy D. Pecsenye, Esq. |
| 1201 Market Street, 8th Floor | Blank Rome LLP |
| Wilmington, DE 19801 | One Logan Square |
| preston-t@blankrome.com | Philadelphia, PA 19103 |
| | 215.569.5500 |
| | forte@blankrome.com |
| | pecsenye@blankrome.com |

        /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff RED SONJA LLC