IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-270-SLR |
| | ) |
| PARADOX ENTERTAINMENT INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 17th day of October, 2006, having reviewed the proposed amended scheduling order submitted by plaintiff's counsel (D.I. 36);

IT IS ORDERED that a telephone conference shall be conducted on **Friday, November 3, 2006**, at **8:30 a.m.** with plaintiff's counsel initiating this call.

_____
United States District Judge