UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>PARADOX ENTERTAINMENT, INC., )<br>)<br>        Defendant. )<br>_____ ) | Civil Action No.<br>06-CV-00270 (SLR) |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, the Plaintiff Red Sonja LLC hereby moves to compel the Defendant Paradox Entertainment, Inc. to produce documents. A brief in support of this motion along with a Declaration of Richard K. Herrmann, dated October 24, 2006 is filed contemporaneously herewith.

Dated: October 24, 2006

_____
Richard K. Herrmann, #405
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888 6816
Facsimile: (302) 571 1750
rherrmann@morrisjames.com

Mark A. Berman, Esquire
Thomas J. Curran, Esquire
Ira Brad Matetsky, Esquire
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
Telephone: (212) 922-9250
Facsimile (212) 922-9335

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC,<br><br>            Plaintiff,<br><br>v.<br><br>PARADOX ENTERTAINMENT, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.:<br>)   06-CV-00270 (SLR)<br>)<br>)<br>)<br>) |

**LOCAL RULE 7.1.1 STATEMENT FOR PLAINTIFF'S MOTION
TO COMPEL THE PRODUCTION OF DOCUMENTS**

Pursuant to Local Rule 7.1.1, counsel for plaintiff Red Sonja states that a reasonable effort has been made to reach agreement with opposing counsel on the matters set forth in Plaintiff's Motion to Compel The Production of Documents but that no agreement was reached on those matters.

Dated: October 24 2006

                                                               */s/ Richard K. Herrmann*
                                                            Richard K Herrmann, #405
                                                             MORRIS, JAMES, HITCHENS &
                                                                WILLIAMS LLP
                                                             222 Delaware Avenue, 10th Floor
                                                             P.O. Box 2306
                                                             Wilmington, DE 19899-2306
                                                             Telephone: (302) 888 6816
                                                             Facsimile: (302) 571 1750
                                                             rherrmann@morrisjames.com

                                                             Mark A. Berman, Esquire
                                                             Thomas J. Curran, Esquire
                                                             Ira Brad Matetsky, Esquire
                                                             GANFER & SHORE, LLP
                                                             360 Lexington Avenue
                                                             New York, New York 10017
                                                             Telephone: (212) 922-9250
                                                             Facsimile (212) 922-9335

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, I electronically filed the foregoing document, **PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, DE 19801
preston-t@blankrome.com

Additionally, I hereby certify that on the 24th day of October 2006, the foregoing document was served as indicated on the following:

**VIA EMAIL AND HAND DELIVERY**

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, DE 19801
preston-t@blankrome.com

**VIA EMAIL**

Earl M. Forte, Esq.
Timothy D. Pecsenye, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
215.569.5500
forte@blankrome.com
pecsenye@blankrome.com

　　　　　*Richard K. Herrmann*
RICHARD K. HERRMANN (#405)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Plaintiff RED SONJA LLC*