# DOCUMENT FILED UNDER SEAL

# DOCUMENT FILED UNDER SEAL