IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-270 SLR |
| ) | |
| PARADOX ENTERTAINMENT, INC., ) | |
| ) | |
| Defendant. ) | |

### AMENDED SCHEDULING ORDER

The parties, by and through their undersigned counsel, move this Court to amend all remaining dates in the Schedule as most recently set forth in the September 19, 2006 Scheduling Order, as follows:

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

    (a) Discovery will be needed on the following subjects: trademark infringement and unfair competition issues and damages.

    (b) All fact discovery shall be commenced in time to be completed by March 1, 2007.

    (c) Maximum of 25 interrogatories by each party to any other party.

    (d) Maximum of 50 requests for admission by each party to any other party.

(e) Maximum of twelve (12) depositions by plaintiff and twelve (12) by defendant. Depositions of witnesses within the parties' control shall be held in either Philadelphia, Pennsylvania or Wilmington, Delaware as the parties may agree.

(f) Each deposition limited to a maximum of seven (7) hours unless extended by agreement of the parties.

(g) Expert discovery shall be commenced in time to be completed by May 14, 2007.

(h) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by April 1, 2007. Rebuttal expert reports due by April 20, 2007.

(i) **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of Other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings were filed on September 1, 2006.

4. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion should contain the statement required by D. Del. LR 7.1.1.**

2

5.      **Motions in Limine.** All motions in limine shall be filed on or before May 21, 2007. All responses to said motions shall be filed on or before May 28, 2007.

6.      **Pretrial Conference.** A pretrial conference will be held on June 19, 2007 at 4:30 p.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

7       **Trial.** This matter is scheduled for a nine (9) day non-jury trial commencing on July 16, 2007 in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The parties agree to waive their right to trial by jury. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge