UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RED SONJA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-CV-00270 (SLR) |
| PARADOX ENTERTAINMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD**

Briefing was completed on both Plaintiff's outstanding motion for leave to amend its complaint and Plaintiff's motion to compel on November 15, 2006. The depositions of third parties were taken by Defendant subsequent to the briefing on January 8 and 9, 2007. Plaintiff believes the questions asked by the Defendant at those depositions are material to the issues which are presently before the Court.

Plaintiff therefore moves that the Court consider the briefing supplemented by the Declaration of Mark A. Berman, Esquire, filed contemporaneously herewith.

Dated: January 17, 2007

_/s/ Richard K. Herrmann_
Richard K. Herrmann, #405
MORRIS, JAMES LLP
500 Delaware Avenue, 15th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888 6816
Facsimile: (302) 571 1750
rherrmann@morrisjames.com

Mark A. Berman, Esquire
Thomas J. Curran, Esquire
Ira Brad Matetsky, Esquire
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
Telephone: (212) 922-9250
Facsimile (212) 922-9335

## RULE 7.1.1 CERTIFICATION

Counsel for Plaintiff Red Sonja LLC hereby certifies that a reasonable effort has been made to reach agreement with opposing counsel on the matters set forth in Plaintiff's Motion to Supplement the Record but that no agreement was reached as demonstrated in Exhibit A.

*/s/ Richard K. Herrmann*
Richard K. Herrmann #405
rherrmann@morrisjames.com

# EXHIBIT A

**From:** Barnhart, Emily J. [mailto:BARNHART@blankrome.com]
**Sent:** Tuesday, January 16, 2007 5:24 PM
**To:** Mark Berman
**Subject:** RE: Red Sonja v. Paradox

We have not received a copy of any deposition transcripts of Nu Image, Inc. or Emmett Furla Films from last week in the above-referenced action. We have no understanding of what "questions asked and answers given" you refer to below. Consequently, prior to making any contact with the Court, please present to us for review any specific deposition testimony that you refer to in your email below, along with an explanation regarding the basis why Plaintiff believes the record with respect to the two pending Motions merits supplementation. Upon receipt and review we will consider the same.

In the interim, we do not consent to any communications with or supplementations to the Court. Based upon my general recollection of the depositions, I recall nothing that transpired during the third party depositions that lends any support whatsoever to Plaintiff's pending Motions, particularly to Plaintiff's Motion that Conan Properties International LLC should be added as a defendant in this action.

In light of the above, and pursuant to Plaintiff's Local Rule 7.1.1 obligations, should Plaintiff proceed to contact the Court prior to attempting to resolve this matter, Paradox will respond to and oppose any such submissions, and will further provide the Court with this communication.

**Emily J. Barnhart | Blank Rome LLP**
One Logan Sq, 130 N 18th St | Philadelphia, PA 19103
Phone: (215)569-5494 | Fax: (215)832-5494 | Email: barnhart@blankrome.com

---

**From:** Mark Berman [mailto:mberman@ganshore.com]
**Sent:** Tuesday, January 16, 2007 7:17 AM
**To:** Barnhart, Emily J.
**Cc:** Herrmann, Richard
**Subject:** Red Sonja v. Paradox

Ms. Barnhart: We write to request your consent, in accordance with Local Rule 7.1.1., for Plaintiff to be permitted to supplement the record as it relates to Plaintiff's two sub judice motions seeking leave to amend its complaint and to compel the production of documents based on questions asked and answers given at the two depositions taken by you last week. Please advise today whether Paradox will consent to such supplementation. Mark

Mark A. Berman, Esq.

Ganfer & Shore, LLP

360 Lexington Avenue, 14th Floor

New York, New York 10017

Tel:    (212) 922-9250 ext. 266

Fax:    (212) 922-9335

Email:  mberman@ganshore.com

The information contained in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender or Ganfer & Shore, LLP for any loss or damage arising in any way from its use.

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, 2007, I electronically filed the

foregoing document, **PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD**

with the Clerk of the Court using CM/ECF which will send notification of such filing to

the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, DE 19801
preston-t@blankrome.com


Additionally, I hereby certify that on the 17th day of January, 2007 the foregoing

document was served as indicated on the following:

**VIA EMAIL AND HAND DELIVERY**    **VIA EMAIL**

Thomas P. Preston, Esq.                Earl M. Forte, Esq.
Blank Rome LLP                       Timothy D. Pecsenye, Esq.
1201 Market Street, 8th Floor       Blank Rome LLP
Wilmington, DE 19801             One Logan Square
preston-t@blankrome.com         Philadelphia, PA 19103
                                 215.569.5500
                                 forte@blankrome.com
                                 pecsenye@blankrome.com


                           _Richard K. Herrmann_
                           RICHARD K. HERRMANN (#405)
                           Morris, James, Hitchens & Williams LLP
                           222 Delaware Avenue, 10th Floor
                           Wilmington, DE 19801
                           (302) 888-6800
                           rherrmann@morrisjames.com


                           Attorneys for Plaintiff RED SONJA LLC