# FILED UNDER SEAL