UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PARADOX ENTERTAINMENT, INC.,<br><br>        Defendant. | Civil Action No.:<br>06-CV-00270 (SLR) |

**RED SONJA LLC'S NOTICE OF DEPOSITION OF PARADOX
ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)**

**To:**

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, DE 19801
preston-t@blankrome.com

Earl M. Forte, Esq.
Timothy D. Pecsenye, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
215.569.5500
forte@blankrome.com
pecsenye@blankrome.com

**PLEASE TAKE NOTICE** that Plaintiff Red Sonja LLC ("Red Sonja") will take the deposition of Plaintiff Paradox Entertainment, Inc. ("Paradox"), commencing at 9:00 a.m. on February 16, 2007, at the offices of MORRIS JAMES LLP in Wilmington, Delaware (or at another time and location that is mutually agreeable between the parties), and continuing day-to-day thereafter until completed, before a Notary Public or other officer duly authorized to administer oaths, to be recorded by stenographic and videographic means.

Pursuant to Fed. R. Civ. P. 30(b)(6), Paradox is required to designate one or more officer(s), director(s), managing agent(s) or other person(s) who are most competent to testify concerning the matters set forth in Attachment A.

   /s/ Richard K. Herrmann
Richard K Herrmann, #405
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
P.O. Box 2306
Wilmington, DE  19801
Telephone: (302) 888 6816
Facsimile: (302) 571 1750
rherrmann@morrisjames.com

Mark A. Berman, Esquire
Thomas J. Curran, Esquire
Ira Brad Matetsky, Esquire
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
Telephone: (212) 922-9250
Facsimile (212) 922-9335

Attorneys for Plaintiff RED SONJA LLC

Dated:  February 1, 2007

## ATTACHMENT A

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Paradox shall identify, designate, and produce for deposition one or more officers, directors, managing agents or other knowledgeable persons to testify on its behalf regarding the subject matter of the following categories:

1. The reason(s) why Peter Sederowsky left, was terminated or was fired from Paradox.

2. The reason(s) why Peter Sederowsky's role at Paradox changed in late 2006.

3. Peter Sederowsky's current role at Paradox.

4. Custodian of records, Paradox's document retention policy and the production of documents in this action.