# DOCUMENT FILED UNDER SEAL

Case 1:06-cv-00270-SLR    Document 61    Filed 02/07/2007    Page 1 of 1