IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| | : 1:06-CV-00270 (SLR) |
| PARADOX ENTERTAINMENT INC., | : |
| Defendant. | : |

**NOTICE OF DEPOSITION**

TO:   Richard K. Herrmann, Esquire
      Morris, James, Hitchens & Williams LLP
      500 Delaware Avenue, Suite 1500
      Wilmington, DE 19801-1494

PLEASE TAKE NOTICE that in accordance with Federal Rule of Civil Procedure 30, Defendant Paradox Entertainment Inc., by its counsel, will take the deposition of Luke Lieberman by oral examination before an officer authorized to administer oaths, and may be recorded by videotape. The deposition will take place at the offices of Blank Rome LLP, Chase Manhattan Centre, 1201 Market Street, Suite 800, Wilmington, DE 19801, commencing at 9:00 a.m. on Thursday, March 1, 2007, and will continue from day to day until completed. You are invited to attend and cross-examine.

125338.00601/11633393v.1

BLANK ROME LLP

By: _____
Thomas P. Preston, Esquire
(Del. Bar #2548)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400

Attorneys for Defendant
Paradox Entertainment Inc.

Of Counsel:

Timothy D. Pecsenye, Esquire
Emily J. Barnhart, Esquire
Joel L. Dion, Esquire
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
(215) 569-5500

February 9, 2007

125338.00601/11633393v.1