IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-CV-270 |
| | ) |
| PARADOX ENTERTAINMENT, INC. | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Joel L. Dion to represent Defendant Paradox Entertainment, Inc. in this matter.

BLANK ROME LLP

By: _____
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Fax:    (302) 425-6464

Attorneys for Defendant
Paradox Entertainment, Inc.

Dated: February 13, 2007

125338.00601/40167204v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: February 13, 2007          Signed: _____
                                         Joel L. Dion
                                         BLANK ROME LLP
                                         One Logan Square
                                         Philadelphia, PA 19103
                                         Telephone: 215-569-5500

125338.00601/40167204v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-CV-270 |
| | ) |
| PARADOX ENTERTAINMENT, INC. | ) |
| | ) |
| Defendant. | ) |

## PROPOSED ORDER

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of Joel L. Dion is GRANTED.

Date: _____     _____
                                                             United States District Judge