UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, <br><br> Plaintiff, <br><br> v. <br><br> PARADOX ENTERTAINMENT, INC., <br><br> Defendant. | Civil Action No.: <br> 06-CV-00270 (SLR) |

**PLAINTIFF'S NOTICE OF SUBPOENA
UNDER FEDERAL RULE OF CIVIL PROCEDURE 45**

NOTICE IS HEREBY GIVEN that in accordance with Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Red Sonja LLC intends to serve the attached subpoena to non-party Dark Horse Comics, Inc. with a Subpoena in a Civil Case for deposition testimony. The above-referenced subpoena is attached to this Notice as Exhibit A.

                                                                     /s/ Richard K. Herrmann
                                                   Richard K Herrmann, #405
                                                   MORRIS JAMES LLP
                                                   500 Delaware Avenue, 15th Floor
                                                   Wilmington, DE 19801
                                                   Telephone: (302) 888 6816
                                                   rherrmann@morrisjames.com

                                                   Mark A. Berman, Esquire
                                                   Thomas J. Curran, Esquire
                                                   Ira Brad Matetsky, Esquire
                                                   GANFER & SHORE, LLP
                                                   360 Lexington Avenue
                                                   New York, New York 10017
                                                   Telephone: (212) 922-9250
                                                   Attorneys for Plaintiff RED SONJA LLC

Dated: February 21, 2007

# EXHIBIT A

Case 1:06-cv-00270-SLR    Document 66    Filed 02/21/2007    Page 2 of 4

## Issued by the
## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| RED SONJA LLC,<br><br>Plaintiff,<br><br>- against -<br><br>PARADOX ENTERTAINMENT, Inc.,<br><br>Defendant. | **SUBPOENA IN A CIVIL CASE**<br><br>Civil Action No.: 06-CV-270 (SLR)<br>**District of Delaware** |

Dark Horse Comics, Inc.
10956 SE Main Street
Milwaukie, OR 97222

X YOU ARE COMMANDED to appear by witness(es) at the place, date and time specified below to testify at the taking of a deposition upon oral examination in the above-captioned case concerning the documents produced by Dark Horse Comics in this action and their contents.

| PLACE OF DEPOSITION: | DATE AND TIME |
|---|---|
| Beovich, Walter & Friend<br>1001 SW 5th Ave.<br>Suite 1200<br>Portland, OR 97204. | March 1, 2007 at 10:00 a.m. |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE: | DATE AND TIME |
|---|---|
| | |
| ISSUING OFFICER SIGNATURE AND TITLE<br>Mark A. Berman<br>Member, Ganfer & Shore, LLP | DATE<br>February 21, 2007 |

ISSUING OFFICERS NAME, ADDRESS AND PHONE NUMBER
Mark A. Berman, Esq. (MAB 5202)
Ganfer & Shore, LLP
360 Lexington Avenue, 14th floor
New York, New York 10017
(212) 922-9250

## PROOF OF SERVICE

| SERVED | DATE | PLACE |
|---|---|---|
| | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under Penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on
                Date                                                                SIGNATURE OF SERVER


                                                                                    ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSON SUBJECT TO SUBPOENAS.
 (1) A party or an attorney responsible for the issuance and service of a subpoena shall take responsible steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
 (2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents, or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trail.
 (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
 (3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
  (i) fails to allow reasonable time for compliance;
  (ii) require a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where the person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
  (iii) requires disclosure or privileged or other protected matter and no exception or waiver applies, or
  (iv) subjects a person to undue burden.
 (B) If a subpoena
  (i) requires disclosure of a trade secret or other dential research, development, or commercial information, or
  (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
  (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions

(d) DUTIES IN RESPONDING TO SUBPOENA.
 (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with categories in the demand.
 (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

2