UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PARADOX ENTERTAINMENT, INC., )<br>)<br>Defendant. )<br>) | Civil Action No.<br>06-CV-00270 (SLR) |

**PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiff Red Sonja LLC hereby moves to compel the Defendant Paradox Entertainment, Inc. to: (i) the continued deposition of Defendant Paradox Entertainment, Inc. by Frederik Malmberg, ii) the production of witness[es] pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure; and (iii) all documents concerning Plaintiff's "Red Sonja" character and Defendant's "Red Sonya" character for the period 2001 to the present.

Dated: February 27, 2007

  */s/ Richard K. Herrmann*
Richard K. Herrmann, #405
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE  19899-2306
Telephone: (302) 888 6816
Facsimile: (302) 571 1750
rherrmann@morrisjames.com

Mark A. Berman, Esquire
Thomas J. Curran, Esquire
Ira Brad Matetsky, Esquire
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
Telephone: (212) 922-9250
Facsimile (212) 922-9335