UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, )<br>)<br>            Plaintiff, )<br>)<br>v. )<br>)<br>PARADOX ENTERTAINMENT, INC., )<br>)<br>            Defendant. )<br>) | Civil Action No.:<br>06-CV-00270 (SLR) |

## LOCAL RULE 7.1.1 STATEMENT

Pursuant to Local Rule 7.1.1, counsel for plaintiff Red Sonja states that a reasonable effort has been made to reach agreement with opposing counsel on the matters set forth in Plaintiff's Memorandum of Law In Support of Plaintiff's Motion to Compel but that no agreement was reached on those matters.

Dated: February 27, 2007

/s/ Richard K. Herrmann
Richard K Herrmann, #405
MORRIS, JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE  19899-2306
Telephone: (302) 888 6816
Facsimile: (302) 571 1750
rherrmann@morrisjames.com

Mark A. Berman, Esquire
Thomas J. Curran, Esquire
Ira Brad Matetsky, Esquire
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
Telephone: (212) 922-9250
Facsimile (212) 922-9335