IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PARADOX ENTERTAINMENT, INC., )<br>)<br>Defendant. )<br>) | C.A. No.: 06-CV-270 (SLR) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Elaine J. Brown, Esquire of the law firm of Gordon & Polscer, LLC to represent Plaintiff Red Sonja LLC in this matter.

Dated: February 28, 2007

/s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                                    The Honorable Sue L. Robinson

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Oregon and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

Date: February 28, 2007        Signed: _____ [OSB No. 93036]
                                     Elaine J. Brown, Esq.
                                     Gordon & Polscer, LLC
                                     9755 SW Barnes Road, Suite 650
                                     Portland, Oregon 97255

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2007, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, D 19801
preston-t@blankrome.com


Additionally, I hereby certify that on the 28th day of February, 2007, the foregoing document was served via email on the following non-registered participants:

Earl M. Forte, Esq.
Timothy D. Pecsenye, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
forte@blankrome.com
pecsenye@blankrome.com

                                               /s/ Richard K. Herrmann
                                               Richard K. Herrmann (#405)
                                               Morris James LLP
                                               500 Delaware Avenue, 15th Floor
                                               Wilmington, DE 19801
                                               (302) 888-6800
                                               rherrmann@morrisjames.com
                                               *Counsel for Plaintiff Red Sonja LLC*