IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PARADOX ENTERTAINMENT INC.,<br><br>    Defendant. | Civil Action No.<br>1:06-CV-00270 (SLR) |

## RE-NOTICE OF DEPOSITION

TO:    Richard K. Herrmann, Esquire
Morris, James, Hitchens & Williams LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

PLEASE TAKE NOTICE that in accordance with Federal Rule of Civil Procedure 30, Defendant Paradox Entertainment Inc., by its counsel, will take the deposition of Luke Lieberman by oral examination before an officer authorized to administer oaths, and may be recorded by videotape.  **The deposition was previously scheduled to take place in Blank Rome LLP's Wilmington office but will now be held in our New York office: Blank Rome LLP, The Chrysler Building, 405 Lexington Avenue, New York, New York, commencing at 10:00 a.m. on Thursday, March 12, 2007**, and will continue from day to day until completed. You are invited to attend and cross-examine.

125338.00601/40167622v.1

                                      BLANK ROME LLP

By: _____
      Thomas P. Preston, Esquire
      (Del. Bar #2548)
      1201 Market Street, Suite 800
      Wilmington, DE 19801
      Telephone: (302) 425-6400

      Attorneys for Defendant
      Paradox Entertainment Inc.

Of Counsel:

Timothy D. Pecsenye, Esquire
Emily J. Barnhart, Esquire
Joel L. Dion, Esquire
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
(215) 569-5500

March 7, 2007

125338.00601/40167622v.1