IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RED SONJA LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-270-SLR |
| | : | |
| PARADOX ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **26th** day of **March, 2007**,

IT IS ORDERED that the mediation conference scheduled for Thursday, March 29, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE