IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RED SONJA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-270 SLR |
| ) | |
| PARADOX ENTERTAINMENT, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

Please take notice that on the 2nd day of April 2007, copies of the following document, **PLAINTIFF'S EXPERT REPORT OF FRED B. TARTER**, were served on counsel as indicated:

**VIA HAND DELIVERY AND E-MAIL**
Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, DE 19801
preston-t@blankrome.com

**VIA E-MAIL**
Earl M. Forte, Esq.
Timothy D. Pecsenye, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
forte@blankrome.com
pecsenye@blankrome.com

Dated: April 2, 2007

    */s/ Richard K. Herrmann*
Richard K. Herrmann #405
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

-- And --

Mark A. Berman
Thomas J. Curran
Ira B. Matetsky
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York  10017
(212) 922-9250

Attorneys for Plaintiff RED SONJA LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April 2007, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, DE 19801
preston-t@blankrome.com

Additionally, I hereby certify that on the 2nd day of April 2007, the foregoing document was served as indicated on the following:

| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL** |
|---|---|
| Thomas P. Preston, Esq. | Earl M. Forte, Esq. |
| Blank Rome LLP | Timothy D. Pecsenye, Esq. |
| 1201 Market Street, 8th Floor | Blank Rome LLP |
| Wilmington, DE 19801 | One Logan Square |
| preston-t@blankrome.com | Philadelphia, PA 19103 |
| | 215.569.5500 |
| | forte@blankrome.com |
| | pecsenye@blankrome.com |

        /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Morris, James, Hitchens & Williams LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff RED SONJA LLC