UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>PARADOX ENTERTAINMENT, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 1:06-cv-00270 (SLR)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

Please take notice that on the 20th day of April 2007, copies of the following document, Defendant's Expert Report of Marvin D. Melnikoff, were served on the following counsel:

**Via U.S. Mail and E-Mail**

Richard K. Herrmann
Morris James LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
rherrmann@morrisjames.com

**Via E-mail**

Mark A. Berman
Thomas J. Curran
Ira B. Matetsky
GANFER & SHORE, LLP
360 Lexington Avenue
New York, NY 10017

**BLANK ROME LLP**

Dated: April 20, 2007

/s/ *Thomas P. Preston*
Thomas P. Preston, Esquire (Del. Bar #2548)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Preston-t@blankrome.com

Earl M. Forte, Esquire
Timothy D. Pecsenye, Esquire
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 832-5618
forte@blankrome.com
pecsenye@blankrome.com

Attorneys for Defendant/Counter Plaintiff,
Paradox Entertainment, Inc.

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 20th day of April, 2007, a copy of the foregoing **NOTICE OF SERVICE** was electronically served on the following counsel of record:

>Richard K. Herrmann, Esquire
>Morris, James, Hitchens & Williams LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801-1494

/s/ *Thomas P. Preston*
───────────────────────
Thomas P. Preston
I.D. No. 2548