IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RED SONJA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-270 (SLR) |
| | ) | |
| PARADOX ENTERTAINMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter our appearance for defendant, Paradox Entertainment, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

*Attorneys for Defendant*
  *Paradox Entertainment, Inc.*

*Of Counsel*:

Frederick U. Fierst
Fierst, Pucci & Kane LLP
64 Gothic Street
Northampton, MA  01060
(413) 584-8067

Dated: April 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2007 I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard K. Herrmann, Esquire
> Morris James LLP
>
> Thomas P. Preston, Esquire
> Blank Rome LLP

I further certify that I caused to be served copies of the foregoing document on

April 24, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris James LLP<br>500 Delaware Avenue<br>15th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Mark A. Berman, Esquire<br>Thomas J. Curran, Esquire<br>Ira B. Matetsky, Esquire<br>Ganfer & Shore, LLP<br>360 Lexington Avenue<br>New York, NY  10017 | *VIA ELECTRONIC MAIL<br>and FIRST CLASS MAIL* |
| Thomas P. Preston, Esquire<br>Blank Rome LLP<br>1201 North Market Street<br>8th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Earl M. Forte, Esquire<br>Timothy D. Pecsenye, Esquire<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA  19103-6998 | *VIA ELECTRONIC MAIL<br>and FIRST CLASS MAIL* |

*/s/ Maryellen Noreika*
Maryellen Noreika (#3208)