UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RED SONJA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PARADOX ENTERTAINMENT, INC.,<br><br>    Defendant. | Civil Action No.:<br>06-CV-00270 (SLR) |

**NOTICE OF DEPOSITION OF MARVIN MELNIKOFT**
**PURSUANT TO FED. R. CIV. RULE 30(b)(1)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Red Sonja LLC shall take the deposition of Marvin Melnikoft.

The deposition shall take place beginning at 10:00 a.m. on May 14, 2007 at the offices of Morris James LLP, 500 Delaware Avenue, 15th Floor, Wilmington, Delaware 19801. The deposition will be conducted before a notary public or other officer authorized to administer oaths. The deposition may be audio and video recorded and transcribed.

This deposition shall be for the purpose of discovery for use at trial and other proceedings between the parties, and any and all other uses permitted by the Federal Rules of Civil Procedure and Evidence.

You are invited to attend and examine the witness.

Dated: May 4, 2007

      /s/ Richard K. Herrmann
Richard K. Herrmann, #405
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888 6816
Facsimile: (302) 571 1750
rherrmann@morrisjames.com

Mark A. Berman, Esquire
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
Telephone: (212) 922-9250
Facsimile (212) 922-9335

*Attorneys for Plaintiff Red Sonja LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May 2007, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF MARVIN MELNIKOFT PURSUANT TO FED. R. CIV. RULE 30(b)(1)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Thomas P. Preston, Esq. | Maryellen Noreika |
| Blank Rome LLP | Morris, Nichols, Arsht & Tunnell LLP |
| 1201 Market Street, 8th Floor | 1201 North Market Street, 16th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| preston-t@blankrome.com | mnoreika@mnat.com |

Additionally, I hereby certify that on the 4th day of May 2007, the foregoing document was served as indicated on the following:

**VIA EMAIL AND HAND DELIVERY**

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, 8th Floor
Wilmington, DE 19801
preston-t@blankrome.com

Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801
mnoreika@mnat.com

**VIA EMAIL**

Earl M. Forte, Esq.
Timothy D. Pecsenye, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
forte@blankrome.com
pecsenye@blankrome.com

  /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Morris, James, Hitchens & Williams LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff RED SONJA LLC