IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-CV-270 (SLR) |
| | ) |
| PARADOX ENTERTAINMENT, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Blank Rome LLP files this Notice of Withdrawal as counsel for Defendant Paradox Entertainment, Inc.

                                      **BLANK ROME LLP**

By: _____
                                    Thomas P. Preston, Esquire
                                    I.D. No. 2548
                                    1201 Market Street, Suite 800
                                    Wilmington, DE 19801
                                    Phone: (302) 425-6400
                                    Fax:   (302) 425-6464
                                      Attorneys for Defendant
                                      Paradox Entertainment, Inc.

OF COUNSEL:

Earl M. Forte, Esquire
Timothy D. Pecsenye, Esquire
Emily J. Barnhart, Esquire
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 832-5616

May 7, 2007

125338.00601/40168714v.1