UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PARADOX ENTERTAINMENT, INC.,<br><br>　　　　Defendant. | Civil Action No.:<br>06-CV-00270 (SLR) |

**NOTICE OF WITHDRAWAL OF NOTICE TO**
**TAKE DEPOSITION OF MARVIN MELNIKOFF**

**PLEASE TAKE NOTICE** that Plaintiff, Red Sonja LLC, hereby withdraws its Notice to Take Deposition of Marvin Melnikoff (D.I. 81).

Dated: May 9, 2007

　　　　　　　　　　　___/s/ Richard K. Herrmann_____
　　　　　　　　　　　Richard K. Herrmann, #405
　　　　　　　　　　　MORRIS JAMES LLP
　　　　　　　　　　　500 Delaware Avenue, 15th Floor
　　　　　　　　　　　P.O. Box 2306
　　　　　　　　　　　Wilmington, DE 19899-2306
　　　　　　　　　　　Telephone: (302) 888 6816
　　　　　　　　　　　Facsimile: (302) 571 1750
　　　　　　　　　　　rherrmann@morrisjames.com

　　　　　　　　　　　Mark A. Berman, Esquire
　　　　　　　　　　　GANFER & SHORE, LLP
　　　　　　　　　　　360 Lexington Avenue
　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　Telephone: (212) 922-9250
　　　　　　　　　　　Facsimile (212) 922-9335

　　　　　　　　　　　*Attorneys for Plaintiff Red Sonja LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May 2007, I electronically filed the foregoing document, **NOTICE OF WITHDRAWAL OF NOTICE TO TAKE DEPOSITION OF MARVIN MELNIKOFF**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE  19801
mnoreika@mnat.com

Additionally, I hereby certify that on the 9th day of May 2007, the foregoing document was also served by hand delivery on counsel.

          /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Morris, James, Hitchens & Williams LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff RED SONJA LLC