IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-270 (SLR) |
| | ) |
| PARADOX ENTERTAINMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the date for submission of motions *in limine* shall be extended from May 21, 2007 to May 23, 2007 and the date for responses to motions *in limine* shall be extended from May 28, 2007 to June 1, 2007.

| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Richard K. Herrmann | /s/ Maryellen Noreika |
| Richard K. Herrmann (#405) | Jack B. Blumenfeld (#1014) |
| 500 Delaware Avenue, 15th Floor | Maryellen Noreika (#3208) |
| P.O. Box 2306 | 1201 N. Market Street |
| Wilmington, DE 19899-2306 | P.O. Box 1347 |
| (302)888-6800 | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |
| *Of Counsel*: | |
| Mark A. Berman | *Of Counsel*: |
| Thomas J. Curran | Frederick U. Fierst |
| Ira B. Matetsky | Fierst, Pucci & Kane LLP |
| Ganfer & Shore, LLP | 64 Gothic Street |
| 360 Lexington Avenue | Northampton, MA 01060 |
| New York, NY 10017 | (413) 584-8067 |
| (212) 922-9250 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Paradox Entertainment, Inc* |
| *Red Sonja LLC* | |

SO ORDERED this _____ day of May, 2007.

_____
United States District Court Judge