IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|    v. | ) C. A. No. 06-270 (SLR) |
| | ) |
| PARADOX ENTERTAINMENT, INC., | ) |
| | ) |
|         Defendant. | ) |

**DEFENDANT PARADOX ENTERTAINMENT INC.'S MOTION TO STRIKE
THE REPORT OF FRED B. TARTER AND TO PRECLUDE PLAINTIFF
FROM OFFERING ANY EVIDENCE OF DAMAGES**

Defendant Paradox Entertainment Inc. hereby moves to strike the expert report of Plaintiff Red Sonja LLC's designated damages expert Fred B. Tarter, and to preclude Plaintiff Red Sonja LLC from offering any evidence of damages at trial. As set forth more fully in Paradox's Opening Brief, plaintiff's damages case is based upon the opinions offered in that report, and those opinions do not meet the standards for admissibility under the Federal Rules of Evidence as set forth by the Supreme Court in *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Richard J. Bauer (#4828)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Richard J. Bauer (#4828)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Defendant
  Paradox Entertainment, Inc*

*Of Counsel*:

Frederick U. Fierst
Fierst, Pucci & Kane LLP
64 Gothic Street
Northampton, MA 01060
(413) 584-8067

Dated: May 23, 2007

## **RULE 7.1.1. CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff, and that no agreement was reached.

> */s/ Richard J. Bauer (#4828)*
> Richard J. Bauer (#4828)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Richard K. Herrmann, Esquire
        Morris James LLP

I further certify that I caused to be served copies of the foregoing document on May 23, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris James LLP<br>500 Delaware Avenue<br>15th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mark A. Berman, Esquire<br>Thomas J. Curran, Esquire<br>Ira B. Matetsky, Esquire<br>Ganfer & Shore, LLP<br>360 Lexington Avenue<br>New York, NY 10017 | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |

        */s/ Richard J. Bauer (#4828)*
        Richard J. Bauer (#4828)