UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PARADOX ENTERTAINMENT, INC.,<br><br>        Defendant. | Civil Action No.:<br>06-CV-00270 (SLR) |

**DECLARATION OF ARTHUR M. LIEBERMAN**

Richard K. Herrmann, #405
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888 6816
Facsimile: (302) 571 1750
rherrmann@morrisjames.com

Mark A. Berman, Esquire
Thomas J. Curran, Esquire
Ira Brad Matetsky, Esquire
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
Telephone: (212) 922-9250
Facsimile (212) 922-9335

Attorneys for Plaintiff RED SONJA LLC

Date: June 1, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PARADOX ENTERTAINMENT, INC.,<br><br>        Defendant. | Civil Action No.:<br>06-CV-00270 (SLR) |

I, ARTHUR M. LIEBERMAN, declare as follows:

1. I am a principal of Plaintiff Red Sonja LLC and submit this declaration in opposition to Defendant Paradox Entertainment, Inc.'s motion *in limine* seeking to strike Plaintiff's expert report and to preclude Plaintiff from offering any evidence of damages at trial.

2. I was personally involved in the popularization of the Conan and Red Sonja characters and acquired the Red Sonja character from the Estate of Robert E. Howard about five years ago. Prior to such acquisition, Red Sonja was one of the primary, fantasy comic characters of Marvel Comics under license from the predecessor to Plaintiff. I personally negotiated and was responsible for the Red Sonja movie distributed by Universal Pictures starring Arnold Schwarzenegger and Brigitte Nielsen. As a consequence, the Red Sonja character became extremely valuable.

3. Paradox's former CEO and president, Peter Sederowsky, tried for years to acquire from Red Sonja Corp. the Red Sonja character and trademark. We were never

able to reach an agreement with Paradox to sell the character because the price was more than Paradox was willing to pay.

4. After these unsuccessful negotiations, and on the eve of Paradox acquiring the remainder of the characters in the Library of Robert E. Howard other than Red Sonja, Mr. Sederowsky indicated that among the characters and stories he was acquiring was a story entitled <u>Shadow of the Vultures</u> that contained the character Red Sonya. Mr. Sederowsky stated to me that Paradox intended to license this Red Sonya character and no longer needed to acquire Red Sonja.

5. Upon hearing of Paradox's intent to license out the Red Sonya character, I advised Mr. Sederowsky that he could not do so because a single story does not convey trademark rights in such character and nor would such a single story be sufficient to register such character with the United States Patent and Trademark Office. I further advised Mr. Sederowsky, who is an attorney, that he well knew that having been in this field a long time.

6. Mr. Sederowsky responded, "we will see," and terminated the telephone call.

7. When I saw Paradox's website, the <u>Hollywood Reporter</u> article and learned of Paradox's attempts to "unhook" Plaintiff's upcoming Red Sonja movie from Plaintiff's licensee, New Image, by withholding Conan, as well as the fake letter to the editor included in a Conan comic and Paradox's licensee's response that Conan's love interest Red Sonya would be brought back (his love interest was Red Sonja), I fully understood what Mr. Sederowsky had meant by "we will see" and realized that any

2

further negotiations with Paradox was useless, and I authorized Plaintiff to sue Defendant.

8. It bears further mentioning that Paradox offered a third party an exclusive license to use the "Age of Hyboria" despite the fact that it was fully aware that Plaintiff's Red Sonja character was set in the Age of Hyboria, and that Defendant's own Red Sonya character was not. By so doing, Defendant was attempting to limit the extent to which the Red Sonja character could be used, even though Red Sonja had been associated with the Age of Hyboria for years and was the second highest grossing Hyborian character next to Conan.

I declare under the penalties of perjury that the foregoing is true and correct.

Executed this 31st day of May, 2007

_____
ARTHUR M. LIEBERMAN

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June 2007, I electronically filed the foregoing document, **DECLARATION OF ARTHUR M. LIEBERMAN**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris, Nichols, Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
mnoreika@mnat.com

Additionally, I hereby certify that on the 1st day of June 2007, the foregoing document was served by E-Mail and Hand Delivery to:

Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris, Nichols, Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
mnoreika@mnat.com

/s/ Richard K. Herrmann
Richard K. Herrmann (#405)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff RED SONJA LLC