IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, <br><br> Plaintiff, <br><br> v. <br><br> PARADOX ENTERTAINMENT, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  C.A. No.: 06-CV-270 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Hal Beerman, Esquire of the law firm of Ganfer & Shore, LLP to represent Plaintiff Red Sonja LLC in this matter.

Dated: June 14, 2007

/s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____

_____
The Honorable Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 13, 2007

Signed: _____
Hal Beerman, Esq.
Ganfer & Shore, LLP
360 Lexington Avenue, 14th Floor
New York, NY 10017
(212) 922-9250

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2007, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris, Nichols, Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
mnoreika@mnat.com

Additionally, I hereby certify that on this 14th day of June 2007, the foregoing document was served By E-Mail on the following:

Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris, Nichols, Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
mnoreika@mnat.com

                                                    _/s/ Richard K. Herrmann_
                                                    RICHARD K. HERRMANN (#405)
                                                    MORRIS JAMES LLP
                                                    500 Delaware Avenue, 15th Floor
                                                    Wilmington, DE  19801
                                                    (302) 888-6800
                                                    rherrmann@morrisjames.com
                                                    Attorneys for Plaintiff RED SONJA LLC