# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

June 25, 2007

The Honorable Sue L. Robinson  *VIA ELECTRONIC FILING*
United States District Court  *and HAND DELIVERY*
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re: *Red Sonja LLC v. Paradox Entertainment Inc.*
           C.A. No. 06-270 (SLR)

Dear Chief Judge Robinson:

      As discussed during Friday's call, attached is a copy of the deposition transcript (which is being filed Under Seal) relating to the 30(b)(6) deposition concerning the termination of the employment of defendant's former CEO.

                                          Respectfully,

                                          */s/ Maryellen Noreika*

                                          Maryellen Noreika (#3208)

MN/dlb
Enclosure (FILED UNDER SEAL)
  cc:    Thomas J. Curran, Esquire (Via Electronic Mail; w/o encl.)
           Richard K. Herrmann, Esquire (Via Electronic Mail and Hand Delivery; w/o encl)