IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-270 (SLR) |
| | ) |
| PARADOX ENTERTAINMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Frederick U. Fierst of Fierst, Pucci & Kane LLP, 64 Gothic Street, Northampton, MA 01060 to represent the Defendant, Paradox Entertainment, Inc., in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Richard J. Bauer*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Richard J. Bauer (#4828)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Defendant*
  *Paradox Entertainment, Inc.*

June 27, 2007

SO ORDERED this ___ day of _____, 2007.

_____
Judge Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 6/27/07

Frederick U. Fierst
Fierst, Pucci & Kane LLP
64 Gothic Street
Northampton, MA 01060
(413) 584-8067

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard K. Herrmann, Esquire
>Morris James LLP

I further certify that I caused to be served copies of the foregoing document on June 27, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris James LLP<br>500 Delaware Avenue<br>15th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Mark A. Berman, Esquire<br>Thomas J. Curran, Esquire<br>Ira B. Matetsky, Esquire<br>Ganfer & Shore, LLP<br>360 Lexington Avenue<br>New York, NY 10017 | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |

/s/ *Richard J. Bauer*
Richard J. Bauer (#4828)