# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARYELLEN NOREIKA
302 351 9278
302 425 3011 FAX
mnoreika@mnat.com

June 29, 2007

**REDACTED – PUBLIC VERSION**

The Honorable Sue L. Robinson
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE  19801

*VIA ELECTRONIC FILING
and HAND DELIVERY*

Re:    *Red Sonja LLC v. Paradox Entertainment Inc.*
          C.A. No. 06-270 (SLR)

Dear Chief Judge Robinson:

Enclosed for the Court's *in camera* review (Exh. A) is a copy of the unredacted report that attorney Edwin I. Lasman generated in connection with the termination of Mr. Sederowsky. We have also produced to plaintiff a copy of the report from which privileged information has been redacted and a log (Exh. B) of the privilege claims relating to the redacted text. For the Court's convenience, we have highlighted on the report the text that was redacted from the report produced to plaintiff.

Additionally, after further review of the Lasman report, I want to apologize to the Court and correct a misstatement I made at the pretrial conference. While it is correct that this litigation was not the subject of the Lasman report or the investigation commissioned by the Board, it not correct that there was not *any* mention of the litigation in the report. As the Court will see in the unredacted report there is a brief reference to the Red Sonja litigation on page 9 in the form of a quote by Mr. Malmberg. Exhibit 3 to the report (the document from which the Malmberg quote is taken) makes clear that Mr. Malmberg's statement referencing the litigation was based on and conveyed work product and advice he received from his attorneys at that time regarding the merits of the litigation.

In addition, the report makes clear that this litigation was not part of the investigation that led to Mr. Sederowsky's dismissal by the Board:

The Honorable Sue L. Robinson
June 29, 2007
Page 2



Respectfully,

Maryellen Noreika (#3208)

MN/dlb
Enclosures (Exhibit A – FILED *IN CAMERA*)

cc:     Clerk of Court (Via Hand Delivery; w/ encl.)

        Thomas J. Curran, Esquire
        (Via Electronic Mail; w/ encl. (Exh. B only))

        Richard K. Herrmann, Esquire
        (Via Electronic Mail and Hand Delivery; w/ encl. (Exh. B only))

# EXHIBIT A

REDACTED

# EXHIBIT B

Paradox Entertainment's Privilege Log
*Red Sonja LLC v. Paradox Entertainment, Inc.*, C.A 06-270-SLR

| Priv. Doc. # | Date | Author | Recipient | Cc: | Description | Legal Basis |
|---|---|---|---|---|---|---|
| 1 | 11/15/06 | Edwin I. Lasman, Esquire | Michael Wiren; Leif Rahmqvist | Fred Fierst, Esquire | 1a. p. 5 – confidential communication conveying legal advice of Frank Melton, Esquire re: potential employment claims, prepared in anticipation of potential litigation. | AC/WP |
| | | | | | 1b. p. 7 – confidential communication conveying legal advice and conclusions of Mark Eastman, Esquire re: analysis of employment agreement. | AC |
| | | | | | 1c. p. 8, par. 2 – confidential communication rendering legal advice of Edwin Lasman, Esquire re: financial terms of employment agreement. | AC |
| | | | | | 1d. p. 8, par. 3 – confidential communication rendering legal advice and attorney mental impressions of Edwin Lasman, Esquire re: analysis of employment agreement. | AC |
| | | | | | 1e. p. 8, par. 5 – confidential communication rendering legal advice of Edwin Lasman, Esquire and referring to a request for legal advice re: liability, prepared in anticipation of potential litigation | AC/WP |
| | | | | | 1f. p. 9, par. 1 – confidential communication rendering legal advice and attorney mental impressions of Edwin Lasman, Esquire re: analysis of employment agreement. | AC |
| | | | | | 1g. p. 9, par. 3 – confidential communication referring to work product and legal advice of counsel regarding the merits of litigation, prepared in anticipation of litigation. | AC/WP |
| | | | | | 1h. p. 9, par. 4 – confidential communication rendering legal advice and attorney mental | AC/WP |

| Priv. Doc. # | Date | Author | Recipient | Cc: | Description | Legal Basis |
|---|---|---|---|---|---|---|
| | | | | | impressions of Edwin Lasman, Esquire re: liability, prepared in anticipation of potential litigation. | AC |
| | | | | | 1i. p. 9, par. 6 – p. 10 – confidential communication rendering legal advice and attorney mental impressions of Edwin Lasman, Esquire re: U.S. laws and referring to request for legal advice re: foreign laws. | |
| | | | | | 1j. Exh. 3 to report – confidential communication referring to work product and legal advice of counsel regarding the merits of litigation, prepared in anticipation of litigation. | AC/ WP |

2