IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-270-SLR |
| | ) |
| PARADOX ENTERTAINMENT, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 3d day of July, 2007, having reviewed *in camera* the Lasman report;

IT IS ORDERED that said report need not be produced to plaintiff in an unredacted format, as the court concludes that the redacted portions are privileged and, in any event, irrelevant to the issues in dispute.

_____
United States District Judge