# SEALED DOCUMENT

# A<span style="font-variant:small-caps">ll</span> E<span style="font-variant:small-caps">xhibits</span> C<span style="font-variant:small-caps">onfidential</span>