# MORRIS JAMES LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

**Richard K. Herrmann**
(302) 888-6816
rherrmann@morrisjames.com

**Mailing Address**
P.O. Box 2306
Wilmington, DE 19899-2306

**CONFIDENTIAL – FILED UNDER SEAL**

Original Date: July 5, 2007
Redacted Date: July 13, 2007

**VIA E-FILING AND HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, Delaware  19801

      Re:    **Red Sonja LLC v. Paradox Entertainment, Inc.**
               **D.Del., C.A. No. 06-CV-270**

Your Honor:

      We write concerning Your Honor's Order dated July 3, 2007 in order to bring to the Court's attention certain matters that we believe to be important and that may effect Your Honor's ruling. Specifically, Your Honor ordered that the so-called Lasman report need not be produced to plaintiff Red Sonja LLC in an unredacted format as the redacted portions of the Lasman report "are privileged and, in any event, irrelevant to the issues in dispute."

      We respectfully submit that, to the extent the redacted portions of the Lasman report were privileged, the protection from disclosure was waived

**REDACTED**

The Honorable Sue L. Robinson
July 5, 2007
Page 2

In addition, we respectfully wish to stress to the Court Red Sonja LLC's position in this case that it was Mr. Sederowsky, and his intentionally wrongful conduct as the head of Paradox, that largely contributed to the infringement upon our client's trademark of the Red Sonja character. We believe that any and all evidence of Mr. Sederowsky's wrongful and dishonest conduct while the head of Paradox is relevant to show his intent to be wrongful and dishonest as to our client and it rights.

In light of this, we respectfully ask Your Honor to reconsider the Court's Order of July 3.

Respectfully,

Richard K. Herrman

cc: Dr. Peter T. Dalleo, Clerk of the Court (via electronic filing)
Maryellen Noreika, Esq. (via email and electronic filing)

# ENTIRE ATTACHMENT REDACTED

Case 1:06-cv-00270-SLR     Document 112     Filed 07/13/2007     Page 3 of 3