IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-270-SLR |
| | ) |
| PARADOX ENTERTAINMENT INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this 16th day of July, 2007, having conferred with counsel;

IT IS ORDERED that the bench trial in the above captioned case is hereby postponed until **Monday, January 28, 2008,** at **9:30 a.m.** and a status conference shall be conducted on **Wednesday, August 1, 2007,** at **11:00 a.m.**, both proceedings to take place in courtroom 6B on the 6th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge