IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-270-SLR |
| | ) |
| PARADOX ENTERTAINMENT, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 23rd day of January, 2008, in connection with the trial that is scheduled to commence in the above captioned case on Monday, January 28, 2008, and in the interests of judicial economy;

IT IS ORDERED that trial exhibits shall be managed as follows:

1. On or before 9:30 a.m. on the first day of trial, each party shall submit to chambers staff an exhibit list,[1] identifying in chronological order all of the exhibits that party may produce at trial.  Plaintiff's exhibits shall be labeled as such (e.g., "PTX 1", etc.); defendant's exhibits shall be labeled as such (e.g., "DTX 1", etc.).

2. The parties shall confer to eliminate any duplicative exhibits.  Any exhibits identified by both plaintiff and defendant shall be listed separately in a joint trial exhibit list; all joint trial exhibits shall be labeled as such (e.g., "JTX 1", etc.).

3. The parties shall be responsible for accurately labeling the physical trial

---

[1] The form to be used to list exhibits should be copied from my website.

exhibits, consistent with the above, and shall maintain their own exhibits until final submission of such with post trial briefs.

4. Only those exhibits formally admitted through the testimony of a witness, or otherwise admitted with court approval, shall be identified as admitted on the final trial exhibit list and submitted for purposes of the trial record.

IT IS FURTHER ORDERED that trial in the above captioned case shall proceed as follows: Monday through Friday, January 28 through February 1, 2008 from 9:30 a.m. to 4:30 p.m., each party having fifteen (15) hours in which to present its evidence.[2]

_____
United States District Judge

---

[2] Each party may present to the court reporter, on Monday, February 4, 2008, no more than two (2) hours of deposition testimony that shall be transcribed into the official trial transcript, in lieu of having to read such into the record during their 15 hours of trial time.