IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 06-CV-270 (SLR) |
| ) | |
| PARADOX ENTERTAINMENT, INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Idelle Abrams, Esquire of the law firm of Ganfer & Shore, LLP to represent Plaintiff Red Sonja LLC in this matter.

Dated: January 28, 2008

          */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____

_____
The Honorable Sue L. Robinson

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:   January 28, 2008                                      Signed: _____
                                                              Idelle Abrams, Esq.
                                                              Ganfer & Shore, LLP
                                                              360 Lexington Avenue, 14th Floor
                                                              New York, NY  10017
                                                              (212) 922-9250