IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED SONJA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-270 (SLR) |
| | ) |
| PARADOX ENTERTAINMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to the Settlement Agreement read into the record on January 29, 2008 (D.I. 119 at 319-22), IT IS HEREBY STIPULATED by the parties, subject to approval of the Court, pursuant to Fed. R. Civ. P. 41(a)(1), that this action, including all claims and counterclaims, is dismissed with prejudice, with each party to bear its own costs and attorneys' fees. This Court retains jurisdiction to enforce the terms of the Settlement Agreement.

MORRIS JAMES LLP

/s/ Richard K. Herrmann

Richard K. Herrmann (#405)
500 Delaware Avenue, 15th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800

*Of Counsel*:
Thomas J. Curran
Ganfer & Shore, LLP
360 Lexington Avenue
New York, NY 10017
(212) 922-9250
  *Attorneys for Plaintiff*
  *Red Sonja LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika

Maryellen Noreika (#3208)
Richard J. Bauer (#4828)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

  *Paradox Entertainment, Inc*

SO ORDERED this _____ day of April 2008.

_____
Judge Sue L. Robinson